MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

*Attorneys for Plaintiff METROPOLITAN LIFE INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC, a California limited liability company, as successor by merger to 104 PARTNERS, LLC; WILLOW AVENUE INVESTMENTS, LLC, a California limited liability company; ASHLAN & HAYES INVESTMENTS, LLC, a California limited liability company; GRANTOR FRESNO CLOVIS INVESTMENTS, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company; FARID ASSEMI, an individual; FARSHID ASSEMI, an individual; DARIUS ASSEMI, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:24-cv-01261-KES-SAB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(Local Rule 144)<br><br>Action Filed: October 16, 2024<br>Trial Date: Not Set |

-1-

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT - Case No. 1:24-cv-01261-KES-SAB
126468223.2 0053564-00653

# STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff METROPOLITAN LIFE INSURANCE COMPANY ("Plaintiff"), and Defendants ACDF, LLC, as successor by merger to 104 PARTNERS, LLC, WILLOW AVENUE INVESTMENTS, LLC and MARICOPA ORCHARDS, LLC (collectively "Defendants") by and through their counsel, represent and stipulate as follows:

1. The above-captioned action was commenced on October 16, 2024. Dkt. No. 1.

2. On October 17, 2024, counsel for Plaintiff and Defendants met and conferred regarding the pending action. Counsel for Plaintiff requested that Defendants waive or acknowledge service under Federal Rule of Civil Procedure 4(d).

3. Counsel for Defendants represented that Defendants would acknowledge service and requested additional time to file a response to the Complaint, up to and including December 16, 2024. Counsel for Defendants will execute waivers of service of summons acknowledgment and Plaintiff will promptly file the waivers with the Court. Defendants will file a response to the Complaint by no later than December 16, 2024 regardless of the date of the waiver is signed.

Now therefore, Plaintiff and Defendants stipulate under Local Rule 144(a) that the deadline to file a response to the Complaint shall be December 16, 2024.

DATED: October 24, 2024           STOEL RIVES LLP

 /s/ Thomas A. Woods
MICHAEL B. BROWN, Bar No. 179222
THOMAS A. WOODS, Bar No. 210050
BENJAMIN J. CODOG, Bar No. 307034
MICHELLE J. ROSALES, Bar No. 343519

*Attorneys for Plaintiff*
METROPOLITAN LIFE INSURANCE COMPANY

| | |
|---|---|
| 1   DATED: October 24, 2024 | MCDERMOTT WILL & EMERY LLP |

*/s/* Robert Barton (as authorized on October 23, 2024)
ROBERT BARTON, Bar No. 269455

*Attorneys for Defendants*
ACDF, LLC, WILLOW AVENUE INVESTMENTS, LLC and MARICOPA ORCHARDS, LLC

-3-

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT - Case No. 1:24-cv-01261-KES-SAB
126468223.2 0053564-00653

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO