# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| METROPOLITAN LIFE INSURANCE COMPANY, | Case No. 1:24-cv-01261-KES-SAB |
|---|---|
| Plaintiff, | ORDER GRANTING MICHAEL S. NADEL'S *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 20) |
| ACDF, LLC, et al. | |
| Defendants. | |

Before the Court is the application of Michale S. Nadel, attorney for Defendants ACDF, LLC, Willow Avenue Investments, LLC, and Maricopa Orchards, LLC, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  Having reviewed the application, Michael S. Nadel's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **October 28, 2024**

UNITED STATES MAGISTRATE JUDGE