UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC, a California limited liability company, as successor by merger to 104 PARTNERS, LLC; WILLOW AVENUE INVESTMENTS, LLC, a California limited liability company; ASHLAN & HAYES INVESTMENTS, LLC, a California limited liability company; GRANTOR FRESNO CLOVIS INVESTMENTS, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company; FARID ASSEMI, an individual; FARSHID ASSEMI, an individual; DARIUS ASSEMI, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:24-CV-01261-KES-SAB<br><br>**ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING ON PLAINTIFF'S *EX PARTE* MOTION FOR ORDER APPOINTING RECEIVER AND FOR PRELIMINARY INJUNCTION**<br><br>Date:         November 5, 2024<br>Time:         1:30 PM<br>Courtroom: 6<br><br>Action Filed:   October 16, 2024<br>Trial Date:     Not Set |

Upon due consideration of Plaintiff METROPOLITAN LIFE INSURANCE COMPANY's ("Plaintiff's") *Ex Parte* Motion For Order Appointing Receiver and For Preliminary Injunction ("Ex Parte Motion"), all filings filed associated therewith and including the objections of represented appearing Defendants ACDF, LLC; WILLOW AVENUE INVESTMENTS, LLC; and MARICOPA

-1-

ORCHARDS, LLC ("Appearing Defendants"), and Intervenor U.S. BANK NATIONAL ASSOCIATION ("Intervenor"), Plaintiff's Replies thereto and following oral argument heard on October 30, 2024, at 1:30 pm in the above-referenced Court and for good cause appearing, the Court Orders as follows:

The Court is informed that shortly before the hearing Plaintiff, Appearing Defendants, and Intervenor have reached agreement in principle on a form of Agreed Final Order for a Temporary Receiver and Preliminary Injunction in this case;

- Plaintiff's Final [Proposed] Order for a Temporary Receiver and Preliminary Injunction, if not agreed to and submitted earlier, shall be filed by Thursday, October 31, 2024, at 5:00 p.m. (pt);
- Objections by any other interested party shall be filed by Friday, November 1, 2024, at 5:00 p.m. (pt); and
- The hearing on Plaintiff's Ex Parte Motion shall be held on Tuesday, November 5, 2024, at 1:30 p.m. (pt).

Upon entry of this Order, Plaintiff shall take all reasonable efforts to serve this Order promptly on Intervenor and all Defendants; *provided, however*, that any such parties that have appeared in this case and are receiving notices via the Court's CM/ECF system shall be deemed to have been served a copy of this Order upon its entry by the Court.

IT IS SO ORDERED.

Dated:   October 30, 2024

UNITED STATES DISTRICT JUDGE