MCDERMOTT WILL & EMERY LLP
ROBERT BARTON (SBN 269455)
rbarton@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
(310) 277-4110

MICHAEL S. NADEL (admitted *pro hac vice*)
mnadel@mwe.com
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

Attorneys for Defendants ACDF, LLC,
Willow Avenue Investments, LLC,
and Maricopa Orchards, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>                Defendants. | No. 1:24-cv-01261<br><br>**MARICOPA'S NOTICE REGARDING MET LIFE'S PROPOSED ORDER** |

        Defendants ACDF, LLC, Willow Avenue Investments, LLC, and Maricopa Orchards, LLC will not be filing objections to the Proposed Order filed by Plaintiff on October 31, 2024 (ECF No. 39).

        Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

By: /s/ *Robert C. Barton*
     Robert C. Barton
     Attorneys for ACDF, LLC,
     Willow Avenue Investments, LLC,
     and Maricopa Orchards, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

By: /s/ *Robert Barton*
Robert Barton