1    ZEV SHECHTMAN (BAR NO. 266280)
     Zev.Shechtman@saul.com
2    CAROL CHOW (BAR NO. 169299)
     carol.chow@saul.com
3    RYAN COY (BAR NO. 324939)
     ryan.coy@saul.com
4    SAUL EWING LLP
     1888 Century Park East, Suite 1500
5    Los Angeles, California 90067
     Telephone:  (310) 255-6100
6    Facsimile:  (310) 255-6200

7    Proposed Attorneys for Receiver Phillip
     Christensen

8

9                    UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11

12   METROPOLITAN LIFE INSURANCE          Case No. 1:24-cv-01261-KES-SAB
     COMPANY, a New York corporation,,
13                                         **RECEIVER'S INITIAL INVENTORY**
                   Plaintiff,
14                                         Action Filed: October 16, 2024
           vs.                             Trial Date: Not Set
15
     ACDF, LLC, a California limited liability
16   company, as successor by merger to 104
     PARTNERS, LLC; WILLOW AVENUE
17   INVESTMENTS, LLC, a California limited
     liability company; ASHLAN & HAYES
18   INVESTMENTS, LLC, a California limited
     liability company; GRANTOR FRESNO
19   CLOVIS INVESTMENTS, LLC, a California
     limited liability company; MARICOPA
20   ORCHARDS, LLC, a California limited
     liability company; FARID ASSEMI, an
21   individual; FARSHID ASSEMI, an individual;
     DARIUS ASSEMI, an individual; and DOES
22   1 through 100, inclusive,,

23                 Defendants.

24

25         Phillip Christensen, the Court-appointed Receiver ("Receiver"), by and through

26   undersigned counsel, hereby gives notice to the Court and all interested parties, and files the

27   Receiver's Initial Inventory Report of the property coming under the Receiver's control or

28   possession, pursuant to the Order Appointing Receiver dated November 7, 2024.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1    A true and correct copy of the Receiver's Initial Inventory Report is attached hereto as

2    Exhibit "1".

3

4    DATED:  December 6, 2024            SAUL EWING LLP

5

6                                       By:      _/s/ Zev Shechtman_

7                                            ZEV SHECHTMAN
                                             Proposed Attorneys for Receiver Phillip
8                                            Christensen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

53481429.1 392865-00001                    2
                                   RECEIVER'S INITIAL INVENTORY

# EXHIBIT 1

**Metropolitan Life Insurance Company v. ACDF, LLC et al**
**Case No: 1:24-cv-01261-KES-SAB**
**Receivership Asset Listing (Initial)**

| Court Case # | Crop/Asset Type | APN Number | County | Loan Number | Planted Acres | Assessor Acres |
|---|---|---|---|---|---|---|
| Case 1:24-cv-01261-KES-SAB | Pistachios | 038-141-59S | Fresno | 198935 | 78.60 | 78.70 |
| Case 1:24-cv-01261-KES-SAB | Irrigation Water Filtration System | 038-141-59S | Fresno | 198935 | N/A | N/A |
| Case 1:24-cv-01261-KES-SAB | Open | 220-130-05-00-7 | Kern | 198935 | 0.00 | 40.00 |
| Case 1:24-cv-01261-KES-SAB | Irrigation District Turnout | 220-130-17-00-2 | Kern | 198935 | N/A | N/A |
| Case 1:24-cv-01261-KES-SAB | Irrigation Reservoir | 220-130-17-00-2 | Kern | 198935 | N/A | N/A |
| Case 1:24-cv-01261-KES-SAB | Lift Pump | 220-130-17-00-2 | Kern | 198935 | N/A | N/A |
| Case 1:24-cv-01261-KES-SAB | Cherries | 220-130-17-00-2 | Kern | 198935 | 12.95 | 13.33 |
| Case 1:24-cv-01261-KES-SAB | Cherries | 220-130-17-00-2 | Kern | 198935 | 25.89 | 26.67 |
| Case 1:24-cv-01261-KES-SAB | Irrigation District Turnout | 220-130-24-00-2 | Kern | 198935 | N/A | N/A |
| Case 1:24-cv-01261-KES-SAB | Irrigation Well | 220-130-24-00-2 | Kern | 198935 | N/A | N/A |
| Case 1:24-cv-01261-KES-SAB | Cherries | 220-130-24-00-2 | Kern | 198935 | 51.78 | 53.33 |
| Case 1:24-cv-01261-KES-SAB | Cherries | 220-130-24-00-2 | Kern | 198935 | 103.56 | 106.67 |
| Case 1:24-cv-01261-KES-SAB | Irrigation District Turnout | 220-130-30-00-9 | Kern | 198935 | N/A | N/A |
| Case 1:24-cv-01261-KES-SAB | Open | 220-130-30-00-9 | Kern | 198935 | N/A | 120.00 |
| Case 1:24-cv-01261-KES-SAB | Irrigation District Turnout | 220-130-35-00-4 | Kern | 198935 | N/A | N/A |
| Case 1:24-cv-01261-KES-SAB | Well | 220-130-35-00-4 | Kern | 198935 | N/A | N/A |
| Case 1:24-cv-01261-KES-SAB | Open | 220-130-35-00-4 | Kern | 198935 | N/A | 160.00 |
|  |  |  |  |  | **272.78** | **598.70** |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the document entitled: **RECEIVER'S INITIAL INVENTORY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **December 6, 2024,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.      SERVED BY UNITED STATES MAIL:**
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.      SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight  mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 6, 2024 | Easter A. Santa Maria | /s/ Easter A. Santa Maria |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

**John D. Freed**  jakefreed@dwt.com, kimberlysimmonsgreene@dwt.com

**Mark Anishchenko**  markanishchenko@dwt.com, rosalindcook@dwt.com

**Marshall Craig Whitney**  mwhitney@wtjlaw.com, abroome@wtjlaw.com

**Michael Barrett Brown**  michael.brown@stoel.com, docketclerk@stoel.com, ha.nguyen@stoel.com, jill.keehnen@stoel.com, rebecca.lerma@stoel.com

**Michael S. Nadel** , PHV  mnadel@mwe.com

**Robert Cullen Barton**  rbarton@mwe.com, abeasley@mwe.com, acorona@mwe.com, mnadel@mwe.com

**Thomas Andrew Woods**  thomas.woods@stoel.com, 1261239420@filings.docketbird.com, 9705230420@filings.docketbird.com, dalila.tobin@stoel.com, docketclerk@stoel.com, lynn.stevens@stoel.com, rebecca.lerma@stoel.com

**Zev M. Shechtman**  Zev.Shechtman@saul.com, hannah.richmond@saul.com, LitigationDocketing@saul.com, Shelly.Guise@saul.com