1  MICHAEL B. BROWN, Bar No. 179222
   michael.brown@stoel.com
2  THOMAS A. WOODS, Bar No. 210050
   thomas.woods@stoel.com
3  BENJAMIN J. CODOG, Bar No. 307034
   ben.codog@stoel.com
4  MICHELLE J. ROSALES, Bar No. 343519
   michelle.rosales@stoel.com
5  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
6  Sacramento, CA  95814
   Telephone:  916.447.0700
7  Facsimile:  916.447.4781

8  *Attorneys for Plaintiffs*
   BRIGHTHOUSE LIFE INSURANCE COMPANY,
9  METROPOLITAN LIFE INSURANCE COMPANY,
   and METLIFE REAL ESTATE LENDING, LLC

10

11                     UNITED STATES DISTRICT COURT

12           EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| 13  METROPOLITAN LIFE INSURANCE | Lead Case No. 1:24-cv-01261-KES-SAB |
| COMPANY, a New York corporation, | |
| 14 | Consolidated with Case Nos: |
| Plaintiff, | 1:24-cv-01226; 1:24-cv-01230; |
| 15   v. | 1:24-cv-01231; 1:24-cv-01232; |
| | 1:24-cv-01233; 1:24-cv-01235; and |
| 16  ACDF, LLC, a California limited liability | 1:24-cv-01241 |
| company, *et al.,* | |
| 17          Defendants. | **NOTICE OF MASTER** |
| | **CONSOLIDATED SERVICE LIST** |

18  ☒  Affects All Cases
19  ☐  Affects Metropolitan Life Ins. Co. v. ACDF,
       LLC, et al., 1:24-cv-01261
20  ☐  Affects Metropolitan Life Ins. Co. v. FNF
       Farms, LLC, et al., 1:24-cv-01226
21  ☐  Affects Metropolitan Life Ins. Co. v. C & A
       Farms, LLC, et al., 1:24-cv-01230
22  ☐  Affects Metropolitan Life Ins. Co. v.
       Maricopa Orchards, LLC, et al., 1:24-cv-
23     01231
   ☐  Affects Brighthouse Life Ins. Co. v. Kamm
24     South, LLC, et al., 1:24-cv-01232
   ☐  Affects Brighthouse Life Ins. Co. v.
25     Manning Avenue Pistachios, LLC, et al.,
       1:24-cv-01233 Case No. 1:24-cv-01233
26  ☐  Affects Brighthouse Life Ins. Co. v. ACDF,
       LLC, et al., 1:24-cv-01235
27  ☐  Affects MetLife Real Estate Lending, LLC
       v. Panoche Pistachios, LLC, et al., 1:24-cv-
28     01241

NOTICE OF MASTER
CONSOLIDATED SERVICE LIST                -1-          LEAD CASE NO. 1:24-CV-01261-KES-SAB

127223312.1 0053564-00653

1    Pursuant to the Order Consolidating, for Administrative Purposes, Related Receivership

2 Cases Pursuant to Federal Rule of Civil Procedure 42(a) (ECF No. 54), Plaintiffs BRIGHTHOUSE

3 LIFE INSURANCE COMPANY, METROPOLITAN LIFE INSURANCE COMPANY, and

4 METLIFE REAL ESTATE LENDING, LLC provide a Consolidated Service List, which is

5 attached hereto as **Exhibit A**.

6

7    DATED:  December 13, 2024                    STOEL RIVES LLP

8    _____

9    MICHAEL B. BROWN, Bar No. 179222
     michael.brown@stoel.com

10   THOMAS A. WOODS, Bar No. 210050
     thomas.woods@stoel.com

11   BENJAMIN J. CODOG, Bar No. 307034
     ben.codog@stoel.com

12   MICHELLE J. ROSALES, Bar No. 343519
     michelle.rosales@stoel.com

13
     *Attorneys for Plaintiffs*
14   BRIGHTHOUSE LIFE INSURANCE
     COMPANY, METROPOLITAN LIFE
15   INSURANCE COMPANY, and METLIFE
     REAL ESTATE LENDING, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

