1

2

3

4

5

**UNITED STATES DISTRICT COURT**

6

**EASTERN DISTRICT OF CALIFORNIA**

7

8    METROPOLITAN LIFE INSURANCE
     COMPANY, a New York corporation,

9                            Plaintiff,

10          vs.

11

12   ACDF, LLC, a California limited liability
     company, et al.,

13                           Defendants.

14   ┌─────────────────────────────────

15   ☒  Affects All Cases
     ☐  Affects Metropolitan Life Ins. Co. v.
16          ACDF, LLC, et al., 1:24-cv-01261
     ☐  Affects Metropolitan Life Ins. Co. v.
17          FNF Farms, LLC, et al., 1:24-cv-01226
     ☐  Affects Metropolitan Life Ins. Co. v. C
18          & A Farms, LLC, et al., 1:24-cv-01230
     ☐  Affects Metropolitan Life Ins. Co. v.
19          Maricopa Orchards, LLC, et al., 1:24-
            cv-01231
20   ☐  Affects Brighthouse Life Ins. Co. v.
            Kamm South, LLC, et al., 1:24-cv-
21          01232
     ☐  Affects Brighthouse Life Ins. Co. v.
22          Manning Avenue Pistachios, LLC, et
            al., 1:24-cv-01233 Case No. 1:24-cv-
23          01233
     ☐  Affects Brighthouse Life Ins. Co. v.
24          ACDF, LLC, et al., 1:24-cv-01235
     ☐  Affects MetLife Real Estate Lending,
25          LLC v. Panoche Pistachios, LLC, et
            al., 1:24-cv-01241
26

27

28

Lead Case No. 1:24-cv-01261-KES-SAB

Consolidated with Case Nos:
1:24-cv-01226; 1:24-cv-01230; 1:24-
cv-01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-
cv-01235; and 1:24-cv-01241

**ORDER APPROVING EMPLOYMENT
OF SAUL EWING LLP AS LEAD
RECEIVERSHIP COUNSEL IN JOINTLY
ADMINISTERED CASES AND FOR
MONTHLY COMPENSATION**

On December 13, 2024, Phillip Christensen, Receiver (the "Receiver") in the eight consolidated cases captioned above filed an Application of Receiver for Order Approving Employment of Saul Ewing LLP as Lead Receivership Counsel (the "Application"). Doc. 55. It appears that due and proper notice of the Application was given. No objections or requests for hearing with respect to the Application have been filed. The Motion is unopposed, and the Court is satisfied that all parties in interest have had sufficient notice of the Motion. It further appearing that good cause exists,

IT IS HEREBY ORDERED THAT:

1.      The Application is granted.

2.      The Receiver is authorized to employ Saul Ewing LLP (the "Firm") as his lead receivership counsel, effective as of November 7, 2024 in each of the above-referenced cases.

3.      The Receiver is authorized to pay the Firm every month during the pendency of this receivership pursuant to these procedures:

(a)      within 10 days after each month the Firm will submit the invoice for the prior month's legal services to the Receiver with a copy to the plaintiff;

(b)      within 14 days after receipt of the invoice, the plaintiff shall notify the Firm and the Receiver if plaintiff has objections to any of the Firm's fees;

(c)      if there are no unresolved objections, the Receiver may immediately pay the Firm and/or seek plaintiff's payment thereof;

(d)      if there are any unresolved objections with respect to monthly payments, the parties shall have the dispute promptly heard by the Court unless the parties agree that the dispute be heard at the time of the hearing on the Receiver's final report and/or the hearing on final approval of the fees of the Firm;

(e)      any hearing on objections shall only pertain to the specific fees or expenses which are the subject of the objection and any other fees or expenses shall be paid immediately; and

///

///

2

1    (f)    such monthly payments shall be without prejudice to the rights of a party to

2    be heard with respect to the final approval of the fees of the Firm.

3

4

5    IT IS SO ORDERED.

6    Dated:   January 7, 2025

7                                                   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28