1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

10

11 | METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, | Lead Case No. 1:24-cv-01261-KES-SAB

12 | Plaintiff, | Consolidated with Case Nos:

13 | v. | 1:24-cv-01226; 1:24-cv-01230; 1:24-cv-01231; 1:24-cv-01232;

14 | ACDF, LLC, a California limited liability company, *et al.,* | 1:24-cv-01233; 1:24-cv-01235; and 1:24-cv-01241

15 | Defendants.

16 | ☒ Affects All Cases
☐ Affects Metropolitan Life Ins. Co. v. ACDF, | **ORDER GRANTING MOTION TO CONTINUE RECEIVERSHIPS**

17 | LLC, et al., 1:24-cv-01261

18 | ☐ Affects Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al., 1:24-cv-01226
☐ Affects Metropolitan Life Ins. Co. v. C & A

19 | Farms, LLC, et al., 1:24-cv-01230
☐ Affects Metropolitan Life Ins. Co. v.

20 | Maricopa Orchards, LLC, et al., 1:24-cv-01231

21 | ☐ Affects Brighthouse Life Ins. Co. v. Kamm South, LLC, et al., 1:24-cv-01232

22 | ☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al.,

23 | 1:24-cv-01233 Case No. 1:24-cv-01233
☐ Affects Brighthouse Life Ins. Co. v. ACDF,

24 | LLC, et al., 1:24-cv-01235
☐ Affects MetLife Real Estate Lending, LLC

25 | v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

26
27
28

-1-

On various dates, the Court granted Plaintiffs Metropolitan Life Insurance Company's, MetLife Real Estate Lending Company's, and Brighthouse Life Insurance Company's (collectively, "Plaintiffs") motions for appointment of a receiver and for preliminary injunction in eight related cases that have since been administratively consolidated.  Doc. 45, *Metropolitan Life Ins. Co. v. ACDF, LLC et al.*, 1:24-cv-01261-KES-SAB;  Doc. 18, *Metropolitan Life Ins. Co. v. FNF Farms, LLC et al*, 1:24-cv-01226-KES-SAB;  Doc. 39, *Metropolitan Life Ins. Co. v. C & A Farms, LLC et al*, 1:24-cv-01230-KES-SAB; Doc. 17, *Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC et al*, 1:24-cv-01231-KES-SAB; Doc. 20, *Brighthouse Life Ins. Co. v. Kamm South, LLC et al*, 1:24-cv-01232-KES-SAB; Doc. 22, *Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC et al*, 1:24-cv-01233-KES-SAB; Doc. 22, *Brighthouse Life Ins. Co. v. C & A Farms, LLC et al*, 1:24-cv-01235; Doc. 18, *MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC et al.*, 1:24-cv-01241-KES-SAB (collectively, the "Agreed Orders Appointing Receiver and for Preliminary Injunction" or "Orders").  Each Order required Plaintiffs to file a motion to continue the receivership and set a deadline of January 6, 2025 for the filing of any opposition.  *See, e.g.*, Doc. 45, *Metropolitan Life Ins. Co. v. ACDF, LLC et al.*, 1:24-cv-01261-KES-SAB, at 19–20.  Each Order also set a hearing for January 13, 2025, to determine whether the receivership should be continued.  *See, e.g.*, *id.*

On December 16, 2024, Plaintiffs filed a Motion to Continue Receiverships ("Motion") in the lead case.  Doc. 59, *Metropolitan Life Ins. Co. v. ACDF, LLC et al.*, 1:24-cv-01261-KES-SAB.  The deadline to file any opposition has passed, the Motion is unopposed, and the Court is satisfied that all parties in interest have had sufficient notice of the Motion.  Accordingly, the Motion is SUBMITTED without oral argument pursuant to Local Rule 230(g), and the hearing currently set for January 13, 2025, is VACATED.  The Court issues the following written order.

Upon due consideration of the Motion to Continue Receiverships, pursuant to Federal Rule of Civil Procedure 66, the Court hereby GRANTS Plaintiffs' Motion to Continue Receiverships and FINDS as follows:

/ / /

/ / /

The Agreed Orders Appointing Receiver and for Preliminary Injunction currently in effect in the following cases are CONTINUED until further order of the Court:  Doc. 45, *Metropolitan Life Ins. Co. v. ACDF, LLC et al.*, 1:24-cv-01261-KES-SAB;  Doc. 18, *Metropolitan Life Ins. Co. v. FNF Farms, LLC et al*, 1:24-cv-01226-KES-SAB;  Doc. 39, *Metropolitan Life Ins. Co. v. C & A Farms, LLC et al*, 1:24-cv-01230-KES-SAB;  Doc. 17, *Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC et al*, 1:24-cv-01231-KES-SAB; Doc. 20, *Brighthouse Life Ins. Co. v. Kamm South, LLC et al*, 1:24-cv-01232-KES-SAB; Doc. 22, *Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC et al*, 1:24-cv-01233-KES-SAB; Doc. 22, *Brighthouse Life Ins. Co. v. C & A Farms, LLC et al*, 1:24-cv-01235; Doc. 18, *MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC et al.*, 1:24-cv-01241-KES-SAB.

IT IS SO ORDERED.

Dated:   January 7, 2025

_____
UNITED STATES DISTRICT JUDGE