NOTICE OF MASTER
CONSOLIDATED SERVICE LIST          -2-     LEAD CASE NO. 1:24-CV-01261-KES-SAB

127223312.1 0053564-00653

EXHIBIT A

**PARTIES WHO HAVE NOT APPEARED IN ANY CONSOLIDATED ACTION**

| Recipient | Party |
|---|---|
| John A. Bezmalinovic, General Counsel<br>Katrina Ingrao<br>The Assemi Group<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704<br><br>Email: JBezmalinovic@assemigroup.com<br>Email: kingrao@assemigroup.com | Defendants, Farid Assemi; Farshid Assemi; Darius Assemi |
| Fay Pugh<br>Law Offices of Saul Reiss, P.C.<br>11835 W. Olympic Blvd., Suite 415E<br>Los Angeles, Ca 90064<br><br>Email: reisslaw@reisslaw.net<br>Email: fay.pugh@outlook.com | Defendants, Dumar LLC; Pistache LLC |
| Ashlan & Hayes Investments, LLC<br>c/o Agent for Service of Process<br>John A. Bezmalinovic, General Counsel<br>The Assemi Group<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704<br><br>Email: JBezmalinovic@assemigroup.com | Defendant, Ashlan & Hayes Investments, LLC |
| Grantor Fresno Clovis Investments, LLC<br>c/o Agent for Service of Process<br>John A. Bezmalinovic, General Counsel<br>The Assemi Group<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704<br><br>Email: JBezmalinovic@assemigroup.com | Defendant, Grantor Fresno Clovis Investments, LLC |

127214738.1 0053564-00653

CONSOLIDATED SERVICE LIST
Case 1:24-cv-01261-KES-SAB    Document 57    Filed 12/13/24    Page 5 of 6
Lead Case No. 1:24-cv-01261-KES-SAB (Consolidated with Case Nos: 1:24-cv-01226; 1:24-cv-01230; 1:24-cv-01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-cv-01235; and 1:24-cv-01241)

### PARTIES THAT HAVE APPEARED, AND ARE SERVED VIA ECF

| Recipient | Party |
|---|---|
| Michael S. Nadel<br>McDermott Will & Emery LLP<br>500 North Capitol Street, N.W.<br>Washington, DC 20001<br>202-756-8113<br>Email: mnadel@mwe.com<br><br>Robert Cullen Barton<br>McDermott Will & Emery LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>310-284-6164<br>Fax: 310-277-4730<br>Email: rbarton@mwe.com | Defendants, ACDF, LLC; Willow Avenue Investments, LLC; Maricopa Orchards, LLC; Manning Avenue Pistachios, LLC; ACDF, LLC, successor in interest to 104 Partners, LLC; C&A Farms, LLC; Cantua Orchards, LLC; FNF Farms, LLC; Panoche Pistachios, LLC; Willow Avenue Investments, LLC; Kamm South, LLC |
| Marshall Craig Whitney<br>Whitney, Thompson & Jeffcoach LLP<br>970 W. Alluvial Avenue<br>Fresno, CA 93711<br>559-753-2550<br>Fax: 559-753-2560<br>Email: mwhitney@wtjlaw.com | Related Case Plaintiff, Federal Agricultural Mortgage Corporation |
| Zev M. Shechtman<br>Saul Ewing LLP<br>1888 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>310-255-6130<br>Fax: 310-255-6200<br>Email: Zev.Shechtman@saul.com | Receiver, Phillip Christensen |

Lead Case No. 1:24-cv-01261-KES-SAB (Consolidated with Case Nos: 1:24-cv-01226; 1:24-cv-01230; 1:24-cv-01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-cv-01235; and 1:24-cv-01241)

| | |
|---|---|
| John D. Freed<br>Davis Wright Tremaine LLP<br>50 California Street, Ste 23 Floor<br>San Francisco, CA 94111<br>415-276-6500<br>Fax: 415-276-6599<br>Email: jakefreed@dwt.com | Intervenor, U.S. Bank National Association |
| Mark Anishchenko<br>Davis Wright Tremaine<br>621 Capitol Mall, 18th Floor Suite 1950<br>Sacramento, CA 95814<br>916-885-1824<br>Email: markanishchenko@dwt.com | |
| Dirk B. Paloutzian<br>Natalya M. Ferdinandi<br>Baker Manock & Jensen, PC<br>5260 North Palm Avenue, Suite 201<br>Fresno, California 93704<br>Telephone: 559.432.5400<br>Facsimile: 559.432.5620<br>Emails: dpaloutzian@bakermanock.com<br>nferdinandi@bakermanock.com | Defendants Donald E. Schramm; Nada L. Schramm; Donald E. Schramm and Nada L. Schramm Revocable Trust Dated 12/2/2010; The Thomsen Family Trust Dated 11/24/2010; Daniel L. Sweet; Carole A. Sweet; Keith A. Thomsen, an individual and as the testate and interstate successor of Catherine S. Thomsen |
| Thomas A. Woods<br>Michael B. Brown<br>Benjamin J. Codog , III<br>Michelle J. Rosales<br>Stoel Rives LLP<br>500 Capitol Mall Suite 1600<br>Sacramento, CA 95814<br>916-447-0700<br>Emails: thomas.woods@stoel.com<br>michael.brown@stoel.com<br>ben.codog@stoel.com<br>michelle.rosales@stoel.com | Plaintiffs, Metropolitan Life Insurance Company; Brighthouse Life Insurance Company; MetLife Real Estate Lending, LLC |