1  ZEV SHECHTMAN (BAR NO. 266280)
   Zev.Shechtman@saul.com
2  CAROL CHOW (BAR NO. 169299)
   carol.chow@saul.com
3  RYAN COY (BAR NO. 324939)
   ryan.coy@saul.com
4  SAUL EWING LLP
   1888 Century Park East, Suite 1500
5  Los Angeles, California 90067
   Telephone:  (310) 255-6100
6  Facsimile:  (310) 255-6200

7  Attorneys for Phillip Christensen, as Receiver

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11

12  METROPOLITAN LIFE INSURANCE
    COMPANY, a New York corporation,

13           Plaintiff,

14      vs.

15  ACDF, LLC, a California limited liability
    company, et al.,

16           Defendants.

17

18  ☒  Affects All Cases
19  ☐  Affects Metropolitan Life Ins. Co. v.
        ACDF, LLC, et al., 1:24-cv-01261
20  ☐  Affects Metropolitan Life Ins. Co. v.
        FNF Farms, LLC, et al., 1:24-cv-01226
21  ☐  Affects Metropolitan Life Ins. Co. v. C
        & A Farms, LLC, et al., 1:24-cv-01230
22  ☐  Affects Metropolitan Life Ins. Co. v.
23      Maricopa Orchards, LLC, et al., 1:24-
        cv-01231
24  ☐  Affects Brighthouse Life Ins. Co. v.
25      Kamm South, LLC, et al., 1:24-cv-
        01232
26  ☐  Affects Brighthouse Life Ins. Co. v.
        Manning Avenue Pistachios, LLC, et
27      al., 1:24-cv-01233 Case No. 1:24-cv-
        01233
28

Lead Case No. 1:24-cv-01261-KES-SAB

Consolidated with Case Nos:
1:24-cv-01226; 1:24-cv-01230; 1:24-cv-
01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-
cv-01235; and 1:24-cv-01241

**RECEIVER'S OMNIBUS MONTHLY
REPORT (11/7/24 TO 12/31/24)**

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

| ☐ | Affects Brighthouse Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01235 |
|---|---|
| ☐ | Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241 |

Phillip Christensen, the Court-appointed receiver ("Receiver"), pursuant to paragraph 48 of the Receivership Orders[1], respectfully submits his Monthly Reports, for the month ended December 31, 2024 (the "Reporting Period"), regarding the operations and financial affairs of the receivership property in the above-captioned matters (the "Receivership Property"), as follows:

**Exhibit 1.**   Metropolitan Life Insurance Company v. FNF Farms, LLC et al, 1:24-cv-01226

**Exhibit 2.**   Metropolitan Life Insurance Company v. C & A Farms, LLC et al, 1:24-cv-01230

**Exhibit 3.**   Metropolitan Life Insurance Company v. Maricopa Orchards, LLC et al, 1:24-cv- 01231

**Exhibit 4.**   Brighthouse Life Insurance Company v. Kamm South, LLC et al, 1:24-cv-01232

**Exhibit 5.**   Brighthouse Life Insurance Company v. Manning Avenue Pistachios, LLC et al, 1:24-cv-01233

**Exhibit 6.**   Brighthouse Life Insurance Company v. ACDF, LLC, et al., 1:24-cv-01235

**Exhibit 7.**   MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC et al, 1:24-cv-01241

---

[1] The Receivership Orders can be found at the following docket numbers: 1:24-cv-01261 (Dkt. 45); 1:24-cv-01226 (Dkt. 18); 1:24-cv-01230 (Dkt. 39); 1:24-cv-01231 (Dkt. 17); 1:24-cv-01232 (Dkt. 20); 1:24-cv-01233 (Dkt. 22); 1:24-cv-01235 (Dkt. 22); and 1:24-cv-01241 (Dkt. 18).

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1    **Exhibit 8**.   Metropolitan Life Insurance Company v. ACDF, LLC, et al,

2                 1:24-cv-01261

3  DATED:  January 31, 2025        SAUL EWING LLP

4

5               By:

6                  ZEV SHECHTMAN

7                  Attorneys for Phillip Christensen, as Receiver

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# EXHIBIT 1

# EXECUTIVE SUMMARY

## METROPOLITAN LIFE INSURANCE COMPANY V. FNF FARMS LLC ET AL
## CASE NO: 1:24-cv-01226-KES-SAB

### RECEIVER'S REPORT

### <u>NOVEMBER 17 - DECEMBER 31, 2024</u>

**FINANCIAL:**
AS OF DECEMBER 31, 2024 OUTSTANDING ACCOUNTS PAYABLE IS **$90,273.25** OF WHICH **$44,023.02** IS DUE TO AGRIGLOBE LLC. DURING THE PERIOD AGRIGLOBE ADVANCED FUNDS FOR RECEIVERSHIP OPERATIONS AND HAS SUBSEQUENTLY REQUESTED REIMBURSEMENT. ADDITIONALLY, AN ACCOUNTS PAYABLE AGING REPORT AS OF DECEMBER 31, 2024 HAS BEEN ATTACHED HERETO. DURING THE PERIOD, THE RECEIVERSHIP BANK ACCOUNTS HAD NO CASH RECEIPTS OR DISBURSEMENTS, AS SUCH A CASH FLOW STATEMENT WAS NOT PREPARED.

AS OF DECEMBER 31, 2024, THE RECEIVERSHIP ESTATE ESTIMATES **$1,000,000** IS DUE RELATED TO THE 2024 ALMOND HARVEST. THIS AMOUNT IS ESTIMATED AS THE PRICE RELATED TO THE 2024 ALMOND HARVEST HAS NOT YET BEEN RELEASED TO THE PUBLIC, AS SUCH THIS AMOUNT MAY FLUCTUATE.

**MARKETING:**
· PEARSON REALTY HAS BEEN ENGAGED AS THE REAL ESTATE BROKER FOR THE RECEIVERSHIP ESTATE.

· A FORMAL LISTING AGREEMENT BETWEEN THE RECEIVERSHIP ESTATE AND PEARSON REALTY IS EXPECTED TO BE EXECUTED ON OR AROUND JANUARY 24, 2025. UPON EXECUTION, THE PEARSON TEAM WILL COMMENCE PUBLIC MARKETING OF THE RECEIVERSHIP ESTATE'S FARMLAND ASSETS.

**PROPERTY STATUS:**
*A DESCRIPTION OF THE OVERALL PROPERTY STATUS FOLLOWS, WHICH MAY INCLUDE HEALTHY/SAFETY, CAPITAL REPAIRS, TENANT IMPROVEMENTS, VIOLATION NOTICES, AND ROUTINE OPERATIONS:*

**FNF ALMONDS**

· THE RECEIVERSHIP ESTATE'S COLLATERAL IS COMPRISED OF 486.40 PLANTED ACRES OF ALMONDS, WHICH FORM PART OF THE FNF ALMOND PORTFOLIO. THE PROPERTY IS BEING CAREFULLY MANAGED TO PRESERVE ITS VALUE AND ENSURE OPTIMAL PRODUCTIVITY. COMPLETED ACTIVITIES INCLUDE MINOR REPAIRS TO THE IRRIGATION INFRASTRUCTURE AND THE IMPLEMENTATION OF WINTER SANITATION PRACTICES TO MITIGATE INSECT DAMAGE ON THE 2025 CROP. ADDITIONALLY, BEEHIVES HAVE BEEN STRATEGICALLY PLACED ON THE PROPERTY TO SUPPORT POLLINATION DURING THE UPCOMING FLOWER BLOOM.

**Exhibit 1**
4

# CONTENTS

- BALANCE SHEET (MODIFIED CASH BASIS)
- MONTHLY INCOME STATEMENT (MODIFIED CASH BASIS)
- ACCOUNTS PAYABLE AGING REPORT
- SCHEDULE OF AGRIGLOBE ADVANCES
- BANK RECONCILIATIONS/STATEMENT

**Exhibit 1**
5

**METROPOLITAN LIFE INSURANCE COMPANY V. FNF FARMS LLC ET AL**

**BALANCE SHEET**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

ASSETS
  CURRENT ASSETS
  CASH
    1000-901 - EAST WEST BANK (FNF FARMS 1226) - OPERATING | -
    1001-901 - EAST WEST BANK (FNF FARMS 1226) - REV/FUND | -

| | | |
|---|---|---:|
| **TOTAL CASH** | $ | - |
| **TOTAL ASSETS** | $ | - |
| LIABILITIES | | |
| CURRENT LIABILITIES | | |
| OTHER CURRENT LIABILITY | | |
| ADVANCES FROM AGRIGLOBE | | 44,023.02 |
| METLIFE RECEIVERSHIP ADVANCE | | - |
| **TOTAL OTHER CURRENT LIABILITIES** | $ | **44,023.02** |
| **TOTAL CURRENT LIABILITIES** | $ | **44,023.02** |
| **TOTAL LIABILITIES** | $ | **44,023.02** |
| CAPITAL & EQUITY | | |
| RETAINED EARNINGS | | - |
| NET INCOME | | (44,023.02) |
| **TOTAL CAPITAL & EQUITY** | $ | **(44,023.02)** |
| **TOTAL LIABILITIES AND EQUITY** | $ | - |

**Exhibit 1**
**6**

**METROPOLITAN LIFE INSURANCE COMPANY V. FNF FARMS LLC ET AL**

**MONTHLY INCOME STATEMENT**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

| | DECEMBER 2024 | TOTAL |
|---|---|---|
| INCOME | | |
| INCOME | - | - |
| **TOTAL INCOME** | **-** | **-** |
| COST OF GOODS SOLD | | |
| IRRIGATION LABOR | - | - |
| IRRIGATION WATER | $22,703.13 | 22,703.13 |
| TECHNICAL CONSULTING | $945.80 | 945.80 |
| GROUND MAINTENANCE | - | - |
| REPAIRS & MAINTENANCE | - | - |
| TAXES - PROPERTY | $12,744.70 | 12,744.70 |
| FARM MANAGEMENT (RECEIVER'S FEE) | - | - |
| **TOTAL COST OF GOODS SOLD** | **$    36,393.63** | **$    36,393.63** |
| GROSS PROFIT | $    (36,393.63) | $    (36,393.63) |
| EXPENSES | | |
| PROFESSIONAL FEES - LEGAL | 7,165.00 | 7,165.00 |
| BANK FEES | 318.11 | 318.11 |
| INSURANCE - FIRE & LIABILITY | 125.00 | 125.00 |
| MISCELLANEOUS | 21.28 | 21.28 |
| **TOTAL EXPENSES** | **$7,629.39** | **$7,629.39** |
| **NET INCOME/(LOSS)** | **$    (44,023.02)** | **$    (44,023.02)** |
| **BEGINNING CASH:** | - | - |
| CASH RECEIPTS | - | - |
| CASH DISBURSEMENTS | - | - |
| **ENDING CASH:** | **$    -** | **$    -** |

**Exhibit 1**
7

**Agriglobe LLC**

**Agriglobe LLC : FNF FARMS LLC ET AL RECEIVERSHIP ESTATE CASE NO 1226**

# A/P Aging Detail
## As of December 31, 2024

| Vendor | Transaction Type | Date | Document Number | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|
| **Vendor** | | | | | | |
| **Agriglobe Fiduciary Services, LLC** | | | | | | |
| | Bill | 12/16/2024 | 1226-1000 | 12/16/2024 | 28 | $13,619.20 |
| **Total - Agriglobe Fiduciary Services, LLC** | | | | | | **$13,619.20** |
| **Agriglobe, LLC** | | | | | | |
| | Bill | 12/9/2024 | 4650 | 12/9/2024 | 35 | $155.00 |
| | Bill | 12/10/2024 | 4675 | 12/10/2024 | 34 | $13,031.46 |
| | Bill | 12/10/2024 | 4641 | 12/10/2024 | 34 | $21,257.64 |
| | Bill | 12/13/2024 | 4697 | 12/13/2024 | 31 | $3,530.15 |
| | Bill | 12/13/2024 | 4689 | 12/13/2024 | 31 | $945.80 |
| | Bill | 12/19/2024 | 4719 | 12/19/2024 | 25 | $3,634.85 |
| | Bill | 12/30/2024 | 4758 | 12/30/2024 | 14 | $1,446.84 |
| | Bill | 12/31/2024 | 4775 | 12/31/2024 | 13 | $21.28 |
| **Total - Agriglobe, LLC** | | | | | | **$44,023.02** |
| **Diversified Land Management, LLC** | | | | | | |
| | Bill | 12/19/2024 | 1007 | 12/19/2024 | 25 | $7,334.91 |
| | Bill | 12/19/2024 | 1008 | 12/19/2024 | 25 | $12,140.54 |
| **Total - Diversified Land Management, LLC** | | | | | | **$19,475.45** |
| **Fresno County - Tax Collector** | | | | | | |
| | Bill | 12/3/2024 | 038-200-04S 121024 | 12/10/2024 | 34 | $8,424.56 |
| | Bill | 12/3/2024 | 038-200-09S 121024 | 12/10/2024 | 34 | $4,320.14 |
| **Total - Fresno County - Tax Collector** | | | | | | **$12,744.70** |
| **Safeguard Business Systems, Inc.** | | | | | | |
| | Bill | 12/6/2024 | 9006476930 | 1/4/2025 | 9 | $410.88 |
| **Total - Safeguard Business Systems, Inc.** | | | | | | **$410.88** |
| **Total - Vendor** | | | | | | **$90,273.25** |
| **Total** | | | | | | **$90,273.25** |

**Exhibit 1**
**8**

**METROPOLITAN LIFE INSURANCE COMPANY V. FNF FARMS LLC ET AL**
**SCHEDULE OF AGRIGLOBE ADVANCES**
**AS OF: DECEMBER 31, 2024**

| ACCOUNT | DATE | BILL NO. | DESCRIPTION | NAME | SPLIT | AMOUNT |
|---|---|---|---|---|---|---|
| **ORDINARY INCOME/EXPENSE** | | | | | | |
| **COST OF GOODS SOLD** | | | | | | |
| **5100 · COST OF GOODS SOLD** | | | | | | |
| 5165 · IRRIGATION WATER | | | | | | |
| | 12/10/2024 | 4641 | APN NO. 038-200-04S INVOICES 961032 & 962791 | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $14,141.18 |
| | 12/10/2024 | 4641 | APN NO. 038-200-09S INVOICES 961032 & 962791 | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $7,116.46 |
| | 12/30/2024 | 4758 | BILLING PERIOD: 10/28/2024 - 11/25/2024 | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $1,445.49 |
| **TOTAL · 5165 · IRRIGATION WATER** | | | | | | **$22,703.13** |
| 5179 · TECHNICAL CONSULTING | | | | | | |
| | 12/13/2024 | 4689 | TECHNICAL CONSULTING \|\|ROSPEC INSIGHTS (INVOICE: 1001) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $945.80 |
| **TOTAL · 5179 · TECHNICAL CONSULTING** | | | | | | **$945.80** |
| 5189 · TAX - PROPERTY | | | | | | |
| | 12/10/2024 | 4675 | PARCEL NO: 038-200-04S \|\| 1ST INSTALLMENT | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $8,424.56 |
| | 12/10/2024 | 4675 | PARCEL NO: 038-200-09S \|\| 1ST INSTALLMENT | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $4,320.14 |
| **TOTAL · 5189 · TAX - PROPERTY** | | | | | | **$12,744.70** |
| **TOTAL · 5100 · COST OF GOODS SOLD** | | | | | | **$36,393.63** |
| **TOTAL · COST OF GOODS SOLD** | | | | | | **$36,393.63** |
| **GROSS PROFIT** | | | | | | **($36,393.63)** |
| **EXPENSE** | | | | | | |
| **5900 · OPERATING EXPENSES** | | | | | | |
| 5993 · PROFESSIONAL FEES - LEGAL | | | | | | |
| | 12/13/2024 | 4697 | SAUL EWING (INVOICE: 4390136) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $3,530.15 |
| | 12/19/2024 | 4719 | FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2024 | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $3,634.85 |
| **TOTAL · 5993 · PROFESSIONAL FEES - LEGAL** | | | | | | **$7,165.00** |
| 5996 · INSURANCE - FIRE & LIABILITY | | | | | | |
| | 12/9/2024 | 4650 | BILLING PERIOD: 01/01/2025 - 11/18/2025 | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $110.27 |
| | 12/9/2024 | 4650 | BILLING PERIOD: 11/18/2024 - 12/31/2024 | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $14.73 |
| **TOTAL · 5996 · INSURANCE - FIRE & LIABILITY** | | | | | | **$125.00** |
| 5998 · BANK FEES | | | | | | |
| | 12/9/2024 | 4650 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $30.00 |
| | 12/10/2024 | 4675 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $286.76 |
| | 12/30/2024 | 4758 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $1.35 |
| **TOTAL · 5998 · BANK FEES** | | | | | | **$318.11** |
| 5999 · MISCELLANEOUS | | | | | | |
| | 12/31/2024 | 4775 | MISCELLANEOUS \|\|FEDEX EXPRESS SERVICES (INVOICE NO. 8-703-51197) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $4.11 |
| | 12/31/2024 | 4775 | MISCELLANEOUS \|\|FEDEX EXPRESS SERVICES (INVOICE NO. 8-710-46789) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $11.32 |
| | 12/31/2024 | 4775 | MISCELLANEOUS \|\|FEDEX EXPRESS SERVICES (INVOICE NO. 8-697-47624) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $5.85 |
| **TOTAL · 5999 · MISCELLANEOUS** | | | | | | **$21.28** |
| **TOTAL · 5900 · OPERATING EXPENSES** | | | | | | **$7,629.39** |
| **TOTAL · EXPENSE** | | | | | | **$7,629.39** |
| **NET ORDINARY INCOME** | | | | | | **($44,023.02)** |
| **NET INCOME** | | | | | | **($44,023.02)** |

**Exhibit 1**
**9**

**FNF Farms LLC Et Al Receivership Estate Case No 1226**
**Reconciliation Summary**
**1000-901 East West Bank - Operating**

## As of 11/30/2024

| ID | Balance |
|---|---|
| Reconciled | 0.00 |
| No Previous Reconciled Balance | 0.00 |
| Current Reconciled Balance | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | 0.00 |
| Difference | 0.00 |
| Unreconciled | 0.00 |
| Total as of 11/30/2024 | **0.00** |

**Exhibit 1**
**10**

**FNF Farms LLC Et Al Receivership Estate Case No 1226**
**Reconciliation Detail**
**1000-901 East West Bank - Operating**

## As of 11/30/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| Reconciled | | | | | | 0.00 |
| No Previous Reconciled Balance | | | | | | 0.00 |
| Current Reconciled Balance | | | | | | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | | | | | | 0.00 |
| Difference | | | | | | 0.00 |
| Unreconciled | | | | | | 0.00 |
| Total as of 11/30/2024 | | | | | | **0.00** |

**Exhibit 1**
11

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: November 22, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 9

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
FNF FARMS, LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1226
OPERATING ACCOUNT
PO BOX 5379
FRESNO CA 93755-5379

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 0) | .00 |
| Average balance | $0.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $.00 |

**\*\* No activity this statement period \*\***

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 1**
**12**

## STATEMENT BALANCING

### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement……………............    $_____

**ENTER**
Present Balance in
your checkbook………………….    $_____

**Add** Deposits not shown
on this Statement    $_____
_____
_____

Sub Total……….    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………    $_____

**Balance**…………...........................**    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____

Sub Total …………    $_____

**Add** Monthly Interest
Earned ……………………………    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………    $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….    $_____
_____
_____
_____

**Balance**…………………………….    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 1**
**13**

**FNF Farms LLC Et Al Receivership Estate Case No 1226**
**Reconciliation Summary**
**1001-901 East West Bank - Rev/Fund**

## As of 11/30/2024

| ID | Balance |
|---|---|
| Reconciled | 0.00 |
| No Previous Reconciled Balance | 0.00 |
| Current Reconciled Balance | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | 0.00 |
| Difference | 0.00 |
| Unreconciled | 0.00 |
| Total as of 11/30/2024 | **0.00** |

**Exhibit 1**
14

**FNF Farms LLC Et Al Receivership Estate Case No 1226**
**Reconciliation Detail**
**1001-901 East West Bank - Rev/Fund**

## As of 11/30/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| Reconciled | | | | | | 0.00 |
| No Previous Reconciled Balance | | | | | | 0.00 |
| Current Reconciled Balance | | | | | | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | | | | | | 0.00 |
| Difference | | | | | | 0.00 |
| Unreconciled | | | | | | 0.00 |
| Total as of 11/30/2024 | | | | | | **0.00** |

**Exhibit 1**
15

## EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: November 22, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 9

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
FNF FARMS, LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1226
CHECKING ACCOUNT
PO BOX 5379
FRESNO CA 93755-5379

Happy holidays from all of us at East West Bank! Thank you for choosing us as your financial bridge. We wish you a joyous and prosperous holiday season and look forward to serving you in the new year. Together, let's reach further.

---

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 0) | .00 |
| Average balance | $0.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $.00 |

**\*\* No activity this statement period \*\***

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 1**
**16**

3409    rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement………………............    $_____

**Add** Deposits not shown
on this Statement    $_____
_____
_____
Sub Total………    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………    $_____

**Balance**……..................................**    $_____

**ENTER**
Present Balance in
your checkbook…………………    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____
Sub Total …………    $_____

**Add** Monthly Interest
Earned …………………………………    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………    $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………    $_____
_____
_____
_____

**Balance**………………………………    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 1**

**FNF Farms LLC Et Al Receivership Estate Case No 1226**
**Reconciliation Summary**
**1000-901 East West Bank - Operating**

**As of 12/31/2024**

| ID | Balance |
|---|---|
| **Reconciled** | |
|   Cleared Deposits and Other Credits | 25.00 |
|   Cleared Checks and Payments | (25.00) |
| **Total - Reconciled** | **0.00** |
| **Last Reconciled Statement Balance - 11/30/2024** | **0.00** |
| **Current Reconciled Balance** | **0.00** |
| **Reconcile Statement Balance - 12/31/2024** | **0.00** |
| **Difference** | **0.00** |
| **Unreconciled** | **0.00** |
| **Total as of 12/31/2024** | **0.00** |

**Exhibit 1**
**18**

**FNF Farms LLC Et Al Receivership Estate Case No 1226**
**Reconciliation Detail**
**1000-901 East West Bank - Operating**

## As of 12/31/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| | Deposit | 12/26/2024 | DEPFNF03 | | Refund Analysis Activ | 25.00 |
| **Total - Cleared Deposits and Other Credits** | | | | | | **25.00** |
| **Cleared Checks and Payments** | | | | | | |
| | Check | 12/24/2024 | Direct Withdrawal | East West Bank | Analysis Service | (25.00) |
| **Total - Cleared Checks and Payments** | | | | | | **(25.00)** |
| **Total - Reconciled** | | | | | | **0.00** |
| **Last Reconciled Statement Balance - 11/30/2024** | | | | | | **0.00** |
| **Current Reconciled Balance** | | | | | | **0.00** |
| **Reconcile Statement Balance - 12/31/2024** | | | | | | **0.00** |
| **Difference** | | | | | | **0.00** |
| **Unreconciled** | | | | | | **0.00** |
| **Total as of 12/31/2024** | | | | | | **0.00** |

**Exhibit 1**
**19**

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
FNF FARMS, LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1226
OPERATING ACCOUNT
PO BOX 5379
FRESNO CA 93755-5379

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

---

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | | Beginning balance | | $0.00 |
| Low balance | $-25.00 | Total additions | ( 1) | 25.00 |
| Average balance | $-1.61 | Total subtractions | ( 1) | 25.00 |
| | | Ending balance | | $.00 |

---

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-26 | Credit Memo | REFUND ANALYSIS ACTIVITY | 25.00 |

---

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-24 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/24 | 25.00 |

---

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 0.00 | 12-24 | -25.00 | 12-26 | 0.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 1**
**20**

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

| | |
|---|---|
| **ENTER** | **ENTER** |
| Ending Balance of | Present Balance in |
| this Statement.......................... $_____ | your checkbook..................... $_____ |
| | |
| **Add** Deposits not shown | |
| on this Statement         $_____ | **Subtract** any service |
| _____ | charges, finance or |
| _____ | any other charges................. $_____ |
| **Sub Total**.......... $_____ | |
| **Subtract** Checks Issued | **Sub Total** ............ $_____ |
| but not on Statement | |

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Add** Monthly Interest
Earned .................................. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances).................. $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)................... $_____
_____
_____
_____

**Total** amount of outstanding
checks.................................. $_____

**Balance**................................** $_____

**Balance**....................................... $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

### Exhibit 1

**FNF Farms LLC Et Al Receivership Estate Case No 1226**
**Reconciliation Summary**
**1001-901 East West Bank - Rev/Fund**

**As of 12/31/2024**

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 25.00 |
| Cleared Checks and Payments | (25.00) |
| **Total - Reconciled** | **0.00** |
| **Last Reconciled Statement Balance - 11/30/2024** | 0.00 |
| **Current Reconciled Balance** | 0.00 |
| **Reconcile Statement Balance - 12/31/2024** | 0.00 |
| **Difference** | 0.00 |
| Unreconciled | 0.00 |
| **Total as of 12/31/2024** | **0.00** |

**Exhibit 1**
**22**

**FNF Farms LLC Et Al Receivership Estate Case No 1226**
**Reconciliation Detail**
**1001-901 East West Bank - Rev/Fund**

## As of 12/31/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| | Deposit | 12/26/2024 | DEPFNF02 | | Refund Analysis Activity | 25.00 |
| **Total - Cleared Deposits and Other Credits** | | | | | | **25.00** |
| **Cleared Checks and Payments** | | | | | | |
| | Check | 12/24/2024 | Direct Withdrawal | East West Bank | Analysis Service | (25.00) |
| **Total - Cleared Checks and Payments** | | | | | | **(25.00)** |
| **Total - Reconciled** | | | | | | **0.00** |
| **Last Reconciled Statement Balance - 11/30/2024** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 0.00 |
| **Reconcile Statement Balance - 12/31/2024** | | | | | | 0.00 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 12/31/2024** | | | | | | **0.00** |

**Exhibit 1**
**23**

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**

Page   1   of   1
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
FNF FARMS, LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1226
(REV/FUND)
PO BOX 5379
FRESNO CA 93755-5379

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

---

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Low balance | $-25.00 | Total additions ( 1) | 25.00 |
| Average balance | $-1.61 | Total subtractions ( 1) | 25.00 |
| | | Ending balance | $.00 |

---

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-26 | Credit Memo | REFUND ANALYSIS ACTIVITY | 25.00 |

---

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-24 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/24 | 25.00 |

---

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 0.00 | 12-24 | -25.00 | 12-26 | 0.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 1**
24

3409    rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement………………........... $ _____

**Add** Deposits not shown
on this Statement                      $ _____
                                      _____
                                      _____

Sub Total………. $ _____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Total** amount of outstanding
checks…………………………. $ _____

**Balance**…………….........................** $ _____

**ENTER**
Present Balance in
your checkbook………………… $ _____

**Subtract** any service
charges, finance or
any other charges………………. $ _____

Sub Total ………… $ _____

**Add** Monthly Interest
Earned ……………………………. $ _____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $ _____
                                _____
                                _____
                                _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………… $ _____
                                _____
                                _____
                                _____

**Balance**…………………………… $ _____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

 1. Tell us your name and account number.
 2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
 3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 1**
25

# EXHIBIT 2

# EXECUTIVE SUMMARY

## METROPOLITAN LIFE INSURANCE COMPANY V. C & A FARMS LLC ET AL
## CASE NO: 1:24-cv-01230-KES-SAB

### RECEIVER'S REPORT

### NOVEMBER 7 - DECEMBER 31, 2024

**FINANCIAL:**

AS OF DECEMBER 31, 2024 OUTSTANDING ACCOUNTS PAYABLE IS **$54,104.28** OF WHICH **$23,818.36** IS DUE TO AGRIGLOBE LLC. DURING THE PERIOD, AGRIGLOBE ADVANCED FUNDS FOR RECEIVERSHIP OPERATIONS AND HAS SUBSEQUENTLY REQUESTED REIMBURSEMENT. ADDITIONALLY, AN ACCOUNTS PAYABLE AGING REPORT AS OF DECEMBER 31, 2024 HAS BEEN ATTACHED HERETO. DURING THE PERIOD, THE RECEIVERSHIP BANK ACCOUNTS HAD NO CASH RECEIPTS OR DISBURSEMENTS, AS SUCH A CASH FLOW STATEMENT WAS NOT PREPARED.

**MARKETING:**

- PEARSON REALTY HAS BEEN APPROACHED TO SERVE AS THE SELL SIDE BROKER FOR THE ASSETS WITHIN THIS RECEIVERSHIP ESTATE. A FORMAL LISTING AGREEMENT IS IN THE PROCESS OF BEING DRAFTED AND FINALIZED.

**PROPERTY STATUS:**

*A DESCRIPTION OF THE OVERALL PROPERTY STATUS FOLLOWS, WHICH MAY INCLUDE HEALTHY/SAFETY, CAPITAL REPAIRS, TENANT IMPROVEMENTS, VIOLATION NOTICES, AND ROUTINE OPERATIONS:*

**DUMAR**

- THE DUMAR RANCH IS COMPRISED OF 450.00 ACRES OF PISTACHIOS LOCATED WITHIN WESTLANDS WATER DISTRICT. THE PROPERTY IS CURRENTLY LEASED OUT TO *DUMAR, LLC*. THE TENANTS ARE CURRENTLY IN DEFAULT AND OWE $893,437 IN RENT AS WELL AS $52,264.17 IN PROPERTY TAXES.

**PISTACHE**

- THE PISTACHE RANCH IS COMPRISED OF 634.00 ACRES OF PISTACHIOS LOCATED WITHIN WESTLANDS WATER DISTRICT. THE PROPERTY IS CURRENTLY LEASED OUT TO *PISTACHE, LLC*. THE TENANTS ARE CURRENTLY IN DEFAULT AND OWE $1,418,152 IN RENT AS WELL AS $66,512.61 IN PROPERTY TAXES.

**LITIGATION:**

- RECEIVER'S MOTION FOR LEASE REJECTION AND TURNOVER IS PENDING (HEARING SCHEDULED 2/5/25).

**Exhibit 2**

# CONTENTS

- BALANCE SHEET (MODIFIED CASH BASIS)
- MONTHLY INCOME STATEMENT (MODIFIED CASH BASIS)
- ACCOUNTS PAYABLE AGING REPORT
- SCHEDULE OF AGRIGLOBE ADVANCES
- BANK RECONCILIATIONS/STATEMENT

**Exhibit 2**

27

**METROPOLITAN LIFE INSURANCE COMPANY V. C & A FARMS LLC ET AL**

**BALANCE SHEET**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

ASSETS
   CURRENT ASSETS
   CASH

| | |
|---|---:|
| 1000-902 - EAST WEST BANK (C&A CASE 1230) - OPERATING | - |
| 1001-902 - EAST WEST BANK (C&A CASE 1230) - REV/FUND | - |
| **TOTAL CASH** | **$0.00** |
| | |
| **TOTAL ASSETS** | $ - |

LIABILITIES
   CURRENT LIABILITIES
   OTHER CURRENT LIABILITY

| | |
|---|---:|
| ADVANCES FROM AGRIGLOBE | 23,818.36 |
| MISCELLANEOUS CURRENT LIABILITIES | - |
| **TOTAL OTHER CURRENT LIABILITIES** | $ **23,818.36** |
| | |
| **TOTAL CURRENT LIABILITIES** | $ **23,818.36** |
| | |
| **TOTAL LIABILITIES** | $ **23,818.36** |

CAPITAL & EQUITY

| | |
|---|---:|
| RETAINED EARNINGS | - |
| NET INCOME | (23,818.36) |
| **TOTAL CAPITAL & EQUITY** | $ **(23,818.36)** |
| | |
| **TOTAL LIABILITIES AND EQUITY** | $ - |

**Exhibit 2**
**28**

**METROPOLITAN LIFE INSURANCE COMPANY V. C & A FARMS LLC ET AL**

**MONTHLY INCOME STATEMENT**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

|  | DECEMBER 2024 | TOTAL |
|---|---|---|
| INCOME |  |  |
| INCOME | - | - |
| **TOTAL INCOME** | $            - | $            - |
|  |  |  |
| COST OF GOODS SOLD |  |  |
| IRRIGATION LABOR | - | - |
| IRRIGATION WATER | - | - |
| TECHNICAL CONSULTING | 2,107.83 | 2,107.83 |
| GROUND MAINTENANCE | - | - |
| REPAIRS & MAINTENANCE | - | - |
| TAXES - PROPERTY | - | - |
| FARM MANAGEMENT (RECEIVER'S FEE) | - | - |
| **TOTAL COST OF GOODS SOLD** | $       2,107.83 | $       2,107.83 |
|  |  |  |
| GROSS PROFIT | $      (2,107.83) | $      (2,107.83) |
|  |  |  |
| EXPENSES |  |  |
| PROFESSIONAL FEES - LEGAL | 21,461.27 | 21,461.27 |
| BANK FEES | 150.00 | 150.00 |
| INSURANCE - FIRE & LIABILITY | 30.00 | 30.00 |
| MISCELLANEOUS | 69.26 | 69.26 |
| **TOTAL EXPENSES** | **$21,710.53** | **$21,710.53** |

**Exhibit 2**
**29**

**Agriglobe LLC**

**Agriglobe LLC : C & A FARMS LLC ET AL RECEIVERSHIP ESTATE CASE NO 1230**

# A/P Aging Detail
## As of December 31, 2024

| Vendor | Transaction Type | Date | Document Number | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---:|
| **Vendor** | | | | | | |
| **Agriglobe Fiduciary Services, LLC** | | | | | | |
| | Bill | 12/16/2024 | 1230-1000 | 12/16/2024 | 28 | $28,184.00 |
| **Total - Agriglobe Fiduciary Services, LLC** | | | | | | **$28,184.00** |
| **Agriglobe, LLC** | | | | | | |
| | Bill | 12/9/2024 | 4647 | 12/9/2024 | 35 | $180.00 |
| | Bill | 12/13/2024 | 4688 | 12/13/2024 | 31 | $2,107.83 |
| | Bill | 12/13/2024 | 4696 | 12/13/2024 | 31 | $7,867.35 |
| | Bill | 12/19/2024 | 4717 | 12/19/2024 | 25 | $13,593.92 |
| | Bill | 12/31/2024 | 4774 | 12/31/2024 | 13 | $69.26 |
| **Total - Agriglobe, LLC** | | | | | | **$23,818.36** |
| **Diversified Land Management, LLC** | | | | | | |
| | Bill | 12/19/2024 | 1006 | 12/19/2024 | 25 | $1,691.04 |
| **Total - Diversified Land Management, LLC** | | | | | | **$1,691.04** |
| **Safeguard Business Systems, Inc.** | | | | | | |
| | Bill | 12/9/2024 | 9006404763 | 12/26/2024 | 18 | $410.88 |
| **Total - Safeguard Business Systems, Inc.** | | | | | | **$410.88** |
| **Total - Vendor** | | | | | | **$54,104.28** |
| **Total** | | | | | | **$54,104.28** |

**Exhibit 2**
30

METROPOLITAN LIFE INSURANCE COMPANY V. C & A FARMS LLC ET AL

SCHEDULE OF AGRIGLOBE ADVANCES

AS OF: DECEMBER 31, 2024

| ACCOUNT | DATE | BILL NO. | DESCRIPTION | NAME | SPLIT | AMOUNT |
|---|---|---|---|---|---|---|
| ORDINARY INCOME/EXPENSE | | | | | | |
| COST OF SALES | | | | | | |
| 5100 · COST OF GOODS SOLD | | | | | | |
| 5179 · TECHNICAL CONSULTING | 12/13/2024 | 4688 | TECHNICAL CONSULTING || ROSPEC INSIGHTS (INVOICE: 1001) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $2,107.83 |
| TOTAL · 5179 · TECHNICAL CONSULTING | | | | | | $2,107.83 |
| TOTAL · 5100 · COST OF GOODS SOLD | | | | | | $2,107.83 |
| TOTAL · COST OF SALES | | | | | | $2,107.83 |
| GROSS PROFIT | | | | | | ($2,107.83) |
| EXPENSE | | | | | | |
| 5900 · OPERATING EXPENSES | | | | | | |
| 5993 · PROFESSIONAL FEES - LEGAL | 12/13/2024 | 4696 | SAUL EWING (INVOICE: 4390136) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $7,867.35 |
| | 12/19/2024 | 4717 | SAUL EWING (INVOICE: 4392448 & 4392455) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $13,593.92 |
| TOTAL · 5993 · PROFESSIONAL FEES - LEGAL | | | | | | $21,461.27 |
| 5996 · INSURANCE - FIRE & LIABILITY | 11/26/2024 | 4647 | INT'L SURETIES (BILLING PERIOD: 11/07/2024 - 12/31/2024) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $22.19 |
| | 11/26/2024 | 4647 | INT'L SURETIES (BILLING PERIOD: 01/01/2025 - 11/07/2025) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $127.81 |
| TOTAL · 5996 · INSURANCE - FIRE & LIABILITY | | | | | | $150.00 |
| 5998 · BANK FEES | 11/26/2024 | 4647 | BANK FEES | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $30.00 |
| TOTAL · 5998 · BANK FEES | | | | | | $30.00 |
| 5999 · MISCELLANEOUS | 12/31/2024 | 4774 | MISCELLANEOUS || FEDEX EXPRESS SERVICES (INVOICE NO. 8-697-47624) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $5.85 |
| | 12/31/2024 | 4774 | MISCELLANEOUS || FEDEX EXPRESS SERVICES (INVOICE NO. 8-710-46789) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $59.30 |
| | 12/31/2024 | 4774 | MISCELLANEOUS || FEDEX EXPRESS SERVICES (INVOICE NO. 8-703-51197) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $4.11 |
| TOTAL · 5999 · MISCELLANEOUS | | | | | | $69.26 |
| TOTAL · 5900 · OPERATING EXPENSES | | | | | | $21,710.53 |
| TOTAL · EXPENSE | | | | | | $21,710.53 |
| NET ORDINARY INCOME | | | | | | ($23,818.36) |
| NET INCOME | | | | | | ($23,818.36) |

Exhibit 2
31

# C & A Farms LLC Et Al Receivership Estate No 1230
## Reconciliation Summary
## 1000-902 East West Bank - Operating

## As of 11/30/2024

| ID | Balance |
|---|---|
| Reconciled | 0.00 |
| No Previous Reconciled Balance | 0.00 |
| Current Reconciled Balance | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | 0.00 |
| Difference | 0.00 |
| Unreconciled | 0.00 |
| Total as of 11/30/2024 | **0.00** |

**Exhibit 2**
32

**C & A Farms LLC Et Al Receivership Estate No 1230**
**Reconciliation Detail**
**1000-902 East West Bank - Operating**

**As of 11/30/2024**

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | 0.00 |
| **No Previous Reconciled Balance** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 0.00 |
| **Reconcile Statement Balance - 11/30/2024** | | | | | | 0.00 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 11/30/2024** | | | | | | **0.00** |

**Exhibit 2**
33

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: November 19, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 12

( 0 )

PHILLIP CHRISTENSEN, RECEIVER FOR
C & A FARMS LLC ET AL RECEIVERSHIP
ESTATE (CASE NO 1230)
(OPERATING)
PO BOX 5379
FRESNO CA 93755-5379

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions  ( 0 ) | .00 |
| Average balance | $0.00 | Total subtractions  ( 0 ) | .00 |
| | | Ending balance | $.00 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 2**
**34**

3409      rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

ENTER
Ending Balance of
this Statement………………........... $ _____

Add Deposits not shown
on this Statement                              $ _____
                                             _____
                      Sub Total……….. $ _____

Subtract Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

Total amount of outstanding
checks…………………………… $ _____

Balance…………..........................** $ _____

ENTER
Present Balance in
your checkbook………………… $ _____

Subtract any service
charges, finance or
any other charges……………… $ _____

                Sub Total ………… $ _____

Add Monthly Interest
Earned …………………………… $ _____

Add any deposits not yet
entered in checkbook
(Reverse Advances)……………… $ _____
                                   _____
                                   _____
                                   _____

Subtract any checks not
yet entered in checkbook
(Reverse Payments)……………… $ _____
                                   _____
                                   _____
                                   _____

Balance………………………… $ _____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 2**
35

**C & A Farms LLC Et Al Receivership Estate Case No 1230**
**Reconciliation Summary**
**1001-902 East West Bank - Rev/Fund**

**As of 11/30/2024**

| ID | Balance |
|---|---|
| Reconciled | 0.00 |
| No Previous Reconciled Balance | 0.00 |
| Current Reconciled Balance | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | 0.00 |
| Difference | 0.00 |
| Unreconciled | 0.00 |
| Total as of 11/30/2024 | **0.00** |

**Exhibit 2**
36

## C & A Farms LLC Et Al Receivership Estate Case No 1230
## Reconciliation Detail
## 1001-902 East West Bank - Rev/Fund

### As of 11/30/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| Reconciled | | | | | | 0.00 |
| No Previous Reconciled Balance | | | | | | 0.00 |
| Current Reconciled Balance | | | | | | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | | | | | | 0.00 |
| Difference | | | | | | 0.00 |
| Unreconciled | | | | | | 0.00 |
| Total as of 11/30/2024 | | | | | | **0.00** |

**Exhibit 2**
37

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: November 19, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 12

( 0 )

PHILLIP CHRISTENSEN, RECEIVER FOR
C & A FARMS,LLC ET AL RECEIVERSHIP
ESTATE (CASE NO 1230)
(CHECKING)
PO BOX 5379
FRESNO CA 93755-5379

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 0 ) | .00 |
| Average balance | $0.00 | Total subtractions ( 0 ) | .00 |
| | | Ending balance | $.00 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 2**
**38**

3409      rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………….............    $_____

**ENTER**
Present Balance in
your checkbook………………    $_____

**Add** Deposits not shown
on this Statement    $_____
_____
_____

**Subtract** any service
charges, finance or
any other charges………………    $_____

Sub Total………    $_____

**Subtract** Checks Issued
but not on Statement

Sub Total …………    $_____

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned …………………………    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………    $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………    $_____
_____
_____
_____

**Total** amount of outstanding
checks…………………………    $_____

**Balance**…………...........................**    $_____

**Balance**…………...........................    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 2**
**39**

# C & A Farms LLC Et Al Receivership Estate Case No 1230
## Reconciliation Summary
## 1000-902 East West Bank - Operating

## As of 12/31/2024

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 120,025.00 |
| Cleared Checks and Payments | (120,025.00) |
| **Total - Reconciled** | **0.00** |
| **Last Reconciled Statement Balance - 11/30/2024** | **0.00** |
| **Current Reconciled Balance** | **0.00** |
| **Reconcile Statement Balance - 12/31/2024** | **0.00** |
| **Difference** | **0.00** |
| **Unreconciled** | **0.00** |
| **Total as of 12/31/2024** | **0.00** |

**Exhibit 2**
**40**

## C & A Farms LLC Et Al Receivership Estate Case No 1230
## Reconciliation Detail
## 1000-902 East West Bank - Operating

### As of 12/31/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| | Journal | 12/9/2024 | JE#C&A05 | | TEST | 13,000.00 |
| | Journal | 12/9/2024 | JE#C&A08 | | TEST | 2,000.00 |
| | Journal | 12/9/2024 | JE#C&A03 | | TEST | 11,000.00 |
| | Journal | 12/9/2024 | JE#C&A09 | | TEST | 4,000.00 |
| | Journal | 12/9/2024 | JE#C&A14 | | TEST | 8,000.00 |
| | Journal | 12/9/2024 | JE#C&A13 | | TEST | 3,000.00 |
| | Journal | 12/9/2024 | JE#C&A04 | | TEST | 12,000.00 |
| | Journal | 12/9/2024 | JE#C&A02 | | TEST | 10,000.00 |
| | Journal | 12/9/2024 | JE#C&A15 | | TEST | 9,000.00 |
| | Journal | 12/9/2024 | JE#C&A11 | | TEST | 6,000.00 |
| | Journal | 12/9/2024 | JE#C&A10 | | TEST | 5,000.00 |
| | Journal | 12/9/2024 | JE#C&A01 | | TEST | 1,000.00 |
| | Journal | 12/9/2024 | JE#C&A06 | | TEST | 14,000.00 |
| | Journal | 12/9/2024 | JE#C&A12 | | TEST | 7,000.00 |
| | Journal | 12/9/2024 | JE#C&A07 | | TEST | 15,000.00 |
| | Deposit | 12/26/2024 | DEPC&A03 | | Refund Analysis Activity | 25.00 |
| **Total - Cleared Deposits and Other Credits** | | | | | | **120,025.00** |
| **Cleared Checks and Payments** | | | | | | |
| | Check | 12/9/2024 | 1013 | Test 7 | VOID | (7,000.00) |
| | Check | 12/9/2024 | 1003 | Test 11 | VOID | (11,000.00) |
| | Check | 12/9/2024 | 1006 | Test 14 | VOID | (14,000.00) |
| | Check | 12/9/2024 | 1004 | Test 12 | VOID | (12,000.00) |
| | Check | 12/9/2024 | 1009 | Test 3 | VOID | (3,000.00) |
| | Check | 12/9/2024 | 1007 | Test 15 | VOID | (15,000.00) |
| | Check | 12/9/2024 | 1005 | Test 13 | VOID | (13,000.00) |
| | Check | 12/9/2024 | 1008 | Test 2 | VOID | (2,000.00) |
| | Check | 12/9/2024 | 1010 | Test 4 | VOID | (4,000.00) |
| | Check | 12/9/2024 | 1014 | Test 8 | VOID | (8,000.00) |
| | Check | 12/9/2024 | 1001 | Test 1 | VOID | (1,000.00) |
| | Check | 12/9/2024 | 1002 | Test 10 | VOID | (10,000.00) |
| | Check | 12/9/2024 | 1015 | Test 9 | VOID | (9,000.00) |
| | Check | 12/9/2024 | 1011 | Test 5 | VOID | (5,000.00) |
| | Check | 12/9/2024 | 1012 | Test 6 | VOID | (6,000.00) |
| | Check | 12/24/2024 | Direct Withdrawal | East West Bank | Analysis Service | (25.00) |
| **Total - Cleared Checks and Payments** | | | | | | **(120,025.00)** |
| **Total - Reconciled** | | | | | | **0.00** |
| **Last Reconciled Statement Balance - 11/30/2024** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 0.00 |
| **Reconcile Statement Balance - 12/31/2024** | | | | | | 0.00 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 12/31/2024** | | | | | | **0.00** |

**Exhibit 2**
**41**

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
C & A FARMS LLC ET AL RECEIVERSHIP
ESTATE (CASE NO 1230)
(OPERATING)
PO BOX 5379
FRESNO CA 93755-5379

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | | Beginning balance | | $0.00 |
| Low balance | $-25.00 | Total additions | ( 1) | 25.00 |
| Average balance | $-1.61 | Total subtractions | ( 1) | 25.00 |
| | | Ending balance | | $.00 |

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-26 | Credit Memo | REFUND ANALYSIS ACTIVITY | 25.00 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-24 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/24 | 25.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 0.00 | 12-24 | -25.00 | 12-26 | 0.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 2**

3409      rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

ENTER
Ending Balance of
this Statement.......................... $_____

ENTER
Present Balance in
your checkbook..................... $_____

Add Deposits not shown
on this Statement $_____
_____

Subtract any service
charges, finance or
any other charges.................. $_____

Sub Total.......... $_____

Sub Total ........... $_____

Subtract Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

Add Monthly Interest
Earned ............................... $_____

Add any deposits not yet
entered in checkbook
(Reverse Advances)................... $_____
_____
_____
_____

Subtract any checks not
yet entered in checkbook
(Reverse Payments)................... $_____
_____
_____

Total amount of outstanding
checks................................ $_____

Balance................................** $_____

Balance........................... $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 2**
**43**

# C & A Farms LLC Et Al Receivership Estate Case No 1230
## Reconciliation Summary
## 1001-902 East West Bank -  Rev/Fund

## As of 12/31/2024

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 25.00 |
| Cleared Checks and Payments | (25.00) |
| **Total - Reconciled** | **0.00** |
| **Last Reconciled Statement Balance - 11/30/2024** | **0.00** |
| **Current Reconciled Balance** | **0.00** |
| **Reconcile Statement Balance - 12/31/2024** | **0.00** |
| **Difference** | **0.00** |
| **Unreconciled** | **0.00** |
| **Total as of 12/31/2024** | **0.00** |

**Exhibit 2**
**44**

**C & A Farms LLC Et Al Receivership Estate Case No 1230**
**Reconciliation Detail**
**1001-902 East West Bank - Rev/Fund**

**As of 12/31/2024**

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| | Deposit | 12/26/2024 | DEPC&A02 | | Refund Analysis Activity | 25.00 |
| **Total - Cleared Deposits and Other Credits** | | | | | | **25.00** |
| **Cleared Checks and Payments** | | | | | | |
| | Check | 12/24/2024 | Direct Withdrawal | East West Bank | Analysis Service | (25.00) |
| **Total - Cleared Checks and Payments** | | | | | | **(25.00)** |
| **Total - Reconciled** | | | | | | **0.00** |
| **Last Reconciled Statement Balance - 11/30/2024** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 0.00 |
| **Reconcile Statement Balance - 12/31/2024** | | | | | | 0.00 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 12/31/2024** | | | | | | **0.00** |

**Exhibit 2**
**45**

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**

Page   1   of   1
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

( 0 )

PHILLIP CHRISTENSEN, RECEIVER FOR
C & A FARMS,LLC ET AL RECEIVERSHIP
ESTATE (CASE NO 1230)
REV/FUND
PO BOX 5379
FRESNO CA 93755-5379

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

---

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | | Beginning balance | | $0.00 |
| Low balance | $-25.00 | Total additions | ( 1 ) | 25.00 |
| Average balance | $-1.61 | Total subtractions | ( 1 ) | 25.00 |
| | | Ending balance | | $.00 |

---

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-26 | Credit Memo | REFUND ANALYSIS ACTIVITY | 25.00 |

---

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-24 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/24 | 25.00 |

---

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 0.00 | 12-24 | -25.00 | 12-26 | 0.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 2**
**46**

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement.......................... $_____

**Add** Deposits not shown
on this Statement                    $_____
                                     _____
                                     _____
                    Sub Total.......... $_____
**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks.................................. $_____

**Balance**...............................** $_____

**ENTER**
Present Balance in
your checkbook..................... $_____

**Subtract** any service
charges, finance or
any other charges................... $_____

            Sub Total ............ $_____

**Add** Monthly Interest
Earned .................................. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)................... $_____
                                     _____
                                     _____
                                     _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)................... $_____
                                     _____
                                     _____
                                     _____

**Balance**........................................ $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

Exhibit 2
47

# EXHIBIT 3

# EXECUTIVE SUMMARY

## METROPOLITAN LIFE INSURANCE COMPANY V. MARICOPA ORCHARDS LLC
## CASE NO: 1:24-cv-01231-KES-SAB

### RECEIVER'S REPORT

### NOVEMBER 17 - DECEMBER 31, 2024

**FINANCIAL:**

AS OF DECEMBER 31, 2024 OUTSTANDING ACCOUNTS PAYABLE IS **$151,014.18** OF WHICH **$16,668.65** IS DUE TO AGRIGLOBE. DURING THE PERIOD, AGRIGLOBE ADVANCED FUNDS FOR RECEIVERSHIP OPERATIONS AND HAS SUBSEQUENTLY REQUESTED REIMBURSEMENT. ADDITIONALLY, AN ACCOUNTS PAYABLE AGING REPORT AS OF DECEMBER 31, 2024 HAS BEEN ATTACHED HERETO. DURING THE PERIOD, THE RECEIVERSHIP BANK ACCOUNTS HAD NO CASH RECEIPTS OR DISBURSEMENTS, AS SUCH A CASH FLOW STATEMENT WAS NOT PREPARED.

AS OF DECEMBER 31, 2024, THERE IS NO ACCOUNTS RECEIVABLE DUE TO THE RECEIVERSHIP.

**MARKETING:**

AS OF DECEMBER 31, 2024 THE RECEIVER HAS NOT SELECTED A BROKER TO MARKET THIS PROPERTY FOR SALE.

**PROPERTY STATUS:**

*A DESCRIPTION OF THE OVERALL PROPERTY STATUS FOLLOWS, WHICH MAY INCLUDE HEALTHY/SAFETY, CAPITAL REPAIRS, TENANT IMPROVEMENTS, VIOLATION NOTICES, AND ROUTINE OPERATIONS:*

**SEBASTIAN RANCH**

THE SEBASTIAN RANCH ENCOMPASSES 158.39 ACRES OF BLUEBERRIES LOCATED WITHIN WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT. AS OF 12/31/2024, AN HERBICIDE APPLICATION HAS BEEN COMPLETED AS WELL AS MINOR REPAIRS TO THE IRRIGATION INFRASTRUCTURE.

**Exhibit 3**
48

# CONTENTS

- BALANCE SHEET (MODIFIED CASH BASIS)
- MONTHLY INCOME STATEMENT (MODIFIED CASH BASIS)
- ACCOUNTS PAYABLE AGING REPORT
- SCHEDULE OF AGRIGLOBE ADVANCES
- BANK RECONCILIATIONS/STATEMENT

**Exhibit 3**
**49**

**METROPOLITAN LIFE INSURANCE COMPANY V. MARICOPA ORCHARDS LLC**

**BALANCE SHEET**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

ASSETS
  CURRENT ASSETS
  CASH
    1000-903 - EAST WEST BANK (MARICOPA ORCHARD 1231) - OPERATING     $0.00
    1001-903 - EAST WEST BANK (MARICOPA ORCHARD 1231) - REV/FUND     $0.00
    **TOTAL CASH**     **$0.00**

  **TOTAL ASSETS**     $   -

LIABILITIES
  CURRENT LIABILITIES
  OTHER CURRENT LIABILITY
    ADVANCES FROM AGRIGLOBE     16,668.65
    **TOTAL OTHER CURRENT LIABILITIES**     $   **16,668.65**

  **TOTAL CURRENT LIABILITIES**     $   **16,668.65**

  **TOTAL LIABILITIES**     $   **16,668.65**

CAPITAL & EQUITY
  RETAINED EARNINGS     $0.00
  NET INCOME     (16,668.65)
  **TOTAL CAPITAL & EQUITY**     **($16,668.65)**

  **TOTAL LIABILITIES AND EQUITY**     $   -

**Exhibit 3**
**50**

**METROPOLITAN LIFE INSURANCE COMPANY V. MARICOPA ORCHARDS LLC**

**MONTHLY INCOME STATEMENT**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

|  | DECEMBER 2024 | TOTAL |
|---|---|---|
| INCOME |  |  |
| INCOME | - | - |
| **TOTAL INCOME** | $ - | $ - |
|  |  |  |
| COST OF GOODS SOLD |  |  |
| IRRIGATION LABOR | - | - |
| IRRIGATION WATER | - | - |
| TECHNICAL CONSULTING | 287.80 | 287.80 |
| GROUND MAINTENANCE | - | - |
| REPAIRS & MAINTENANCE | - | - |
| TAXES - PROPERTY | 13,345.28 | 13,345.28 |
| FARM MANAGEMENT (RECEIVER'S FEE) |  | - |
| **TOTAL COST OF GOODS SOLD** | $ 13,633.08 | $ 13,633.08 |
|  |  |  |
| GROSS PROFIT | $ (13,633.08) | $ (13,633.08) |
|  |  |  |
| EXPENSES |  |  |
| PROFESSIONAL FEES - LEGAL | 2,576.79 | 2,576.79 |
| BANK FEES | 296.91 | 296.91 |
| INSURANCE - FIRE & LIABILITY | 125.00 | 125.00 |
| MISCELLANEOUS | 36.87 | 36.87 |
| **TOTAL EXPENSES** | $3,035.57 | $3,035.57 |
|  |  |  |
| **NET INCOME/(LOSS)** | $ (16,668.65) | $ (16,668.65) |

**Exhibit 3**
51

**Agriglobe LLC**

**Agriglobe LLC : MARICOPA ORCHARDS LLC ET AL RECEIVERSHIP ESTATE CASE NO 1231**

# A/P Aging Detail
## As of December 31, 2024

| Vendor | Transaction Type | Date | Document Number | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|
| **Vendor** | | | | | | |
| Agriglobe Fiduciary Services, LLC | | | | | | |
| | Bill | 12/16/2024 | 1231-1000 | 12/16/2024 | 28 | $4,144.28 |
| **Total - Agriglobe Fiduciary Services, LLC** | | | | | | **$4,144.28** |
| Agriglobe, LLC | | | | | | |
| | Bill | 12/9/2024 | 4659 | 12/9/2024 | 35 | $15.58 |
| | Bill | 12/9/2024 | 4644 | 12/9/2024 | 35 | $155.00 |
| | Bill | 12/10/2024 | 4679 | 12/10/2024 | 34 | $13,612.19 |
| | Bill | 12/13/2024 | 4698 | 12/13/2024 | 31 | $1,074.21 |
| | Bill | 12/13/2024 | 4690 | 12/13/2024 | 31 | $287.80 |
| | Bill | 12/19/2024 | 4720 | 12/19/2024 | 25 | $1,502.58 |
| | Bill | 12/31/2024 | 4777 | 12/31/2024 | 13 | $21.29 |
| **Total - Agriglobe, LLC** | | | | | | **$16,668.65** |
| Diversified Land Management, LLC | | | | | | |
| | Bill | 12/19/2024 | 1015 | 12/19/2024 | 25 | $4,579.42 |
| | Bill | 12/19/2024 | 1014 | 12/19/2024 | 25 | $3,886.74 |
| **Total - Diversified Land Management, LLC** | | | | | | **$8,466.16** |
| Fresno County - Tax Collector | | | | | | |
| | Bill | 12/3/2024 | 050-040-17S 121024 | 12/10/2024 | 34 | $29,676.97 |
| | Bill | 12/3/2024 | 050-070-18S 121024 | 12/10/2024 | 34 | $16,441.28 |
| | Bill | 12/3/2024 | 050-070-15S 121024 | 12/10/2024 | 34 | $16,910.06 |
| | Bill | 12/3/2024 | 050-070-29S 121024 | 12/10/2024 | 34 | $14,161.56 |
| | Bill | 12/3/2024 | 050-040-16S 121024 | 12/10/2024 | 34 | $15,849.80 |
| | Bill | 12/3/2024 | 050-040-15S 121024 | 12/10/2024 | 34 | $14,939.26 |
| **Total - Fresno County - Tax Collector** | | | | | | **$107,978.93** |
| Kern County Tax Collector | | | | | | |
| | Bill | 12/3/2024 | 2024-1177148-00-1 121024 | 12/10/2024 | 34 | $13,345.28 |
| **Total - Kern County Tax Collector** | | | | | | **$13,345.28** |
| Safeguard Business Systems, Inc. | | | | | | |
| | Bill | 12/11/2024 | 9006512538 | 1/9/2025 | 4 | $410.88 |
| **Total - Safeguard Business Systems, Inc.** | | | | | | **$410.88** |
| **Total - Vendor** | | | | | | **$151,014.18** |
| **Total** | | | | | | **$151,014.18** |

**Exhibit 3**
**52**

**METROPOLITAN LIFE INSURANCE COMPANY V. MARICOPA ORCHARDS LLC**
**SCHEDULE OF AGRIGLOBE ADVANCES**
**AS OF: DECEMBER 31, 2024**

| ACCOUNT | DATE | BILL NO. | DESCRIPTION | NAME | SPLIT | AMOUNT |
|---|---|---|---|---|---|---|
| ORDINARY INCOME/ EXPENSE | | | | | | |
| COST OF SALES | | | | | | |
| 5100 - COST OF GOODS SOLD | | | | | | |
| 5179 - TECHNICAL CONSULTING | 12/13/2024 | 4690 | TECHNICAL CONSULTING || PROSPEC INSIGHTS (INVOICE: 1001) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $287.80 |
| TOTAL - 5179 - TECHNICAL CONSULTING | | | | | | $287.80 |
| 5189 - TAX - PROPERTY | 12/10/2024 | 4679 | KERN COUNTY (PARCEL NO. 238-340-24-00-2 || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $13,345.28 |
| TOTAL - 5189 - TAX - PROPERTY | | | | | | $13,345.28 |
| TOTAL - 5100 - COST OF GOODS SOLD | | | | | | $13,633.08 |
| TOTAL - COST OF SALES | | | | | | $13,633.08 |
| GROSS PROFIT | | | | | | ($13,633.08) |
| EXPENSE | | | | | | |
| 5900 - OPERATING EXPENSES | | | | | | |
| 5993 - PROFESSIONAL FEES - LEGAL | 12/13/2024 | 4698 | SAUL EWING (INVOICE: 4390136) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $1,074.21 |
| | 12/19/2024 | 4720 | SAUL EWING (INVOICE: 4392455) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $1,085.08 |
| | 12/19/2024 | 4720 | SAUL EWING (INVOICE: 4392490) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $417.50 |
| TOTAL - 5993 - PROFESSIONAL FEES - LEGAL | | | | | | $2,576.79 |
| 5996 - INSURANCE - FIRE & LIABILITY | 11/26/2024 | 4644 | INT'L SUERTIES (BILLING PERIOD: 01/01/2025 - 11/18/2025) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $110.27 |
| | 11/26/2024 | 4644 | INT'L SUERTIES (BILLING PERIOD: 11/18/2024 - 12/31/2024) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $14.73 |
| TOTAL - 5996 - INSURANCE - FIRE & LIABILITY | | | | | | $125.00 |
| 5998 - BANK FEES | 11/26/2024 | 4644 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $30.00 |
| | 12/10/2024 | 4679 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $266.91 |
| TOTAL - 5998 - BANK FEES | | | | | | $296.91 |
| 5999 - MISCELLANEOUS | 11/26/2024 | 4659 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-683-75660) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $15.58 |
| | 12/31/2024 | 4777 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-703-51197) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $4.11 |
| | 12/31/2024 | 4777 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-710-46789) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $11.33 |
| | 12/31/2024 | 4777 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-697-47624) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $5.85 |
| TOTAL - 5999 - MISCELLANEOUS | | | | | | $36.87 |
| TOTAL - 5900 - OPERATING EXPENSES | | | | | | $3,035.57 |
| TOTAL - EXPENSE | | | | | | $3,035.57 |
| NET ORDINARY INCOME | | | | | | ($16,668.65) |
| NET INCOME | | | | | | ($16,668.65) |

**Exhibit 3**
**53**

## Maricopa Orcards LLC Et Al Receivership Estate Case No 1231
## Reconciliation Summary
## 1000-903 East West Bank - Operating

## As of 11/30/2024

| ID | Balance |
|---|---|
| Reconciled | 0.00 |
| No Previous Reconciled Balance | 0.00 |
| Current Reconciled Balance | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | 0.00 |
| Difference | 0.00 |
| Unreconciled | 0.00 |
| Total as of 11/30/2024 | 0.00 |

**Exhibit 3**
54

**Maricopa Orchards LLC Et Al Receivership Estate Case No 1231**
**Reconciliation Detail**
**1000-903 East West Bank - Operating**

## As of 11/30/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| Reconciled | | | | | | 0.00 |
| No Previous Reconciled Balance | | | | | | 0.00 |
| Current Reconciled Balance | | | | | | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | | | | | | 0.00 |
| Difference | | | | | | 0.00 |
| Unreconciled | | | | | | 0.00 |
| Total as of 11/30/2024 | | | | | | **0.00** |

**Exhibit 3**
55

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: November 22, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 9

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
MARICOPA ORCHARDS,LLC ET AL RECEIVERSHIP
ESTATE CA NO 1231
OPERATING ACCOUNT
PO BOX 5379
FRESNO CA 93755-5379

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 0) | .00 |
| Average balance | $0.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $.00 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 3**
**56**

3409     rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement……………........... $_____

**Add** Deposits not shown
on this Statement $_____
_____
_____

Sub Total………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Total** amount of outstanding
checks……………………… $_____

**Balance**………..........................** $_____

**ENTER**
Present Balance in
your checkbook……………… $_____

**Subtract** any service
charges, finance or
any other charges……………… $_____

Sub Total ………… $_____

**Add** Monthly Interest
Earned …………………………… $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………… $_____
_____
_____
_____

**Balance**……………………………… $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 3**
57

**Maricopa Orchards LLC Et Al Receivership Estate Case No 1231**
**Reconciliation Summary**
**1001-903 East West Bank -  Rev/Fund**

**As of 11/30/2024**

| ID | Balance |
|---|---|
| Reconciled | 0.00 |
| No Previous Reconciled Balance | 0.00 |
| Current Reconciled Balance | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | 0.00 |
| Difference | 0.00 |
| Unreconciled | 0.00 |
| Total as of 11/30/2024 | 0.00 |

**Exhibit 3**
**58**

**Maricopa Orchards LLC Et Al Receivership Estate Case No 1231**
**Reconciliation Detail**
**1001-903 East West Bank - Rev/Fund**

## As of 11/30/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | 0.00 |
| **No Previous Reconciled Balance** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 0.00 |
| **Reconcile Statement Balance - 11/30/2024** | | | | | | 0.00 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 11/30/2024** | | | | | | **0.00** |

**Exhibit 3**
59

# EastWest Bank

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: November 22, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 9

( 0 )

PHILLIP CHRISTENSEN, RECEIVER FOR
MARICOPA ORCHARDS,LLC ET AL RECEIVERSHIP
ESTATE CASE NO 1231
CHECKING ACCOUNT
PO BOX
FRESNO CA 93755-0000

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 0 ) | .00 |
| Average balance | $0.00 | Total subtractions ( 0 ) | .00 |
| | | Ending balance | $.00 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 3**
**60**

3409   rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement……………….............. $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Add** Deposits not shown
on this Statement $_____
_____
Sub Total………. $_____

**Subtract** any service
charges, finance or
any other charges…………………… $_____

**Subtract** Checks Issued
but not on Statement

Sub Total …………. $_____

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned …………………………… $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………… $_____
_____
_____
_____

**Total** amount of outstanding
checks…………………………… $_____

**Balance**…………..........................** $_____

**Balance**…………………………… $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 3**
**61**

**Maricopa Orchards LLC Et Al Receivership Estate Case No 1231**
**Reconciliation Summary**
**1000-903 East West Bank - Operating**

**As of 12/31/2024**

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 25.00 |
| Cleared Checks and Payments | (25.00) |
| **Total - Reconciled** | **0.00** |
| **Last Reconciled Statement Balance - 11/30/2024** | 0.00 |
| **Current Reconciled Balance** | 0.00 |
| **Reconcile Statement Balance - 12/31/2024** | 0.00 |
| **Difference** | 0.00 |
| **Unreconciled** | 0.00 |
| **Total as of 12/31/2024** | **0.00** |

**Exhibit 3**
**62**

**Maricopa Orchards LLC Et Al Receivership Estate Case No 1231**
**Reconciliation Detail**
**1000-903 East West Bank - Operating**

**As of 12/31/2024**

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| | Deposit | 12/26/2024 | DEPMARICOPA03 | | Refund Analysis Activity | 25.00 |
| **Total - Cleared Deposits and Other Credits** | | | | | | **25.00** |
| **Cleared Checks and Payments** | | | | | | |
| | Check | 12/24/2024 | Direct Withdrawal | East West Bank | Analysis Service | (25.00) |
| **Total - Cleared Checks and Payments** | | | | | | **(25.00)** |
| **Total - Reconciled** | | | | | | **0.00** |
| **Last Reconciled Statement Balance – 11/30/2024** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 0.00 |
| **Reconcile Statement Balance - 12/31/2024** | | | | | | 0.00 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 12/31/2024** | | | | | | **0.00** |

**Exhibit 3**
**63**

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
MARICOPA ORCHARDS,LLC ET AL RECEIVERSHIP
ESTATE CA NO 1231
OPERATING ACCOUNT
PO BOX 5379
FRESNO CA 93755-5379

Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | | Beginning balance | | $0.00 |
| Low balance | $-25.00 | Total additions | ( 1) | 25.00 |
| Average balance | $-1.61 | Total subtractions | ( 1) | 25.00 |
| | | Ending balance | | $.00 |

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-26 | Credit Memo | REFUND ANALYSIS ACTIVITY | 25.00 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-24 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/24 | 25.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 0.00 | 12-24 | -25.00 | 12-26 | 0.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 3**
**64**

## STATEMENT BALANCING

**Fill in the amounts below from the front of this statement and your checkbook.**

**ENTER**
Ending Balance of
this Statement…………….............  $_____

**ENTER**
Present Balance in
your checkbook…………………  $_____

**Add** Deposits not shown
on this Statement                    $_____
                                     _____

**Subtract** any service
charges, finance or
any other charges………………  $_____

           **Sub Total**……….  $_____

**Subtract** Checks Issued
but not on Statement

           **Sub Total** …………  $_____

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned ……………………………  $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………  $_____
                                     _____
                                     _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………  $_____
                                     _____
                                     _____

**Total** amount of outstanding
checks…………………………  $_____

**Balance**………..............................**  $_____

**Balance**………...........................……  $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

    1.   Tell us your name and account number.
    2.   Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
    3.   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 3**
65

**Maricopa Orchards LLC Et Al Receivership Estate Case No 1231**
**Reconciliation Summary**
**1001-903 East West Bank - Rev/Fund**

**As of 12/31/2024**

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 25.00 |
| Cleared Checks and Payments | (25.00) |
| **Total - Reconciled** | **0.00** |
| **Last Reconciled Statement Balance - 11/30/2024** | **0.00** |
| **Current Reconciled Balance** | **0.00** |
| **Reconcile Statement Balance - 12/31/2024** | **0.00** |
| **Difference** | **0.00** |
| **Unreconciled** | **0.00** |
| **Total as of 12/31/2024** | **0.00** |

**Exhibit 3**
**66**

## Maricopa Orchards LLC Et Al Receivership Estate Case No 1231
## Reconciliation Detail
## 1001-903 East West Bank - Rev/Fund

## As of 12/31/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| | Deposit | 12/26/2024 | DEPMARICOPA02 | | Refund Analysis Activity | 25.00 |
| **Total - Cleared Deposits and Other Credits** | | | | | | **25.00** |
| **Cleared Checks and Payments** | | | | | | |
| | Check | 12/24/2024 | Direct Withdrawal | East West Bank | Analysis Service | (25.00) |
| **Total - Cleared Checks and Payments** | | | | | | **(25.00)** |
| **Total - Reconciled** | | | | | | **0.00** |
| **Last Reconciled Statement Balance – 11/30/2024** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 0.00 |
| **Reconcile Statement Balance - 12/31/2024** | | | | | | 0.00 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 12/31/2024** | | | | | | **0.00** |

**Exhibit 3**
**67**

**EAST WEST BANK**

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
MARICOPA ORCHARDS,LLC ET AL RECEIVERSHIP
ESTATE CASE NO 1231
(REV/FUND)
PO BOX
FRESNO CA 93755-0000

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Low balance | $-25.00 | Total additions ( 1) | 25.00 |
| Average balance | $-1.61 | Total subtractions ( 1) | 25.00 |
| | | Ending balance | $.00 |

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-26 | Credit Memo | REFUND ANALYSIS ACTIVITY | 25.00 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-24 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/24 | 25.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 0.00 | 12-24 | -25.00 | 12-26 | 0.00 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 3**
**68**

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………….............    $_____

**Add** Deposits not shown
on this Statement    $_____

_____

Sub Total……….    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks……………………………    $_____

**Balance**………................................**    $_____

**ENTER**
Present Balance in
your checkbook…………………    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____

Sub Total …………    $_____

**Add** Monthly Interest
Earned …………………………………    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………    $_____

_____

_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………    $_____

_____

_____

**Balance**………………………………    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 3**
**69**

# EXHIBIT 4

# EXECUTIVE SUMMARY

## BRIGHTHOUSE LIFE INSURANCE COMPANY V. KAMM SOUTH LLC ET AL
## CASE NO: 1:24-cv-01232-KES-SAB

### RECEIVER'S REPORT

### NOVEMBER 25 - DECEMBER 31, 2024

**FINANCIAL:**
DURING THE PERIOD, A TOTAL OF **$163,479.42** WAS RECEIVED FROM THE SALE OF PISTACHIOS, AND **$25.00** WAS DISBURSED WHICH WAS RELATED TO BANK FEES. AS OF THE END OF THE PERIOD, **$163,454.42** IN CASH ON HAND EXISTED. AS OF DECEMBER 31, 2024 OUTSTANDING ACCOUNTS PAYABLE IS **$93,396.42** OF WHICH **$71,296.96** IS DUE TO AGRIGLOBE. DURING THE PERIOD, AGRIGLOBE ADVANCED FUNDS FOR RECEIVERSHIP OPERATIONS AND HAS SUBSEQUENTLY REQUESTED REIMBURSEMENT. ADDITIONALLY, AN ACCOUNTS PAYABLE AGING REPORT AS OF DECEMBER 31, 2024 HAS BEEN ATTACHED HERETO.

AS OF DECEMBER 31, 2024, THE AMOUNTS DUE TO THE RECEIVERSHIP  RELATED TO THE 2024 HARVEST IS **$442,616.00**.

**MARKETING:**
- CAPSTONE INVESTMENT BANK HAS BEEN APPROACHED TO SERVE AS THE SELL SIDE ADVISOR FOR THE ASSETS WITHIN THIS RECEIVERSHIP ESTATE. A FORMAL ENGAGEMENT CONTRACT IS IN THE PROCESS OF BEING DRAFTED AND FINALIZED.

**PROPERTY STATUS:**
*A DESCRIPTION OF THE OVERALL PROPERTY STATUS FOLLOWS, WHICH MAY INCLUDE HEALTHY/SAFETY, CAPITAL REPAIRS, TENANT IMPROVEMENTS, VIOLATION NOTICES, AND ROUTINE OPERATIONS:*

**KAMM SOUTH**

- THE KAMM SOUTH RANCH IS MADE UP OF 350.40 ACRES OF PISTACHIOS AND IS LOCATED WITHIN WESTLANDS WATER DISTRICT. MINOR IRRIGATION REPAIRS HAVE BEEN COMPLETED AS WELL AS TREE PRUNING ACTIVITIES.

**Exhibit 4**
**70**

# CONTENTS

- BALANCE SHEET (MODIFIED CASH BASIS)
- MONTHLY INCOME STATEMENT (MODIFIED CASH BASIS)
- CASH FLOW REPORT  (CASH BASIS)
- GENERAL LEDGER (CASH BASIS)
- ACCOUNTS PAYABLE AGING REPORT
- SCHEDULE OF AGRIGLOBE ADVANCES
- BANK RECONCILIATIONS/STATEMENT

**Exhibit 4**
**71**

**BRIGHTHOUSE LIFE INSURANCE COMPANY V. KAMM SOUTH LLC ET AL**

**BALANCE SHEET**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

ASSETS
    CURRENT ASSETS
    CASH

| | | |
|---|---|---:|
| 1000-904 - EAST WEST BANK (KAMM SOUTH 1232) - OPERATING | | - |
| 1001-904 - EAST WEST BANK (KAMM SOUTH 1232) - REV/FUND | | 163,454.42 |
| **TOTAL CASH** | | **$163,454.42** |
| | | |
| **TOTAL ASSETS** | **$** | **163,454.42** |

LIABILITIES
    CURRENT LIABILITIES
    OTHER CURRENT LIABILITY

| | | |
|---|---|---:|
| ADVANCES FROM AGRIGLOBE | | 71,296.96 |
| **TOTAL OTHER CURRENT LIABILITIES** | **$** | **71,296.96** |
| | | |
| **TOTAL CURRENT LIABILITIES** | **$** | **71,296.96** |
| | | |
| **TOTAL LIABILITIES** | **$** | **71,296.96** |

CAPITAL & EQUITY

| | | |
|---|---|---:|
| RETAINED EARNINGS | | - |
| NET INCOME | | 92,157.46 |
| **TOTAL CAPITAL & EQUITY** | **$** | **92,157.46** |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **163,454.42** |

**Exhibit 4**
**72**

**BRIGHTHOUSE LIFE INSURANCE COMPANY V. KAMM SOUTH LLC ET AL**

**MONTHLY INCOME STATEMENT**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

| | NOVEMBER 2024 | DECEMBER 2024 | TOTAL |
|---|---|---|---|
| INCOME | | | |
| INCOME | - | 163,479.42 | 163,479.42 |
| **TOTAL INCOME** | $ - | $ 163,479.42 | $ 163,479.42 |
| COST OF GOODS SOLD | | | |
| IRRIGATION LABOR | - | - | - |
| IRRIGATION WATER | - | $40,608.46 | 40,608.46 |
| TECHNICAL CONSULTING | - | $681.35 | 681.35 |
| VERTEBRATE CONTROL | - | - | - |
| GROUND MAINTENANCE | - | - | - |
| REPAIRS & MAINTENANCE | - | - | - |
| TAXES - PROPERTY | - | $23,821.58 | 23,821.58 |
| FARM MANAGEMENT (RECEIVER'S FEE) | - | - | - |
| **TOTAL COST OF GOODS SOLD** | $ - | $ 65,111.39 | $ 65,111.39 |
| GROSS PROFIT | $ - | $ 98,368.03 | $ 98,368.03 |
| EXPENSES | | | |
| PROFESSIONAL FEES - LEGAL | - | $5,456.92 | 5,456.92 |
| BANK FEES | - | $607.34 | 607.34 |
| INSURANCE - FIRE & LIABILITY | - | $125.00 | 125.00 |
| MISCELLANEOUS | - | $21.31 | 21.31 |
| **TOTAL EXPENSES** | - | $6,210.57 | 6,210.57 |
| **NET INCOME/(LOSS)** | $ - | $ 92,157.46 | $ 92,157.46 |

**Exhibit 4**
73

**BRIGHTHOUSE LIFE INSURANCE COMPANY V. KAMM SOUTH LLC ET AL**

**CASH FLOW REPORT**
**CASH BASIS**
**CUMULATIVE PERIOD: NOVEMBER 25 - DECEMBER 31, 2024**

|  | 11/25/2024 - 12/31/2024 | 11/25/2024 - 12/31/2024 |
|---|---|---|
| **CASH RECEIPTS:** | | |
| 2024 PISTACHIO INCOME COLLECTED | 163,479.42 | 163,479.42 |
| TOTAL RECEIPTS: | **$ 163,479.42** | **$ 163,479.42** |
| | | |
| **CASH DISBURSEMENTS:** | | |
| BANK FEES | 25.00 | 25.00 |
| TOTAL DISBURSEMENTS: | **$    25.00** | **$    25.00** |
| | | |
| (DECREASE)/INCREASE IN CASH | 163,454.42 | 163,454.42 |
| CASH-BEGINNING OF PERIOD | - | - |
| CASH-END OF PERIOD | **$ 163,454.42** | **$ 163,454.42** |

**Exhibit 4**
**74**

**BRIGHTHOUSE LIFE INSURANCE COMPANY V. KAMM SOUTH LLC ET AL**

**MONTHLY GENERAL LEDGER**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

| ACCOUNT | DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 1000-904 - EAST WEST BANK (KAMM SOUTH 1232) - OPERATING | | | | | |
| | | | | | - |
| | 12/24/2024 | ANALYSIS SERVICE | | 25.00 | (25.00) |
| | 12/26/2024 | REFUND ANALYSIS ACTIVITY | 25.00 | | - |
| | | | $     25.00 | $     25.00 | $     - |
| 1001-904 - EAST WEST BANK (KAMM SOUTH 1232) - REV/FUND | | | | | |
| | | | | | - |
| | 12/12/2024 | 2024 PISTACHIOS INCOME | 163,479.42 | | 163,479.42 |
| | 12/24/2024 | ANALYSIS SERVICE | | 25.00 | 163,454.42 |
| | | | $ 163,479.42 | $     25.00 | $ 163,454.42 |
| 4600 - PISTACHIOS | | | | | |
| | | | | | - |
| | 12/12/2024 | 2024 PISTACHIOS INCOME | | 163,479.42 | (163,479.42) |
| | | | $     - | $ 163,479.42 | $ (163,479.42) |
| 5998 - BANK FEES | | | | | |
| | | | | | - |
| | 12/24/2024 | ANALYSIS SERVICE | 25.00 | | 25.00 |
| | 12/24/2024 | ANALYSIS SERVICE | 25.00 | | 50.00 |
| | 12/26/2024 | REFUND ANALYSIS ACTIVITY | | 25.00 | 25.00 |
| | | | $     50.00 | $     25.00 | $     25.00 |

**Exhibit 4**
**75**

**Agriglobe LLC**

**Agriglobe LLC : KAMM SOUTH LLC RECEIVERSHIP ESTATE CASE NO 1232**

# A/P Aging Detail
## As of December 31, 2024

| Vendor | Transaction Type | Date | Document Number | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|
| **Vendor** | | | | | | |
| **Agriglobe Fiduciary Services, LLC** | | | | | | |
| | Bill | 12/16/2024 | 1232-1000 | 12/16/2024 | 28 | $7,358.40 |
| **Total - Agriglobe Fiduciary Services, LLC** | | | | | | **$7,358.40** |
| **Agriglobe, LLC** | | | | | | |
| | Bill | 12/9/2024 | 4665 | 12/9/2024 | 35 | $155.00 |
| | Bill | 12/9/2024 | 4670 | 12/9/2024 | 35 | $16,887.03 |
| | Bill | 12/9/2024 | 4673 | 12/9/2024 | 35 | $23,691.99 |
| | Bill | 12/10/2024 | 4677 | 12/10/2024 | 34 | $24,357.57 |
| | Bill | 12/13/2024 | 4694 | 12/13/2024 | 31 | $681.35 |
| | Bill | 12/13/2024 | 4702 | 12/13/2024 | 31 | $2,543.10 |
| | Bill | 12/19/2024 | 4724 | 12/19/2024 | 25 | $2,913.82 |
| | Bill | 12/30/2024 | 4760 | 12/30/2024 | 14 | $45.79 |
| | Bill | 12/31/2024 | 4778 | 12/31/2024 | 13 | $21.31 |
| **Total - Agriglobe, LLC** | | | | | | **$71,296.96** |
| **Aqua Insights Incorporated** | | | | | | |
| | Bill | 12/1/2024 | 1012 | 12/20/2024 | 24 | $1,320.00 |
| **Total - Aqua Insights Incorporated** | | | | | | **$1,320.00** |
| **Diversified Land Management, LLC** | | | | | | |
| | Bill | 12/19/2024 | 1011 | 12/19/2024 | 25 | $5,284.03 |
| | Bill | 12/19/2024 | 1012 | 12/19/2024 | 25 | $8,745.98 |
| **Total - Diversified Land Management, LLC** | | | | | | **$14,030.01** |
| **Safeguard Business Systems, Inc.** | | | | | | |
| | Bill | 12/11/2024 | 9006512558 | 1/9/2025 | 4 | $391.05 |
| **Total - Safeguard Business Systems, Inc.** | | | | | | **$391.05** |
| **Total - Vendor** | | | | | | **$94,396.42** |
| **Total** | | | | | | **$94,396.42** |

**Exhibit 4**
**76**

**BRIGHTHOUSE LIFE INSURANCE COMPANY V. KAMM SOUTH LLC ET AL.**
**SCHEDULE OF AGRIGLOBE ADVANCES**
**AS OF: DECEMBER 31, 2024**

| ACCOUNT | DATE | BILL NO. | DESCRIPTION | NAME | SPLIT | AMOUNT |
|---|---|---|---|---|---|---|
| ORDINARY INCOME/EXPENSE | | | | | | |
| COST OF SALES | | | | | | |
| 5100 - COST OF GOODS SOLD | | | | | | |
| 5165 - IRRIGATION WATER | | | | | | |
| | 12/9/2024 | 4670 | WESTLAND WATER DISTRICT (APN NO. 038-130-71S INVOICES 960963 & 962686) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $3,290.83 |
| | 12/9/2024 | 4670 | WESTLAND WATER DISTRICT (APN NO. 038-130-35S INVOICES 960963 & 962686) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $10,351.84 |
| | 12/9/2024 | 4673 | POSO CREEK WATER COMPANY LLC - DECEMBER 2024 CAPITAL PAYMENT (INVOICE: PC-167) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $23,676.99 |
| | 12/9/2024 | 4670 | WESTLAND WATER DISTRICT (APN NO. 038-130-62S INVOICES 960963 & 962686) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $3,244.36 |
| | 12/30/2024 | 4760 | BILLING PERIOD: 11/06/2024 - 12/06/2024 | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $44.44 |
| **TOTAL - 5165 - IRRIGATION WATER** | | | | | | **$40,608.46** |
| 5179 - TECHNICAL CONSULTING | | | | | | |
| | 12/13/2024 | 4694 | ROSPEC INSIGHTS (INVOICE: 1001) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $681.35 |
| **TOTAL - 5179 - TECHNICAL CONSULTING** | | | | | | **$681.35** |
| 5189 - TAX - PROPERTY | | | | | | |
| | 12/10/2024 | 4677 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO. 038-130-62S || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $7,867.49 |
| | 12/10/2024 | 4677 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO. 038-130-71S || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $4,057.71 |
| | 12/10/2024 | 4677 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO. 038-130-35S || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $11,906.38 |
| **TOTAL - 5189 - TAX - PROPERTY** | | | | | | **$23,831.58** |
| **TOTAL - 5100 - COST OF GOODS SOLD** | | | | | | **$65,111.39** |
| **TOTAL - COST OF SALES** | | | | | | **$65,111.39** |
| **GROSS PROFIT** | | | | | | **($65,111.39)** |
| EXPENSE | | | | | | |
| 5900 - OPERATING EXPENSES | | | | | | |
| 5993 - PROFESSIONAL FEES - LEGAL | | | | | | |
| | 12/13/2024 | 4702 | SAUL EWING (INVOICE: 4390136) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $2,543.10 |
| | 12/19/2024 | 4724 | SAUL EWING (INVOICE: 4392452 & 4392455) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $2,913.82 |
| **TOTAL - 5993 - PROFESSIONAL FEES - LEGAL** | | | | | | **$5,456.92** |
| 5996 - INSURANCE - FIRE & LIABILITY | | | | | | |
| | 11/26/2024 | 4665 | INT'L SURETIES (BILLING PERIOD: 01/01/2025 - 11/25/2025) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $112.67 |
| | 11/26/2024 | 4665 | INT'L SURETIES (BILLING PERIOD: 11/25/2024 - 12/31/2024) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $12.33 |
| **TOTAL - 5996 - INSURANCE - FIRE & LIABILITY** | | | | | | **$125.00** |
| 5998 - BANK FEES | | | | | | |
| | 11/26/2024 | 4665 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $30.00 |
| | 12/9/2024 | 4673 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $15.00 |
| | 12/10/2024 | 4677 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $535.99 |
| | 12/30/2024 | 4760 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $1.35 |
| **TOTAL - 5998 - BANK FEES** | | | | | | **$582.34** |
| 5999 - MISCELLANEOUS | | | | | | |
| | 12/31/2024 | 4778 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-703-51197) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $4.12 |
| | 12/31/2024 | 4778 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-710-46789) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $11.33 |
| | 12/31/2024 | 4778 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-697-47624) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $5.86 |
| **TOTAL - 5999 - MISCELLANEOUS** | | | | | | **$21.31** |
| **TOTAL - 5900 - OPERATING EXPENSES** | | | | | | **$6,185.57** |
| **TOTAL - EXPENSE** | | | | | | **$6,185.57** |
| **NET ORDINARY INCOME** | | | | | | **($71,296.96)** |
| **NET INCOME** | | | | | | **($71,296.96)** |

**Exhibit 4**

77

**KAMM South LLC Et Al Receivership Estate Case No 1232**
**Reconciliation Summary**
**1000-904 East West Bank - Operating**

**As of 11/30/2024**

| ID | Balance |
|---|---|
| Reconciled | 0.00 |
| No Previous Reconciled Balance | 0.00 |
| Current Reconciled Balance | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | 0.00 |
| Difference | 0.00 |
| Unreconciled | 0.00 |
| **Total as of 11/30/2024** | **0.00** |

**Exhibit 4**
**78**

## KAMM South LLC Et Al Receivership Estate Case No 1232
## Reconciliation Detail
## 1000-904 East West Bank - Operating

### As of 11/30/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| Reconciled | | | | | | 0.00 |
| No Previous Reconciled Balance | | | | | | 0.00 |
| Current Reconciled Balance | | | | | | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | | | | | | 0.00 |
| Difference | | | | | | 0.00 |
| Unreconciled | | | | | | 0.00 |
| **Total as of 11/30/2024** | | | | | | **0.00** |

**Exhibit 4**
**79**

# EastWestBank

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: November 27, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 4

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
KAMM SOUTH,LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1232
CHECKING ACCOUNT
PO BOX 5379
FRESNO CA 93755-5379

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | ( 0) | .00 |
| Average balance | $0.00 | Total subtractions | ( 0) | .00 |
| | | Ending balance | | $.00 |

**\*\* No activity this statement period \*\***

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 4**
**80**

3409      rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………….............    $_____

**ENTER**
Present Balance in
your checkbook…………………    $_____

**Add** Deposits not shown
on this Statement    $_____
                     _____
Sub Total……….    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____

**Subtract** Checks Issued
but not on Statement

Sub Total …………    $_____

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned ……………………………    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………    $_____
                                    _____
                                    _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………    $_____
                                   _____
                                   _____

**Total** amount of outstanding
checks…………………………    $_____

**Balance**……...........................**    $_____

**Balance**……..…………………    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

   1.   Tell us your name and account number.
   2.   Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
   3.   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 4**
**81**

**KAMM South LLC Et Al Receivership Estate Case No 1232**
**Reconciliation Summary**
**1001-904 East West Bank - Rev/Fund**

## As of 11/30/2024

| ID | Balance |
|---|---|
| Reconciled | 0.00 |
| No Previous Reconciled Balance | 0.00 |
| Current Reconciled Balance | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | 0.00 |
| Difference | 0.00 |
| Unreconciled | 0.00 |
| Total as of 11/30/2024 | 0.00 |

**Exhibit 4**
**82**

**KAMM South LLC Et Al Receivership Estate Case No 1232**
**Reconciliation Detail**
**1001-904 East West Bank - Rev/Fund**

**As of 11/30/2024**

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | 0.00 |
| **No Previous Reconciled Balance** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 0.00 |
| **Reconcile Statement Balance - 11/30/2024** | | | | | | 0.00 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 11/30/2024** | | | | | | **0.00** |

**Exhibit 4**
**83**

# EASTWESTBANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: November 27, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 4

( 0 )

PHILLIP CHRISTENSEN, RECEIVER FOR
KAMM SOUTH,LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1232
OPERATING ACCOUNT
PO BOX 5379
FRESNO CA 93755-5379

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

---

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | ( 0 ) | .00 |
| Average balance | $0.00 | Total subtractions | ( 0 ) | .00 |
| | | Ending balance | | $.00 |

**\*\* No activity this statement period \*\***

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 4**
**84**

3409    rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement………………........... $_____

**Add** Deposits not shown
on this Statement                           $_____

_____

                    Sub Total………. $_____
**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………. $_____

**Balance**…………….................** $_____

**ENTER**
Present Balance in
your checkbook……………….. $_____

**Subtract** any service
charges, finance or
any other charges…………….. $_____

                    Sub Total ………… $_____

**Add** Monthly Interest
Earned ……………………………. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….. $_____

_____

_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………. $_____

_____

_____

**Balance**……………..................... $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 4**
85

**KAMM South LLC Et Al Receivership Estate Case No 1232**
**Reconciliation Summary**
**1000-904 East West Bank - Operating**

## As of 12/31/2024

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 25.00 |
| Cleared Checks and Payments | (25.00) |
| **Total - Reconciled** | **0.00** |
| **Last Reconciled Statement Balance – 11/30/2024** | **0.00** |
| **Current Reconciled Balance** | **0.00** |
| **Difference** | **0.00** |
| **Reconcile Statement Balance - 12/31/2024** | **0.00** |
| **Unreconciled** | **0.00** |
| **Total as of 12/31/2024** | **0.00** |

**Exhibit 4**
**86**

**KAMM South LLC Et Al Receivership Estate Case No 1232**
**Reconciliation Detail**
**1000-904 East West Bank - Operating**

## As of 12/31/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| Deposit | | 12/26/2024 | DEPKAMM04 | | Refund Analysis Activity | 25.00 |
| **Total - Cleared Deposits and Other Credits** | | | | | | **25.00** |
| **Cleared Checks and Payments** | | | | | | |
| Check | | 12/24/2024 | Direct Withdrawal | East West Bank | Analysis Service | (25.00) |
| **Total - Cleared Checks and Payments** | | | | | | **(25.00)** |
| **Total - Reconciled** | | | | | | **0.00** |
| **Last Reconciled Statement Balance – 11/30/2024** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 0.00 |
| **Reconcile Statement Balance - 12/31/2024** | | | | | | 0.00 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 12/31/2024** | | | | | | **0.00** |

**Exhibit 4**
**87**

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
KAMM SOUTH,LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1232
(REV/FUND)
PO BOX 5379
FRESNO CA 93755-5379

Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | | Beginning balance | | $0.00 |
| Low balance | $-25.00 | Total additions | ( 1) | 25.00 |
| Average balance | $-1.61 | Total subtractions | ( 1) | 25.00 |
| | | Ending balance | | $.00 |

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-26 | Credit Memo | REFUND ANALYSIS ACTIVITY | 25.00 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-24 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/24 | 25.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 0.00 | 12-24 | -25.00 | 12-26 | 0.00 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 4**
88

3409     rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………….............. $_____

**Add** Deposits not shown
on this Statement $_____
_____
_____
Sub Total………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Total** amount of outstanding
checks……………………… $_____

**Balance**……………...................** $_____

**ENTER**
Present Balance in
your checkbook……………… $_____

**Subtract** any service
charges, finance or
any other charges…………….. $_____

Sub Total …………. $_____

**Add** Monthly Interest
Earned …………………………. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………. $_____
_____
_____
_____

**Balance**……………....................... $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 4**
**89**

**KAMM South LLC Et Al Receivership Estate Case No 1232**
**Reconciliation Summary**
**1001-904 East West Bank - Rev/Fund**

**As of 12/31/2024**

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 163,479.42 |
| Cleared Checks and Payments | (25.00) |
| **Total - Reconciled** | **163,454.42** |
| **Last Reconciled Statement Balance - 11/30/2024** | 0.00 |
| **Current Reconciled Balance** | 163,454.42 |
| **Reconcile Statement Balance - 12/31/2024** | 163,454.42 |
| **Difference** | 0.00 |
| **Unreconciled** | 0.00 |
| **Total as of 12/31/2024** | **163,454.42** |

**Exhibit 4**
**90**

**KAMM South LLC Et Al Receivership Estate Case No 1232**
**Reconciliation Detail**
**1001-904 East West Bank - Rev/Fund**

**As of 12/31/2024**

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|----|------------------|------|-----------------|------|------|---------|
| **Reconciled** | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| | Deposit | 12/12/2024 | DEPKAMM01 | | 2024 Pistachios Income | 163,479.42 |
| **Total - Cleared Deposits and Other Credits** | | | | | | **163,479.42** |
| **Cleared Checks and Payments** | | | | | | |
| | Check | 12/24/2024 | | | | (25.00) |
| **Total - Cleared Checks and Payments** | | | | | | **(25.00)** |
| **Total - Reconciled** | | | | | | **163,454.42** |
| **Last Reconciled Statement Balance – 11/30/2024** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 163,454.42 |
| **Reconcile Statement Balance - 12/31/2024** | | | | | | 163,454.42 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 12/31/2024** | | | | | | **163,454.42** |

**Exhibit 4**
**91**

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**

Page  1  of  1
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
KAMM SOUTH,LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1232
OPERATING ACCOUNT
PO BOX 5379
FRESNO CA 93755-5379

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | ( 1) | 163,479.42 |
| Average balance | $105,464.14 | Total subtractions | ( 1) | 25.00 |
| | | Ending balance | | $163,454.42 |

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-12 | Wire Trans-IN | e84a795d-e992-4944-87db-af59019229fc | |
| | | | MARICOPA ORCHARDS 122243402 SETTON | |
| | | | PROCEEDS | 163,479.42 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-24 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/24 | 25.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 0.00 | 12-12 | 163,479.42 | 12-24 | 163,454.42 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 4**
92

3409      rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement.............………......... $_____

**Add** Deposits not shown
on this Statement                          $_____
                                           _____
                                           _____
                    Sub Total..........  $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks...............................  $_____

Balance....................................**  $_____

**ENTER**
Present Balance in
your checkbook....................  $_____

**Subtract** any service
charges, finance or
any other charges....................  $_____

                    Sub Total ...........  $_____

**Add** Monthly Interest
Earned ...................................  $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)...................  $_____
                                           _____
                                           _____
                                           _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)...................  $_____
                                           _____
                                           _____
                                           _____

Balance.........................................  $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 4**
**93**

# EXHIBIT 5

## EXECUTIVE SUMMARY

---

### BRIGHTHOUSE LIFE INSURANCE COMPANY V. MANNING AVE PISTACHIO LLC
### CASE NO: 1:24-cv-01233-KES-SAB

---

RECEIVER'S REPORT

<u>DECEMBER 3 - DECEMBER 31, 2024</u>

**FINANCIAL:**
DURING THE PERIOD, THE RECEIVERSHIP RECEIVED A TOTAL OF **$98,985.94** RELATED TO THE SALE OF PISTACHIOS. AS OF THE END OF THE PERIOD, **$98,985.94** IN CASH ON HAND EXISTED. AS OF DECEMBER 31, 2024 OUTSTANDING ACCOUNTS PAYABLE IS **$82,707.81** OF WHICH **$68,431.06** IS DUE TO AGRIGLOBE. DURING THE PERIOD, AGRIGLOBE ADVANCED FUNDS FOR RECEIVERSHIP OPERATIONS AND HAS SUBSEQUENTLY REQUESTED REIMBURSEMENT. ADDITIONALLY, AN ACCOUNTS PAYABLE AGING REPORT AS OF DECEMBER 31, 2024 HAS BEEN ATTACHED HERETO.


AS OF DECEMBER 31, 2024, THE AMOUNT DUE TO THE RECEIVERSHIP RELATED TO THE 2024 PISTACHIO HARVEST IS **$269,769.00**.  ADDITIONALLY, THE RECEIVERSHIP ESTATE ESTIMATES **$400,000** IS DUE RELATED TO THE 2024 ALMOND HARVEST.  THIS AMOUNT IS ESTIMATED AS THE PRICE RELATED TO THIS 2024 ALMOND HARVEST HAS NOT YET BEEN RELEASED TO THE PUBLIC. AS SUCH THIS AMOUNT MAY FLUCTUATE.

**MARKETING:**
· AS OF DECEMBER 31, 2024, THE RECEIVERSHIP HAS NOT FORMALLY ENGAGED WITH A BROKER; HOWEVER, THE RECEIVER IS IN DISCUSSIONS WITH A POTENTIAL BUYER.


**PROPERTY STATUS:**
*A DESCRIPTION OF THE OVERALL PROPERTY STATUS FOLLOWS, WHICH MAY INCLUDE HEALTHY/SAFETY, CAPITAL REPAIRS, TENANT IMPROVEMENTS, VIOLATION NOTICES, AND ROUTINE OPERATIONS:*

**MANNING RANCH**
· THE MANNING RANCH ENCOMPASSES 88.72 ACRES OF ALMONDS, 308.75 ACRES OF FALLOW GROUND, AND 151.53 ACRES OF PISTACHIOS. THE ENTIRETY OF THE MANNING RANCH IS LOCATED WITHIN WESTLANDS WATER DISTRICT.

**ALMONDS:** ACTIVITIES INCLUDE MINOR REPAIRS TO THE IRRIGATION INFRASTRUCTURE AND THE IMPLEMENTATION OF WINTER SANITATION PRACTICES TO MITIGATE INSECT DAMAGE ON THE 2025 CROP. ADDITIONALLY, BEEHIVES HAVE BEEN STRATEGICALLY PLACED ON THE PROPERTY TO SUPPORT POLLINATION DURING THE UPCOMING FLOWER BLOOM.

**PISTACHIOS:** MINOR IRRIGATION REPAIRS HAVE BEEN COMPLETED AS WELL AS TREE PRUNING ACTIVITIES.

**FALLOW GROUND:** NO MAJOR ACTIVITIES HAVE BEEN COMPLETED AS OF 12/31/2024.

**Exhibit 5**
94

# CONTENTS

- BALANCE SHEET (MODIFIED CASH BASIS)
- MONTHLY INCOME STATEMENT (MODIFIED CASH BASIS)
- CASH FLOW REPORT (CASH BASIS)
- GENERAL LEDGER (CASH BASIS)
- ACCOUNTS PAYABLE AGING REPORT
- SCHEDULE OF AGRIGLOBE ADVANCES
- BANK RECONCILIATIONS/STATEMENT

**Exhibit 5**
**95**

**BRIGHTHOUSE LIFE INSURANCE COMPANY V. MANNING AVE PISTACHIO LLC**

**BALANCE SHEET**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

| | | |
|---|---:|---:|
| ASSETS | | |
|   CURRENT ASSETS | | |
|   CASH | | |
|     1001-905 - EAST WEST BANK (MANNING AVE 23) - OPERATING | | 98,985.94 |
|     **TOTAL CASH** | $ | **98,985.94** |
| | | |
|   **TOTAL ASSETS** | $ | **98,985.94** |
| | | |
| LIABILITIES | | |
|   CURRENT LIABILITIES | | |
|   OTHER CURRENT LIABILITY | | |
|     ADVANCES FROM AGRIGLOBE | | 68,431.06 |
|     **TOTAL OTHER CURRENT LIABILITIES** | $ | **68,431.06** |
| | | |
|   **TOTAL CURRENT LIABILITIES** | $ | **68,431.06** |
| | | |
|   **TOTAL LIABILITIES** | $ | **68,431.06** |
| | | |
| CAPITAL & EQUITY | | |
|   RETAINED EARNINGS | | - |
|   NET INCOME | | 30,554.88 |
|   **TOTAL CAPITAL & EQUITY** | $ | **30,554.88** |
| | | |
|   **TOTAL LIABILITIES AND EQUITY** | $ | **98,985.94** |

**Exhibit 5**
**96**

**BRIGHTHOUSE LIFE INSURANCE COMPANY V. MANNING AVE PISTACHIO LLC**

**MONTHLY INCOME STATEMENT**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

|  | DECEMBER 2024 | | TOTAL |
|---|---|---|---|
| INCOME | | | |
| PISTACHIOS | 98,985.94 | | 98,985.94 |
| **TOTAL INCOME** | $ 98,985.94 | $ | 98,985.94 |
| COST OF GOODS SOLD | | | |
| IRRIGATION LABOR | - | | - |
| IRRIGATION WATER | 19,096.15 | | 19,096.15 |
| TECHNICAL CONSULTING | 466.78 | | 466.78 |
| VERTEBRATE CONTROL | - | | - |
| GROUND MAINTENANCE | - | | - |
| REPAIRS & MAINTENANCE | - | | - |
| TAXES - PROPERTY | 6,624.83 | | 6,624.83 |
| FARM MANAGEMENT (RECEIVER'S FEE) | - | | - |
| **TOTAL COST OF GOODS SOLD** | $ 26,187.76 | $ | 26,187.76 |
| GROSS PROFIT | $ 72,798.18 | $ | 72,798.18 |
| EXPENSES | | | |
| IRRIGATION WATER | 23,398.40 | | 23,398.40 |
| TECHNICAL CONSULTING | 600.36 | | 600.36 |
| TAXES - PROPERTY | 8,520.79 | | 8,520.79 |
| PROFESSIONAL - LEGAL | 9,190.34 | | 9,190.34 |
| BANK FEES | 362.13 | | 362.13 |
| INSURANCE - FIRE & LIABILITY | 150.00 | | 150.00 |
| MISCELLANEOUS | 21.28 | | 21.28 |
| **TOTAL EXPENSES** | $ 42,243.30 | $ | 42,243.30 |
| **NET INCOME/(LOSS)** | $ 30,554.88 | $ | 30,554.88 |

**Exhibit 5**
97

**BRIGHTHOUSE LIFE INSURANCE COMPANY V. KAMM SOUTH LLC ET AL**

**CASH FLOW REPORT**
**CASH BASIS**
**CUMULATIVE PERIOD: DECEMBER 3 - DECEMBER 31, 2024**

|  | 12/03/2024 - 12/31/2024 | 12/03/2024 - 12/31/2024 |
|---|---|---|
| **CASH RECEIPTS:** | | |
| 2024 PISTACHIO INCOME COLLECTED | 98,985.94 | 98,985.94 |
| TOTAL RECEIPTS: | $ 98,985.94 | $ 98,985.94 |
| | | |
| **CASH DISBURSEMENTS:** | | |
| BANK FEES | - | - |
| TOTAL DISBURSEMENTS: | $ - | $ - |
| | | |
| (DECREASE)/INCREASE IN CASH | 98,985.94 | 98,985.94 |
| CASH-BEGINNING OF PERIOD | - | - |
| CASH-END OF PERIOD | $ 98,985.94 | $ 98,985.94 |

**Exhibit 5**
**98**

**BRIGHTHOUSE LIFE INSURANCE COMPANY V. MANNING AVE PISTACHIO LLC**

**MONTHLY GENERAL LEDGER**
**CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

| ACCOUNT | DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 1001-905 - EAST WEST BANK (MANNING AVE 23) - OPERATING | | | | | - |
| | 12/12/2024 | 2024 PISTACHIOS INCOME | 98,985.94 | | 98,985.94 |
| | | | **98,985.94** | **-** | **98,985.94** |
| 4600 - PISTACHIOS | | | | | - |
| | 12/12/2024 | 2024 PISTACHIOS INCOME | | 98,985.94 | (98,985.94) |
| | | | **-** | **98,985.94** | **(98,985.94)** |

**Exhibit 5**
**99**

**Agriglobe LLC**

**Agriglobe LLC : MANNING AVENUE PISTACHIOS LLC ET AL RECEIVERSHIP ESTATE CASE NO 1233**

# A/P Aging Detail
# As of December 31, 2024

| Vendor | Transaction Type | Date | Document Number | Due Date | Age | Open Balance |
|--------|------------------|------|-----------------|----------|-----|--------------|
| **Vendor** | | | | | | |
| **Agriglobe Fiduciary Services, LLC** | | | | | | |
| | Bill | 12/16/2024 | 1233-1000 | 12/16/2024 | 28 | $3,789.61 |
| **Total - Agriglobe Fiduciary Services, LLC** | | | | | | **$3,789.61** |
| **Agriglobe, LLC** | | | | | | |
| | Bill | 12/9/2024 | 4668 | 12/9/2024 | 35 | $155.00 |
| | Bill | 12/10/2024 | 4674 | 12/10/2024 | 34 | $18,228.07 |
| | Bill | 12/10/2024 | 4676 | 12/10/2024 | 34 | $15,486.40 |
| | Bill | 12/11/2024 | 4669 | 12/11/2024 | 33 | $23,377.37 |
| | Bill | 12/13/2024 | 4693 | 12/13/2024 | 31 | $1,067.14 |
| | Bill | 12/13/2024 | 4701 | 12/13/2024 | 31 | $3,983.03 |
| | Bill | 12/19/2024 | 4723 | 12/19/2024 | 25 | $5,207.31 |
| | Bill | 12/30/2024 | 4755 | 12/30/2024 | 14 | $905.46 |
| | Bill | 12/31/2024 | 4776 | 12/31/2024 | 13 | $21.28 |
| **Total - Agriglobe, LLC** | | | | | | **$68,431.06** |
| **Diversified Land Management, LLC** | | | | | | |
| | Bill | 12/19/2024 | 1016 | 12/19/2024 | 25 | $4,104.62 |
| | Bill | 12/19/2024 | 1017 | 12/19/2024 | 25 | $5,996.64 |
| **Total - Diversified Land Management, LLC** | | | | | | **$10,101.26** |
| **Safeguard Business Systems, Inc.** | | | | | | |
| | Bill | 12/14/2024 | 9006547985 | 1/12/2025 | 1 | $385.88 |
| **Total - Safeguard Business Systems, Inc.** | | | | | | **$385.88** |
| **Total - Vendor** | | | | | | **$82,707.81** |
| **Total** | | | | | | **$82,707.81** |

**Exhibit 5**
**100**

**BRIGHTHOUSE LIFE INSURANCE COMPANY V. MANNING AVE PISTACHIO LLC**
**SCHEDULE OF AGRIGLOBE ADVANCES**
**AS OF: DECEMBER 31, 2024**

| ACCOUNT | DATE | BILL NO. | DESCRIPTION | NAME | SPLIT | AMOUNT |
|---|---|---|---|---|---|---|
| **ORDINARY INCOME/EXPENSE** | | | | | | |
| **COST OF SALES** | | | | | | |
| **5100 · COST OF GOODS SOLD** | | | | | | |
| **5165 · IRRIGATION WATER** | | | | | | |
| | 12/9/2024 | 4674 | POSO CREEK WATER COMPANY  (INVOICE PC-167) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $7,966.56 |
| | 12/9/2024 | 4669 | WESTLAND WATER DISTRICT (APN NO. 027-180×62  || INVOICES 960506 & 961674) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $2,264.38 |
| | 12/9/2024 | 4669 | WESTLAND WATER DISTRICT (APN NO. 027-171-21S || INVOICE 961674) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $2.92 |
| | 12/9/2024 | 4669 | WESTLAND WATER DISTRICT (APN NO. 027-180×27S || INVOICES 961041 & 962807) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $2,902.16 |
| | 12/9/2024 | 4669 | WESTLAND WATER DISTRICT (PARCEL NO. 038-061-47S || INVOICES 961041 & 962807) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $283.89 |
| | 12/9/2024 | 4669 | WESTLAND WATER DISTRICT (APN NO. 027-180×63 || INVOICES 960506 & 961674) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $600.96 |
| | 12/9/2024 | 4669 | WESTLAND WATER DISTRICT (APN NO. 038-061-41S || INVOICES 961091 & 962889) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $1,407.35 |
| | 12/9/2024 | 4669 | WESTLAND WATER DISTRICT (APN NO. 027-171-21S || INVOICES 960506 & 961674) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $2,763.82 |
| | 12/30/2024 | 4755 | BILLING PERIOD: 11/20/2024 - 12/20/2024 | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $904.11 |
| **TOTAL · 5165 · IRRIGATION WATER** | | | | | | **$19,096.15** |
| **5179 · TECHNICAL CONSULTING** | | | | | | |
| | 12/13/2024 | 4693 | TECHNICAL CONSULTING || ROSPEC INSIGHTS (INVOICE: 1001) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $466.78 |
| **TOTAL · 5179 · TECHNICAL CONSULTING** | | | | | | **$466.78** |
| **5189 · TAX · PROPERTY** | | | | | | |
| | 12/10/2024 | 4676 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO 038×061-27S || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $186.20 |
| | 12/10/2024 | 4676 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO 027-180×63 || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $966.62 |
| | 12/10/2024 | 4676 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO 038×061-41S|| 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $1,061.39 |
| | 12/10/2024 | 4676 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO 027-180×27S || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $2,003.94 |
| | 12/10/2024 | 4676 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO 027-171-21S || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $785.68 |
| | 12/10/2024 | 4676 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO 027-180×62 || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $2,011.86 |
| | 12/10/2024 | 4676 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO 027-171-23S || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $9.14 |
| **TOTAL · 5189 · TAX · PROPERTY** | | | | | | **$6,624.83** |
| **TOTAL · 5100 · COST OF GOODS SOLD** | | | | | | **$26,187.76** |
| **GROSS PROFIT** | | | | | | **$26,187.76** |
| | | | | | | **($26,187.76)** |
| **EXPENSE** | | | | | | |
| **5800 · FALLOW EXPENSES** | | | | | | |
| **5865 · IRRIGATION WATER** | | | | | | |
| | 12/9/2024 | 4669 | WESTLAND WATER DISTRICT (APN NO. 027-180×62  || INVOICES 960506 & 961674) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $2,912.42 |
| | 12/9/2024 | 4674 | POSO CREEK WATER COMPANY (INVOICE PC-167) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $10,246.51 |
| | 12/9/2024 | 4669 | WESTLAND WATER DISTRICT (APN NO. 038×061-27S || INVOICES 961091 & 962889) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $365.14 |
| | 12/9/2024 | 4669 | WESTLAND WATER DISTRICT (APN NO. 027-180×27S || INVOICES 961041 & 962807) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $3,732.74 |
| | 12/9/2024 | 4669 | WESTLAND WATER DISTRICT (APN NO. 027-180×62 || INVOICE 961674) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $772.94 |
| | 12/9/2024 | 4669 | WESTLAND WATER DISTRICT (APN NO. 038-061-41S || INVOICES 961091 & 962889) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $1,810.13 |
| | 12/9/2024 | 4669 | WESTLAND WATER DISTRICT (APN NO. 027-171-21S || INVOICE 961674) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $3.73 |
| | 12/9/2024 | 4669 | WESTLAND WATER DISTRICT (APN NO. 027-171-21S || INVOICES 960506 & 961674) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $3,554.79 |
| **TOTAL · 5865 · IRRIGATION WATER** | | | | | | **$23,398.40** |
| **5879 · TECHNICAL CONSULTING** | | | | | | |
| | 12/13/2024 | 4693 | ROSPEC INSIGHTS (INVOICE: 1001) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $600.36 |
| **TOTAL · 5879 · TECHNICAL CONSULTING** | | | | | | **$600.36** |
| **5889 · TAX · PROPERTY** | | | | | | |
| | 12/10/2024 | 4676 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO 027-180×62 || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $2,587.64 |
| | 12/10/2024 | 4676 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO 038×061-27S || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $283.48 |
| | 12/10/2024 | 4676 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO 027-180×63 || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $728.77 |
| | 12/10/2024 | 4676 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO 027-171-21S || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $1,010.55 |
| | 12/10/2024 | 4676 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO 027-180×27S || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $2,577.44 |
| | 12/10/2024 | 4676 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO 027-171-23S || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $11.76 |
| | 12/10/2024 | 4676 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO 038×061-41S|| 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $1,265.15 |
| **TOTAL · 5889 · TAX · PROPERTY** | | | | | | **$8,520.79** |
| **TOTAL · 5800 · FALLOW EXPENSES** | | | | | | **$32,519.55** |

Exhibit 5
101

**BRIGHTHOUSE LIFE INSURANCE COMPANY V. MANNING AVE PISTACHIO LLC**
**SCHEDULE OF AGRIGLOBE ADVANCES**
**AS OF DECEMBER 31, 2024**

| ACCOUNT | DATE | BILL NO. | DESCRIPTION | NAME | SPLIT | AMOUNT |
|---|---|---|---|---|---|---|
| **5900 · OPERATING EXPENSES** | | | | | | |
| 5993 · PROFESSIONAL FEES - LEGAL | | | | | | |
| | 12/13/2024 | 4701 | SAUL EWING (INVOICE: 4390136) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $3,985.03 |
| | 12/19/2024 | 4723 | SAUL EWING (INVOICE: 4390136 & 4392455) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $5,205.31 |
| **TOTAL - 5993 · PROFESSIONAL FEES - LEGAL** | | | | | | **$9,190.34** |
| 5996 · INSURANCE - FIRE & LIABILITY | | | | | | |
| | 12/6/2024 | 4668 | INT'L SURETIES (BILLING PERIOD: 12/03/2024 - 12/31/2024) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $11.51 |
| | 12/6/2024 | 4668 | INT'L SURETIES (BILLING PERIOD: 01/01/2025 - 12/03/2025) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $138.49 |
| **TOTAL - 5996 · INSURANCE - FIRE & LIABILITY** | | | | | | **$150.00** |
| 5998 · BANK FEES | | | | | | |
| | 12/6/2024 | 4668 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $5.00 |
| | 12/9/2024 | 4674 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $15.00 |
| | 12/10/2024 | 4676 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $340.78 |
| | 12/30/2024 | 4755 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $1.35 |
| **TOTAL - 5998 · BANK FEES** | | | | | | **$362.13** |
| 5999 · MISCELLANEOUS | | | | | | |
| | 12/31/2024 | 4776 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-697-47624) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $5.85 |
| | 12/31/2024 | 4776 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-703-51197) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $4.11 |
| | 12/31/2024 | 4776 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-710-46789) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | $11.32 |
| **TOTAL - 5999 · MISCELLANEOUS** | | | | | | **$21.28** |
| **TOTAL - 5900 · OPERATING EXPENSES** | | | | | | **$9,723.75** |
| **TOTAL - EXPENSE** | | | | | | **$42,243.30** |
| **NET ORDINARY INCOME** | | | | | | **($68,431.06)** |
| **NET INCOME** | | | | | | **($68,431.06)** |

**Exhibit 5**
**102**

**Manning Ave Pistachios LLC Et Al Receivership Estate Case No 1233**
**Reconciliation Summary**
**1000-905 East West Bank - Operating**

**As of 12/31/2024**

| ID | Balance |
|---|---|
| Reconciled | 0.00 |
| No Previous Reconciled Balance | 0.00 |
| Current Reconciled Balance | 0.00 |
| Reconcile Statement Balance - 12/31/2024 | 0.00 |
| Difference | 0.00 |
| Unreconciled | 0.00 |
| Total as of 12/31/2024 | 0.00 |

**Exhibit 5**
**103**

**Manning Ave Pistachios LLC Et Al Receivership Estate Case No 1233**
**Reconciliation Detail**
**1000-905 East West Bank - Operating**

## As of 12/31/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| Reconciled | | | | | | 0.00 |
| No Previous Reconciled Balance | | | | | | 0.00 |
| Current Reconciled Balance | | | | | | 0.00 |
| Reconcile Statement Balance - 12/31/2024 | | | | | | 0.00 |
| Difference | | | | | | 0.00 |
| Unreconciled | | | | | | 0.00 |
| Total as of 12/31/2024 | | | | | | **0.00** |

**Exhibit 5**
**104**

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page   1   of   1
STARTING DATE: December 03, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 29

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
MANNING AVENUE PISTACHIOS,LLC
ET AL RECEIVERSHIP ESTATE CASE NO 1233
CHECKING ACCOUNT
PO BOX 5379
FRESNO CA 93755-5379

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions        ( 0) | .00 |
| Average balance | $0.00 | Total subtractions    ( 0) | .00 |
| | | Ending balance | $.00 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 5**
**105**

3409     rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement………………........... $_____

**Add** Deposits not shown
on this Statement $_____
_____
Sub Total………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………… $_____

Balance……..…........................** $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges…………………… $_____

Sub Total ………… $_____

**Add** Monthly Interest
Earned …………………………… $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………… $_____
_____
_____
_____

Balance…………………………… $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 5**
**106**

**Manning Ave Pistachios LLC Et Al Receivership Estate Case No 1233**
**Reconciliation Summary**
**1001-905 East West Bank - Rev/Fund**

**As of 12/31/2024**

| ID | Balance |
|---|---:|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 98,985.94 |
| **Total - Reconciled** | **98,985.94** |
| **No Previous Reconciled Balance** | 0.00 |
| **Current Reconciled Balance** | 98,985.94 |
| **Reconcile Statement Balance - 12/31/2024** | 98,985.94 |
| **Difference** | 0.00 |
| **Unreconciled** | 0.00 |
| **Total as of 12/31/2024** | **98,985.94** |

**Exhibit 5**
**107**

**Manning Ave Pistachios LLC Et Al Receivership Estate Case No 1233**
**Reconciliation Detail**
**1001-905 East West Bank - Rev/Fund**

**As of 12/31/2024**

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| Reconciled | | | | | | |
| Cleared Deposits and Other Credits | | | | | | |
| | Deposit | 12/12/2024 | DEPManning01 | | 2024 Pistachios Income | 98,985.94 |
| Total - Cleared Deposits and Other Credits | | | | | | 98,985.94 |
| Total - Reconciled | | | | | | 98,985.94 |
| No Previous Reconciled Balance | | | | | | 0.00 |
| Current Reconciled Balance | | | | | | 98,985.94 |
| Reconcile Statement Balance - 12/31/2024 | | | | | | 98,985.94 |
| Difference | | | | | | 0.00 |
| Unreconciled | | | | | | 0.00 |
| Total as of 12/31/2024 | | | | | | 98,985.94 |

**Exhibit 5**
**108**

# EASTWEST BANK — Your Financial Link.®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page   1   of   1
STARTING DATE: December 03, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 29

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
MANNING AVENUE PISTACHIOS,LLC
ET ALRECEIVERSHIP ESTATE CASE NO 1233

POBOX 5379
FRESNO CA 93755-5379

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

---

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 1) | 98,985.94 |
| Average balance | $68,266.17 | Total subtractions ( 0) | .00 |
| | | Ending balance | $98,985.94 |

---

**CREDITS**

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 12-12 | Wire Trans-IN    f976d7a2-da8a-48b8 -93f8-672acd4a0254 | |
| | | MARICOPA ORCHARDS 122243402 SETTON | |
| | | PROCEEDS | 98,985.94 |

---

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-12 | 98,985.94 | | | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 5**
109

3409     rev 05-16

## STATEMENT BALANCING

### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement……………............    $_____

**Add** Deposits not shown
on this Statement    $_____
_____
Sub Total……….    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………    $_____

**Balance**……………...................**    $_____

**ENTER**
Present Balance in
your checkbook………………….    $_____

**Subtract** any service
charges, finance or
any other charges………………    $_____
Sub Total …………    $_____

**Add** Monthly Interest
Earned ………………………………    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………    $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….    $_____
_____
_____
_____

**Balance**……………...................    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

Exhibit 5
110

# EXHIBIT 6

# EXECUTIVE SUMMARY

---

## BRIGHTHOUSE LIFE INSURANCE COMPANY V. ACDF LLC ET AL
## CASE NO: 1:24-cv-01235-KES-SAB

---

### RECEIVER'S REPORT

### <u>NOVEMBER 22 - DECEMBER 31, 2024</u>

**FINANCIAL:**

AS OF DECEMBER 31, 2024 OUTSTANDING ACCOUNTS PAYABLE IS **$39,391.68** OF WHICH **$36,894.78** IS DUE TO AGRIGLOBE LLC. DURING THE PERIOD, AGRIGLOBE ADVANCED FUNDS FOR RECEIVERSHIP OPERATIONS AND HAS SUBSEQUENTLY REQUESTED REIMBURSEMENT. ADDITIONALLY, AN ACCOUNTS PAYABLE AGING REPORT AS OF DECEMBER 31, 2024 HAS BEEN ATTACHED HERETO. DURING THE PERIOD, THE RECEIVERSHIP BANK ACCOUNTS HAD NO CASH RECEIPTS OR DISBURSEMENTS, AS SUCH A CASH FLOW STATEMENT WAS NOT PREPARED.

AS OF DECEMBER 31, 2024, THERE IS NO ACCOUNTS RECEIVABLE DUE TO THE RECEIVERSHIP.

**MARKETING:**

· PEARSON REALTY HAS BEEN APPROACHED TO SERVE AS THE SELL SIDE BROKER FOR THE ASSETS WITHIN THIS RECEIVERSHIP ESTATE. A FORMAL LISTING AGREEMENT IS IN THE PROCESS OF BEING DRAFTED AND FINALIZED.

**PROPERTY STATUS:**
*A DESCRIPTION OF THE OVERALL PROPERTY STATUS FOLLOWS, WHICH MAY INCLUDE HEALTHY/SAFETY, CAPITAL REPAIRS, TENANT IMPROVEMENTS, VIOLATION NOTICES, AND ROUTINE OPERATIONS:*

**KAMM AVENUE (OPEN GROUND)**

· KAMM AVENUE IS COMPRISED OF 160.00 ACRES OF FALLOW GROUND LOCATED WITHIN WESTLANDS WATER DISTRICT. NO MAJOR ACTIVITIES HAVE BEEN COMPLETED AS OF 12/31/2024.

**LUDY RANCH**

· THE LUDY RANCH ENCOMPASSES 178.75 OF FALLOW GROUND LOCATED WITHIN SEMITROPIC WATER STORAGE DISTRICT. NO MAJOR ACTIVITIES HAVE BEEN COMPLETED AS OF 12/31/2024.

**HALL, MALOTT, ANTON GIOVANNI RANCH**

· THE HALL, MALOTT, ANTON GIOVANNI IS MADE UP OF 40.00 ACRES OF FALLOW GROUND LOCATED WITHIN WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT. NO MAJOR ACTIVITIES HAVE BEEN COMPLETED AS OF 12/31/2024.

**Exhibit 6**
**111**

# CONTENTS

- BALANCE SHEET (MODIFIED CASH BASIS)
- MONTHLY INCOME STATEMENT (MODIFIED CASH BASIS)
- ACCOUNTS PAYABLE AGING REPORT
- SCHEDULE OF AGRIGLOBE ADVANCES
- BANK RECONCILIATIONS/STATEMENT

**Exhibit 6**
**112**

**BRIGHTHOUSE LIFE INSURANCE COMPANY V. ACDF LLC ET AL**

**BALANCE SHEET**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

ASSETS
  CURRENT ASSETS
  CASH
    1000-906 - EAST WEST BANK (ACDF CASE 1235) - OPERATING

|  |  |  |
|---|---|---|
| 1000-906 - EAST WEST BANK (ACDF CASE 1235) - OPERATING |  | - |
| 1001-906 - EAST WEST BANK (ACDF CASE 1235) - REV/FUND |  | - |
| **TOTAL CASH** | $ | - |
|  |  |  |
| **TOTAL ASSETS** | $ | - |
|  |  |  |
| LIABILITIES |  |  |
| CURRENT LIABILITIES |  |  |
| OTHER CURRENT LIABILITY |  |  |
| ADVANCES FROM AGRIGLOBE |  | 36,894.78 |
| **TOTAL OTHER CURRENT LIABILITIES** | $ | 36,894.78 |
|  |  |  |
| **TOTAL CURRENT LIABILITIES** | $ | 36,894.78 |
|  |  |  |
| **TOTAL LIABILITIES** | $ | 36,894.78 |
|  |  |  |
| CAPITAL & EQUITY |  |  |
| RETAINED EARNINGS |  | - |
| NET INCOME |  | (36,894.78) |
| **TOTAL CAPITAL & EQUITY** | $ | (36,894.78) |
|  |  |  |
| **TOTAL LIABILITIES AND EQUITY** | $ | - |

**Exhibit 6**
**113**

**BRIGHTHOUSE LIFE INSURANCE COMPANY V. ACDF LLC ET AL**

**MONTHLY INCOME STATEMENT**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

| | NOVEMBER 2024 | DECEMBER 2024 | TOTAL |
|---|---|---|---|
| INCOME | | | |
| | | | |
| INCOME | - | - | - |
| **TOTAL INCOME** | $      - | $      - | $      - |
| | | | |
| COST OF GOODS SOLD | | | |
| | | | |
| IRRIGATION LABOR | - | - | - |
| IRRIGATION WATER | - | 6,749.50 | 6,749.50 |
| TECHNICAL CONSULTING | - | 736.48 | 736.48 |
| VERTEBRATE CONTROL | - | - | - |
| GROUND MAINTENANCE | - | - | - |
| REPAIRS & MAINTENANCE | - | - | - |
| TAXES - PROPERTY | - | 22,992.62 | 22,992.62 |
| FARM MANAGEMENT (RECEIVER'S FEE) | - | - | - |
| **TOTAL COST OF GOODS SOLD** | $      - | $   30,478.60 | $   30,478.60 |
| | | | |
| GROSS PROFIT | $      - | $   (30,478.60) | $   (30,478.60) |
| | | | |
| EXPENSES | | | |
| | | | |
| PROFESSIONAL FEES - LEGAL | - | 5,767.02 | 5,767.02 |
| BANK FEES | - | 502.88 | 502.88 |
| INSURANCE - FIRE & LIABILITY | - | 125.00 | 125.00 |
| MISCELLANEOUS | - | 21.28 | 21.28 |
| **TOTAL EXPENSES** | $      - | $   6,416.18 | $   6,416.18 |
| | | | |
| **NET INCOME/(LOSS)** | $      - | $   (36,894.78) | $   (36,894.78) |

**Exhibit 6**
**114**

**Agriglobe LLC**

**Agriglobe LLC : ACDF LLC ET AL RECEIVERSHIP ESTATE CASE NO 1235**

# A/P Aging Detail
## As of December 31, 2024

| Vendor | Transaction Type | Date | Document Number | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|
| **Vendor** | | | | | | |
| **Agriglobe Fiduciary Services, LLC** | | | | | | |
| | Bill | 12/30/2024 | 1235-1000 | 12/30/2024 | 14 | $1,515.00 |
| **Total - Agriglobe Fiduciary Services, LLC** | | | | | | **$1,515.00** |
| **Agriglobe, LLC** | | | | | | |
| | Bill | 12/9/2024 | 4663 | 12/9/2024 | 35 | $155.00 |
| | Bill | 12/10/2024 | 4678 | 12/10/2024 | 34 | $23,465.50 |
| | Bill | 12/10/2024 | 4671 | 12/10/2024 | 34 | $6,749.50 |
| | Bill | 12/13/2024 | 4700 | 12/13/2024 | 31 | $2,748.86 |
| | Bill | 12/18/2024 | 4692 | 12/18/2024 | 26 | $736.48 |
| | Bill | 12/19/2024 | 4722 | 12/19/2024 | 25 | $3,018.16 |
| | Bill | 12/31/2024 | 4773 | 12/31/2024 | 13 | $21.28 |
| **Total - Agriglobe, LLC** | | | | | | **$36,894.78** |
| **Diversified Land Management, LLC** | | | | | | |
| | Bill | 12/19/2024 | 1013 | 12/19/2024 | 25 | $590.85 |
| **Total - Diversified Land Management, LLC** | | | | | | **$590.85** |
| **Safeguard Business Systems, Inc.** | | | | | | |
| | Bill | 12/11/2024 | 9006512557 | 1/9/2025 | 4 | $391.05 |
| **Total - Safeguard Business Systems, Inc.** | | | | | | **$391.05** |
| **Total - Vendor** | | | | | | **$39,391.68** |
| **Total** | | | | | | **$39,391.68** |

**Exhibit 6**
**115**

**BRIGHTHOUSE LIFE INSURANCE COMPANY V. ACDF LLC ET AL**
**SCHEDULE OF AGRIGLOBE ADVANCES**
**AS OF: DECEMBER 31, 2024**

| ACCOUNT | DATE | BILL NO. | DESCRIPTION | NAME | SPLIT | AMOUNT |
|---|---|---|---|---|---|---|
| ORDINARY INCOME/EXPENSE | | | | | | |
| GROSS PROFIT | | | | | | $0.00 |
| EXPENSE | | | | | | |
| 5800 · FALLOW EXPENSES | | | | | | |
| 5865 · IRRIGATION WATER | 12/9/2024 | 4671 | WESTLANDS WATER DISTRICT (APN NO. 038-210-25S || INVOICES 961053 & 962828) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 6,749.50 |
| TOTAL · 5865 · IRRIGATION WATER | | | | | | **$6,749.50** |
| 5879 · TECHNICAL CONSULTING | 12/13/2024 | 4692 | ROSPEC INSIGHTS (INVOICE: 1001) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 736.48 |
| TOTAL · 5879 · TECHNICAL CONSULTING | | | | | | **$736.48** |
| 5889 · TAX - PROPERTY | 12/10/2024 | 4678 | FRESNO COUNTY TAX COLLECTOR (PARCEL NO. 038-210-25S || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 5,205.27 |
| | 12/10/2024 | 4678 | KERN COUNTY TAC COLLECTOR (PARCEL NO. 295-230-03-00-6 || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 1,025.91 |
| | 12/10/2024 | 4678 | KERN COUNTY TAC COLLECTOR (PARCEL NO. 047-340-13-00-8 || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 3,169.76 |
| | 12/10/2024 | 4678 | KERN COUNTY TAC COLLECTOR (PARCEL NO. 047-340-36-00-5 || 1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 13,591.68 |
| TOTAL · 5889 · TAX - PROPERTY | | | | | | **$22,992.62** |
| TOTAL · 5800 · FALLOW EXPENSES | | | | | | **$30,478.60** |
| 5900 · OPERATING EXPENSES | | | | | | |
| 5993 · PROFESSIONAL FEES - LEGAL | 12/13/2024 | 4700 | SAUL EWING (INVOICE: 4390136) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 2,748.86 |
| | 12/19/2024 | 4722 | SAUL EWING (INVOICE: 4392453 & 4392455) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 3,018.16 |
| TOTAL · 5993 · PROFESSIONAL FEES - LEGAL | | | | | | **$5,767.02** |
| 5996 · INSURANCE - FIRE & LIABILITY | 11/26/2024 | 4663 | INTL SURETIES (BILLING PERIOD: 01/01/2025 - 11/22/2025) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 111.64 |
| | 11/26/2024 | 4663 | INTL SURETIES (BILLING PERIOD: 11/22/2024 - 12/31/2024) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 13.36 |
| TOTAL · 5996 · INSURANCE - FIRE & LIABILITY | | | | | | **$125.00** |
| 5998 · BANK FEES | 11/26/2024 | 4663 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 30.00 |
| | 12/10/2024 | 4678 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 472.88 |
| TOTAL · 5998 · BANK FEES | | | | | | **$502.88** |
| 5999 · MISCELLANEOUS | 12/31/2024 | 4773 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-703-51197) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 4.11 |
| | 12/31/2024 | 4773 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-697-47624) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 5.85 |
| | 12/31/2024 | 4773 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-710-46789) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 11.32 |
| TOTAL · 5999 · MISCELLANEOUS | | | | | | **$21.28** |
| TOTAL · 5900 · OPERATING EXPENSES | | | | | | **$6,416.18** |
| TOTAL EXPENSE | | | | | | **$36,894.78** |
| NET ORDINARY INCOME | | | | | | **($36,894.78)** |
| NET INCOME | | | | | | **($36,894.78)** |

**Exhibit 6**
**116**

**ACDF LLC Et Al Receivership Estate Case No 1235**
**Reconciliation Summary**
**1001-906 East West Bank - Rev/Fund**

**As of 11/30/2024**

| ID | Balance |
|---|---|
| Reconciled | 0.00 |
| No Previous Reconciled Balance | 0.00 |
| Current Reconciled Balance | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | 0.00 |
| Difference | 0.00 |
| Unreconciled | 0.00 |
| **Total as of 11/30/2024** | **0.00** |

**Exhibit 6**
**117**

**ACDF LLC Et Al Receivership Estate Case No 1235**
**Reconciliation Detail**
**1001-906 East West Bank - Rev/Fund**

**As of 11/30/2024**

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| Reconciled | | | | | | 0.00 |
| No Previous Reconciled Balance | | | | | | 0.00 |
| Current Reconciled Balance | | | | | | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | | | | | | 0.00 |
| Difference | | | | | | 0.00 |
| Unreconciled | | | | | | 0.00 |
| **Total as of 11/30/2024** | | | | | | **0.00** |

**Exhibit 6**
**118**

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: November 27, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 4

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
ACDF, LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1235
CHECKING ACCOUNT
PO BOX 5379
FRESNO CA 93755-5379

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

## Commercial Analysis Checking

| | | |
|---|---|---|
| Account number | | |
| Low balance | $0.00 | Beginning balance  $0.00 |
| Average balance | $0.00 | Total additions  ( 0)  .00 |
| | | Total subtractions  ( 0)  .00 |
| | | Ending balance  $.00 |

**\*\* No activity this statement period \*\***

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 6**
**119**

3409    rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement……………….............  $ _____

**Add** Deposits not shown
on this Statement                                  $ _____
                                                  _____
           Sub Total……….  $ _____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………   $ _____

**Balance**……..............................**  $ _____

**ENTER**
Present Balance in
your checkbook…………………  $ _____

**Subtract** any service
charges, finance or
any other charges…………………  $ _____

           Sub Total …………  $ _____

**Add** Monthly Interest
Earned …………………………  $ _____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………  $ _____
                                     _____
                                     _____
                                     _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………  $ _____
                                     _____
                                     _____
                                     _____

**Balance**…………………………  $ _____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 6**
**120**

**ACDF LLC Et Al Receivership Estate Case No 1235**
**Reconciliation Summary**
**1000-906 East West Bank - Operating**

**As of 11/30/2024**

| ID | Balance |
|---|---|
| Reconciled | 0.00 |
| No Previous Reconciled Balance | 0.00 |
| Current Reconciled Balance | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | 0.00 |
| Difference | 0.00 |
| Unreconciled | 0.00 |
| Total as of 11/30/2024 | 0.00 |

**Exhibit 6**
**121**

## ACDF LLC Et Al Receivership Estate Case No 1235
## Reconciliation Detail
## 1000-906 East West Bank - Operating

## As of 11/30/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|----|------------------|------|-----------------|------|------|---------|
| Reconciled | | | | | | 0.00 |
| No Previous Reconciled Balance | | | | | | 0.00 |
| Current Reconciled Balance | | | | | | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | | | | | | 0.00 |
| Difference | | | | | | 0.00 |
| Unreconciled | | | | | | 0.00 |
| Total as of 11/30/2024 | | | | | | **0.00** |

**Exhibit 6**
**122**

**EAST WEST BANK**

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: November 27, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 4

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
ACDF, LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1235
OPERATING ACCOUNT
PO BOX 5379
FRESNO CA 93755-5379

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. Wc wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 0) | .00 |
| Average balance | $0.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $.00 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 6**
**123**

3409     rev 05-16

# STATEMENT BALANCING

### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement……………........... $_____

**Add** Deposits not shown
on this Statement $_____
_____
Sub Total………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Total** amount of outstanding
checks……………………………. $_____

Balance…………............……**\*\*** $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges…………… $_____

Sub Total ………… $_____

**Add** Monthly Interest
Earned …………………………… $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………… $_____
_____
_____

Balance…………………………… $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 6**
**124**

**ACDF LLC Et Al Receivership Estate Case No 1235**
**Reconciliation Summary**
**1001-906 East West Bank - Rev/Fund**

**As of 12/31/2024**

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 25.00 |
| Cleared Checks and Payments | (25.00) |
| **Total - Reconciled** | **0.00** |
| **Last Reconciled Statement Balance - 11/30/2024** | 0.00 |
| **Current Reconciled Balance** | 0.00 |
| **Reconcile Statement Balance - 12/31/2024** | 0.00 |
| **Difference** | 0.00 |
| **Unreconciled** | 0.00 |
| **Total as of 12/31/2024** | **0.00** |

**Exhibit 6**
**125**

**ACDF LLC Et Al Receivership Estate Case No 1235**
**Reconciliation Detail**
**1001-906 East West Bank - Rev/Fund**

## As of 12/31/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| | Deposit | 12/26/2024 | DEPACDF123503 | | Refund Analysis Activity | 25.00 |
| **Total - Cleared Deposits and Other Credits** | | | | | | **25.00** |
| **Cleared Checks and Payments** | | | | | | |
| | Check | 12/24/2024 | Direct Withdrawal | East West Bank | Analysis Service | (25.00) |
| **Total - Cleared Checks and Payments** | | | | | | **(25.00)** |
| **Total - Reconciled** | | | | | | **0.00** |
| **Last Reconciled Statement Balance - 11/30/2024** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 0.00 |
| **Reconcile Statement Balance - 12/31/2024** | | | | | | 0.00 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 12/31/2024** | | | | | | **0.00** |

**Exhibit 6**
**126**

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
ACDF, LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1235
(REV/FUND 1235)
PO BOX 5379
FRESNO CA 93755-5379

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

---

## Commercial Analysis Checking

| Account number | | Beginning balance | | $0.00 |
|---|---|---|---|---|
| Low balance | $-25.00 | Total additions | ( 1) | 25.00 |
| Average balance | $-1.61 | Total subtractions | ( 1) | 25.00 |
| | | Ending balance | | $.00 |

---

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-26 | Credit Memo | REFUND ANALYSIS ACTIVITY | 25.00 |

---

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-24 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/24 | 25.00 |

---

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 0.00 | 12-24 | -25.00 | 12-26 | 0.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 6**
**127**

3409     rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement............................    $_____

**Add** Deposits not shown
on this Statement                                $_____
                                                 _____
                          Sub Total...........    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks.......................................    $_____

**Balance**...................................**    $_____

**ENTER**
Present Balance in
your checkbook....................    $_____

**Subtract** any service
charges, finance or
any other charges....................    $_____

                    Sub Total ............    $_____

**Add** Monthly Interest
Earned ....................................    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)....................    $_____
                                          _____
                                          _____
                                          _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)....................    $_____
                                          _____
                                          _____
                                          _____

**Balance**.......................................    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
   1.   Tell us your name and account number.
   2.   Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
   3.   Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 6**
**128**

**ACDF LLC Et Al Receivership Estate Case No 1235**
**Reconciliation Summary**
**1000-906 East West Bank - Operating**

**As of 12/31/2024**

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 25.00 |
| Cleared Checks and Payments | (25.00) |
| **Total - Reconciled** | **0.00** |
| **Last Reconciled Statement Balance - 11/30/2024** | **0.00** |
| **Current Reconciled Balance** | **0.00** |
| **Reconcile Statement Balance - 12/31/2024** | **0.00** |
| **Difference** | **0.00** |
| **Unreconciled** | **0.00** |
| **Total as of 12/31/2024** | **0.00** |

**Exhibit 6**
**129**

**ACDF LLC Et Al Receivership Estate Case No 1235**
**Reconciliation Detail**
**1000-906 East West Bank - Operating**

## As of 12/31/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| | Deposit | 12/26/2024 | DEPACDF123502 | | Refund Analysis Activity | 25.00 |
| **Total - Cleared Deposits and Other Credits** | | | | | | **25.00** |
| **Cleared Checks and Payments** | | | | | | |
| | Check | 12/24/2024 | Direct Withdrawal | East West Bank | Analysis Service | (25.00) |
| **Total - Cleared Checks and Payments** | | | | | | **(25.00)** |
| **Total - Reconciled** | | | | | | **0.00** |
| **Last Reconciled Statement Balance - 11/30/2024** | | | | | | **0.00** |
| **Current Reconciled Balance** | | | | | | **0.00** |
| **Reconcile Statement Balance - 12/31/2024** | | | | | | **0.00** |
| **Difference** | | | | | | **0.00** |
| **Unreconciled** | | | | | | **0.00** |
| **Total as of 12/31/2024** | | | | | | **0.00** |

**Exhibit 6**
**130**

**EastWestBank**
9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page   1  of  1
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
ACDF, LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1235
OPERATING ACCOUNT
PO BOX 5379
FRESNO CA 93755-5379

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Low balance | $-25.00 | Total additions | ( 1) 25.00 |
| Average balance | $-1.61 | Total subtractions | ( 1) 25.00 |
| | | Ending balance | $.00 |

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-26 | Credit Memo | REFUND ANALYSIS ACTIVITY | 25.00 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-24 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/24 | 25.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 0.00 | 12-24 | -25.00 | 12-26 | 0.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 6**
**131**

3409      rev 05-16

## STATEMENT BALANCING

### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement………………........    $_____

**Add** Deposits not shown
on this Statement    $_____
_____
_____
Sub Total………    $_____
**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………    $_____

**Balance**………..........................**    $_____

**ENTER**
Present Balance in
your checkbook………………    $_____

**Subtract** any service
charges, finance or
any other charges………………    $_____

Sub Total …………    $_____

**Add** Monthly Interest
Earned ………………………………    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………    $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………    $_____
_____
_____
_____

**Balance**……………………………    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 6**
**132**

# EXHIBIT 7

# EXECUTIVE SUMMARY

---

## METLIFE REAL ESTATE LENDING LLC V. PANOCHE PISTACHIOS LLC, ET AL
## CASE NO: 1:24-cv-01241-KES-SAB

---

### RECEIVER'S REPORT

### NOVEMBER 18 - DECEMBER 31, 2024

**FINANCIAL:**
DURING THE PERIOD, A TOTAL OF **$21,503.83** WAS RECEIVED FROM THE SALE OF ALMONDS, AND **$25.00** WAS DISBURSED WHICH WAS RELATED TO BANK FEES. AS OF THE END OF THE PERIOD, **$21,478.83** IN CASH ON HAND EXISTED. AS OF DECEMBER 31, 2024 OUTSTANDING ACCOUNTS PAYABLE IS **$70,579.62** OF WHICH **$57,546.50** IS DUE TO AGRIGLOBE. DURING THE PERIOD, AGRIGLOBE ADVANCED FUNDS FOR RECEIVERSHIP OPERATIONS AND HAS SUBSEQUENTLY REQUESTED REIMBURSEMENT. ADDITIONALLY, AN ACCOUNTS PAYABLE AGING REPORT AS OF DECEMBER 31, 2024 HAS BEEN ATTACHED HERETO.


AS OF DECEMBER 31, 2024, THE RECEIVERSHIP ESTATE ESTIMATES **$323,496.17** IS DUE RELATED TO THE 2024 ALMOND HARVEST. THIS AMOUNT IS ESTIMATED AS THE PRICE RELATED TO THE 2024 ALMOND HARVEST HAS NOT YET BEEN RELEASED TO THE PUBLIC, AS SUCH THIS AMOUNT MAY FLUCTUATE.


**MARKETING:**
- PEARSON REALTY HAS BEEN APPROACHED TO SERVE AS THE SELL SIDE BROKER FOR THE ASSETS WITHIN


**PROPERTY STATUS:**
*A DESCRIPTION OF THE OVERALL PROPERTY STATUS FOLLOWS, WHICH MAY INCLUDE HEALTHY/SAFETY, CAPITAL REPAIRS, TENANT IMPROVEMENTS, VIOLATION NOTICES, AND ROUTINE OPERATIONS:*


**WELLS RANCH**
- THE RECEIVERSHIP ESTATE'S COLLATERAL IS COMPRISED OF 78.20 PLANTED ACRES OF ALMONDS, AND 156.18 ACRES OF FALLOW GROUND, WHICH MAKE UP THE WELLS RANCH. THE WELLS RANCH IS LOCATED WITHIN SEMITROPIC WATER STORAGE DISTRICT. THE PROPERTY IS BEING CAREFULLY MANAGED TO PRESERVE

**CARREON RANCH**
- THE CARREON RANCH IS COMPRISED OF 290.66 ACRES OF FALLOW GROUND. THE PROPERTY IS LOCATED WITHIN WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT. THE PROPERTY TAXES WERE PAID IN FULL IN DECEMBER.

**Exhibit 7**
133

# CONTENTS

- BALANCE SHEET (MODIFIED CASH BASIS)
- MONTHLY INCOME STATEMENT (MODIFIED CASH BASIS)
- CASH FLOW REPORT  (CASH BASIS)
- GENERAL LEDGER (CASH BASIS)
- ACCOUNTS PAYABLE AGING REPORT
- SCHEDULE OF AGRIGLOBE ADVANCES
- BANK RECONCILIATIONS/STATEMENT

**Exhibit 7**
**134**

**METLIFE REAL ESTATE LENDING LLC V. PANOCHE PISTACHIOS LLC, ET AL**

**BALANCE SHEET**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

| | | |
|---|---|---:|
| ASSETS | | |
|   CURRENT ASSETS | | |
|   CASH | | |
|     1000-907 - EAST WEST BANK (PANOCHE CASE 1241) - OPERATING | | - |
|     1001-907 - EAST WEST BANK (PANOCHE CASE 1241) - REV/FUND | | 21,478.83 |
|     **TOTAL CASH** | $ | **21,478.83** |
| | | |
|   **TOTAL ASSETS** | $ | **21,478.83** |
| | | |
| LIABILITIES | | |
|   CURRENT LIABILITIES | | |
|   OTHER CURRENT LIABILITY | | |
|     ADVANCES FROM AGRIGLOBE | | $57,546.50 |
|     **TOTAL OTHER CURRENT LIABILITIES** | $ | **57,546.50** |
| | | |
|   **TOTAL CURRENT LIABILITIES** | $ | **57,546.50** |
| | | |
|   **TOTAL LIABILITIES** | $ | **57,546.50** |
| | | |
| CAPITAL & EQUITY | | |
|   RETAINED EARNINGS | | - |
|   NET INCOME | | (36,067.67) |
|   **TOTAL CAPITAL & EQUITY** | $ | **(36,067.67)** |
| | | |
|   **TOTAL LIABILITIES AND EQUITY** | $ | **21,478.83** |

**Exhibit 7**
**135**

**METLIFE REAL ESTATE LENDING LLC V. PANOCHE PISTACHIOS LLC, ET AL**

**MONTHLY INCOME STATEMENT**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

| | NOVEMBER 2024 | DECEMBER 2024 | TOTAL |
|---|---|---|---|
| INCOME | | | |
| | | | |
| ALMONDS | - | 21,503.83 | 21,503.83 |
| **TOTAL INCOME** | $ - | $ 21,503.83 | $ 21,503.83 |
| | | | |
| COST OF GOODS SOLD | | | |
| | | | |
| IRRIGATION LABOR | - | - | - |
| IRRIGATION WATER | - | 572.30 | 572.30 |
| TECHNICAL CONSULTING | - | 152.06 | 152.06 |
| VERTEBRATE CONTROL | - | - | - |
| GROUND MAINTENANCE | - | - | - |
| REPAIRS & MAINTENANCE | - | - | - |
| TAXES - PROPERTY | - | 6,998.22 | 6,998.22 |
| FARM MANAGEMENT (RECEIVER'S FEE) | - | - | - |
| **TOTAL COST OF GOODS SOLD** | $ - | $ 7,722.58 | $ 7,722.58 |
| | | | |
| GROSS PROFIT | $ - | $ 13,781.25 | $ 13,781.25 |
| | | | |
| EXPENSES | | | |
| | | | |
| TECHNICAL CONSULTING | | 868.88 | 868.88 |
| TAXES - PROPERTY | | 39,988.42 | 39,988.42 |
| PROFESSIONAL FEES - LEGAL | | 7,832.21 | 7,832.21 |
| BANK FEES | - | 997.52 | 997.52 |
| INSURANCE - FIRE & LIABILITY | - | 125.00 | 125.00 |
| MISCELLANEOUS | - | 36.89 | 36.89 |
| **TOTAL EXPENSES** | $ - | $ 49,848.92 | $ 49,848.92 |
| | | | |
| **NET INCOME/(LOSS)** | $ - | $ (36,067.67) | $ (36,067.67) |

**Exhibit 7**
**136**

**METLIFE REAL ESTATE LENDING LLC V. PANOCHE PISTACHIOS LLC, ET AL**

**CASH FLOW REPORT**
**CASH BASIS**
**CUMULATIVE PERIOD: OCTOBER 11 - DECEMBER 31, 2024**

|  | 10/11/2024 - 12/31/2024 | 10/11/2024 - 12/31/2024 |
|---|---|---|
| **CASH RECEIPTS:** | | |
| 2024 ALMOND INCOME COLLECTED | 21,503.83 | 21,503.83 |
| TOTAL RECEIPTS: | $ 21,503.83 | $ 21,503.83 |
| | | |
| **CASH DISBURSEMENTS:** | | |
| BANK FEES | 25.00 | 25.00 |
| TOTAL DISBURSEMENTS: | $ 25.00 | $ 25.00 |
| | | |
| (DECREASE)/INCREASE IN CASH | 21,478.83 | 21,478.83 |
| CASH-BEGINNING OF PERIOD | - | - |
| CASH-END OF PERIOD | $ 21,478.83 | $ 21,478.83 |

**Exhibit 7**
**137**

**METLIFE REAL ESTATE LENDING LLC V. PANOCHE PISTACHIOS LLC, ET AL**

**MONTHLY GENERAL LEDGER**
**CASH BASIS**
**FOR PERIOD: OCTOBER 11 - DECEMBER 31, 2024**

| ACCOUNT | DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 1000-907 - EAST WEST BANK (PANOCHE CASE 1241) - OPERATING | | | | | |
| | | | | | - |
| | 12/24/2024 | ANALYSIS SERVICE | | 25.00 | (25.00) |
| | 12/26/2024 | REFUND ANALYSIS ACTIVITY | 25.00 | | - |
| | | | **25.00** | **25.00** | **-** |
| 1001-907 - EAST WEST BANK (PANOCHE CASE 1241) - REV/FUND | | | | | |
| | 12/12/2024 | 2024 ALMONDS INCOME | 21,503.83 | | 21,503.83 |
| | 11/05/2024 | ANALYSIS SERVICE | | 25.00 | 21,478.83 |
| | | | **21,503.83** | **25.00** | **21,478.83** |
| 4050 - ALMONDS | | | | | |
| | | | | | - |
| | 12/12/2024 | 2024 ALMONDS INCOME | | 21,503.83 | (21,503.83) |
| | | | **-** | **21,503.83** | **(21,503.83)** |
| 5998 - BANK FEES | | | | | |
| | | | | | - |
| | 12/24/2024 | ANALYSIS SERVICE | 25.00 | | 25.00 |
| | 12/24/2024 | ANALYSIS SERVICE | 25.00 | | 50.00 |
| | 12/26/2024 | REFUND ANALYSIS ACTIVITY | | 25.00 | 25.00 |
| | | | **50.00** | **25.00** | **25.00** |

**Exhibit 7**
**138**

**Agriglobe LLC**

**Agriglobe LLC : PANOCHE PISTACHIOS LLC ET AL RECEIVERSHIP ESTATE CASE NO 1241**

# A/P Aging Detail
## As of December 31, 2024

| Vendor | Transaction Type | Date | Document Number | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|
| **Vendor** | | | | | | |
| **Agriglobe Fiduciary Services, LLC** | | | | | | |
| | Bill | 12/16/2024 | 1241-1000 | 12/16/2024 | 28 | $4,274.85 |
| **Total - Agriglobe Fiduciary Services, LLC** | | | | | | **$4,274.85** |
| **Agriglobe, LLC** | | | | | | |
| | Bill | 12/9/2024 | 4660 | 12/9/2024 | 35 | $15.57 |
| | Bill | 12/9/2024 | 4646 | 12/9/2024 | 35 | $155.00 |
| | Bill | 12/10/2024 | 4680 | 12/10/2024 | 34 | $47,926.46 |
| | Bill | 12/13/2024 | 4691 | 12/13/2024 | 31 | $1,020.94 |
| | Bill | 12/13/2024 | 4699 | 12/13/2024 | 31 | $3,810.58 |
| | Bill | 12/19/2024 | 4721 | 12/19/2024 | 25 | $4,021.63 |
| | Bill | 12/30/2024 | 4754 | 12/30/2024 | 14 | $533.76 |
| | Bill | 12/30/2024 | 4756 | 12/30/2024 | 14 | $41.24 |
| | Bill | 12/31/2024 | 4779 | 12/31/2024 | 13 | $21.32 |
| **Total - Agriglobe, LLC** | | | | | | **$57,546.50** |
| **Diversified Land Management, LLC** | | | | | | |
| | Bill | 12/19/2024 | 1010 | 12/19/2024 | 25 | $1,951.88 |
| | Bill | 12/19/2024 | 1009 | 12/19/2024 | 25 | $1,876.33 |
| **Total - Diversified Land Management, LLC** | | | | | | **$3,828.21** |
| **Kern County Tax Collector** | | | | | | |
| | Bill | 12/3/2024 | 2024-1178126-00-0 121024 | 12/10/2024 | 34 | $1,075.85 |
| | Bill | 12/3/2024 | 2024-1178099-00-5 121024 | 12/10/2024 | 34 | $1,083.85 |
| | Bill | 12/3/2024 | 2024-1178124-00-4 121024 | 12/10/2024 | 34 | $1,358.63 |
| | Bill | 12/3/2024 | 2024-1178098-00-2 121024 | 12/10/2024 | 34 | $1,000.85 |
| **Total - Kern County Tax Collector** | | | | | | **$4,519.18** |
| **Safeguard Business Systems, Inc.** | | | | | | |
| | Bill | 12/11/2024 | 9006512537 | 1/9/2025 | 4 | $410.88 |
| **Total - Safeguard Business Systems, Inc.** | | | | | | **$410.88** |
| **Total - Vendor** | | | | | | **$70,579.62** |
| **Total** | | | | | | **$70,579.62** |

**Exhibit 7**
**139**

**METLIFE REAL ESTATE LENDING LLC V. PANOCHE PISTACHIOS LLC, ET AL**
**SCHEDULE OF AGRIGLOBE ADVANCES**
**AS OF DECEMBER 31, 2024**

| ACCOUNT / EXPENSE | DATE | BILL NO. | DESCRIPTION | NAME | SPLIT | AMOUNT |
|---|---|---|---|---|---|---|
| **ORDINARY INCOME/EXPENSE** | | | | | | |
| **COST OF SALES** | | | | | | |
| **5100 · COST OF GOODS SOLD** | | | | | | |
| 5165 · IRRIGATION WATER | 12/30/2024 | 4754 | PG&E (BILLING PERIOD: 11/05/2024 - 12/05/2024) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 532.41 |
| | 12/30/2024 | 4756 | PG&E (BILLING PERIOD: 10/29/2024 - 11/26/2024) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 39.89 |
| **TOTAL · 5165 · IRRIGATION WATER** | | | | | | **$572.30** |
| **5179 · TECHNICAL CONSULTING** | 12/13/2024 | 4691 | ROSPEC INSIGHTS (INVOICE: 1001) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 152.06 |
| **TOTAL · 5179 · TECHNICAL CONSULTING** | | | | | | **$152.06** |
| **5189 · TAX - PROPERTY** | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 239-340-13-00-7 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 149.06 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 239-340-42-00-1 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 202.36 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 239-070-48-00-0 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 269.02 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 239-340-14-00-0 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 165.42 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 103-100-19-01-4 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 1,422.00 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 239-340-40-00-7 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 159.56 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 239-340-45-00-3 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 160.24 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 103-100-21-01-8 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 526.36 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 239-340-26-00-2 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 207.20 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 103-100-20-01-6 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 517.88 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 103-040-37-00-0 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 3,223.12 |
| **TOTAL · 5189 · TAX - PROPERTY** | | | | | | **$6,998.22** |
| **TOTAL · 5100 · COST OF GOODS SOLD** | | | | | | **$7,722.58** |
| **TOTAL · COST OF SALES** | | | | | | **$7,722.58** |
| **GROSS PROFIT** | | | | | | **($7,722.58)** |
| **EXPENSE** | | | | | | |
| **5800 · FALLOW EXPENSES** | | | | | | |
| **5879 · TECHNICAL CONSULTING** | 12/13/2024 | 4691 | ROSPEC INSIGHTS (INVOICE: 1001) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 868.88 |
| **TOTAL · 5879 · TECHNICAL CONSULTING** | | | | | | **$868.88** |
| **5889 · TAX - PROPERTY** | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 239-340-46-00-3 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 915.60 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 103-100-19-01-4 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 8,125.43 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 239-070-48-00-0 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 1,537.22 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 103-100-21-01-8 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 3,017.63 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 103-040-01-00-2 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 1,184.01 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 239-340-40-00-7 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 911.79 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 239-340-14-00-0 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 922.41 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 103-040-37-00-0 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 18,417.12 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 239-340-42-00-1 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 1,156.57 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 239-340-13-00-7 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 851.77 |
| | 12/10/2024 | 4680 | KERN COUNTY TAX COLLECTOR (PARCEL NO: 103-100-20-01-6 [1ST INSTALLMENT]) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 2,959.17 |
| **TOTAL · 5889 · TAX - PROPERTY** | | | | | | **$39,988.42** |
| **TOTAL · 5800 · FALLOW EXPENSES** | | | | | | **$40,857.30** |
| **5900 · OPERATING EXPENSES** | | | | | | |
| **5993 · PROFESSIONAL FEES - LEGAL** | 12/13/2024 | 4699 | SAUL EWING (INVOICE: 4390136) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 3,810.58 |
| | 12/19/2024 | 4721 | SAUL EWING (INVOICE: 4392451 & 4392455) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 4,021.63 |
| **TOTAL · 5993 · PROFESSIONAL FEES - LEGAL** | | | | | | **$7,832.21** |
| **5996 · INSURANCE - FIRE & LIABILITY** | 11/26/2024 | 4646 | INTL SURETIES (BILLING PERIOD: 11/18/2024 - 12/31/2024) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 14.73 |
| | 11/26/2024 | 4646 | INTL SURETIES (BILLING PERIOD: 01/01/2025 - 11/18/2025) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 110.27 |
| **TOTAL · 5996 · INSURANCE - FIRE & LIABILITY** | | | | | | **$125.00** |

**Exhibit 7**
**140**

**METLIFE REAL ESTATE LENDING LLC V. PANOCHE PISTACHIOS LLC, ET AL**
**SCHEDULE OF AGRIGLOBE ADVANCES**
**AS OF: DECEMBER 31, 2024**

| ACCOUNT | DATE | BILL NO. | DESCRIPTION | NAME | SPLIT | AMOUNT |
|---|---|---|---|---|---|---|
| **5998 · BANK FEES** | | | | | | |
| | 11/26/2024 | 4646 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 30.00 |
| | 12/10/2024 | 4680 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 939.82 |
| | 12/30/2024 | 4756 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 1.35 |
| | 12/30/2024 | 4754 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 1.35 |
| **TOTAL · 5998 · BANK FEES** | | | | | | **$972.52** |
| **5999 · MISCELLANEOUS** | | | | | | |
| | 11/26/2024 | 4660 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-683-75660) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 15.57 |
| | 12/31/2024 | 4779 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-710-48789) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 11.34 |
| | 12/31/2024 | 4779 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-697-47624) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 5.86 |
| | 12/31/2024 | 4779 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-703-51197) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 4.12 |
| **TOTAL · 5999 · MISCELLANEOUS** | | | | | | **$36.89** |
| **TOTAL · 5900 · OPERATING EXPENSES** | | | | | | **$8,966.62** |
| **TOTAL · EXPENSE** | | | | | | **$49,623.92** |
| **NET ORDINARY INCOME** | | | | | | **($57,546.50)** |
| **NET INCOME** | | | | | | **($57,546.50)** |

**Exhibit 7**
**141**

**Panoche Pistachios LLC Et Al Receivership Estate Case No 1241**
**Reconciliation Summary**
**1000-907 East West Bank - Operating**

**As of 11/30/2024**

| ID | Balance |
|---|---|
| Reconciled | 0.00 |
| No Previous Reconciled Balance | 0.00 |
| Current Reconciled Balance | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | 0.00 |
| Difference | 0.00 |
| Unreconciled | 0.00 |
| Total as of 11/30/2024 | **0.00** |

**Exhibit 7**
**142**

**Panoche Pistachios LLC Et Al Receivership Estate No 1241**
**Reconciliation Detail**
**1000-907 East West Bank - Operating**

**As of 11/30/2024**

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| Reconciled | | | | | | 0.00 |
| No Previous Reconciled Balance | | | | | | 0.00 |
| Current Reconciled Balance | | | | | | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | | | | | | 0.00 |
| Difference | | | | | | 0.00 |
| Unreconciled | | | | | | 0.00 |
| **Total as of 11/30/2024** | | | | | | **0.00** |

**Exhibit 7**
**143**

# EASTWEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: November 22, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 9

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
PANOCHE PISTACHIOS,LLC ET AL
RECEIVERSHIP ESTATE CASE NO 1241
OPERATING ACCOUNT
PO BOX 5379
FRESNO CA 93755-5379

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 0) | .00 |
| Average balance | $0.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $.00 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 7**
**144**

3409    rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

| ENTER | | ENTER | |
|---|---|---|---|
| Ending Balance of this Statement………….............. $ _____ | | Present Balance in your checkbook………………… $ _____ | |

**Add** Deposits not shown on this Statement  $ _____

**Subtract** any service charges, finance or any other charges…………… $ _____

Sub Total……….. $ _____

**Subtract** Checks Issued but not on Statement

Sub Total ………… $ _____

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest Earned ………………………… $ _____

**Add** any deposits not yet entered in checkbook (Reverse Advances)……………… $ _____

**Subtract** any checks not yet entered in checkbook (Reverse Payments)……………… $ _____

**Total** amount of outstanding checks………………………… $ _____

**Balance**……………...................** $ _____

**Balance**……………............................ $ _____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
  1. Tell us your name and account number.
  2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 7**
145

**Panoche Pistachios LLC Et Al Receivership Estate Case No 1241**
**Reconciliation Summary**
**1001-907 East West Bank - Rev/Fund**

## As of 11/30/2024

| ID | Balance |
|---|---|
| Reconciled | 0.00 |
| No Previous Reconciled Balance | 0.00 |
| Current Reconciled Balance | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | 0.00 |
| Difference | 0.00 |
| Unreconciled | 0.00 |
| **Total as of 11/30/2024** | **0.00** |

**Exhibit 7**
**146**

## Panoche Pistachios LLC Et Al Receivership Estate No 1241
## Reconciliation Detail
## 1001-907 East West Bank - Rev/Fund

## As of 11/30/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| Reconciled | | | | | | 0.00 |
| No Previous Reconciled Balance | | | | | | 0.00 |
| Current Reconciled Balance | | | | | | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | | | | | | 0.00 |
| Difference | | | | | | 0.00 |
| Unreconciled | | | | | | 0.00 |
| Total as of 11/30/2024 | | | | | | **0.00** |

**Exhibit 7**
**147**

# East West Bank

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: November 22, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 9

( 0 )

PHILLIP CHRISTENSEN, RECEIVER FOR
PANOCHE PISTACHIOS, LLC ET AL
RECEIVERSHIP ESTATE CASE NO 1241
CHECKING ACCOUNT
PO BOX 5379
FRESNO CA 93755-5379

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

---

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | ( 0 ) | .00 |
| Average balance | $0.00 | Total subtractions | ( 0 ) | .00 |
| | | Ending balance | | $.00 |

**\*\* No activity this statement period \*\***

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Exhibit 7
148

3409    rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement.............................    $_____

**ENTER**
Present Balance in
your checkbook.....................    $_____

**Add** Deposits not shown
on this Statement    $_____
_____

**Subtract** any service
charges, finance or
any other charges..................    $_____

Sub Total..........    $_____

**Subtract** Checks Issued
but not on Statement

Sub Total ...........    $_____

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned ..............................    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)...................    $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)...................    $_____
_____
_____
_____

**Total** amount of outstanding
checks..................................    $_____

**Balance**...............................**    $_____

**Balance**........................................    $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 7**
149

**Panoche Pistachios LLC Et Al Receivership Estate Case No 1241**
**Reconciliation Summary**
**1000-907 East West Bank - Operating**

**As of 12/31/2024**

| ID | Balance |
|---|---:|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 25.00 |
| Cleared Checks and Payments | (25.00) |
| **Total - Reconciled** | **0.00** |
| **No Previous Reconciled Balance** | **0.00** |
| **Current Reconciled Balance** | **0.00** |
| **Reconcile Statement Balance – 12/31/2024** | **0.00** |
| **Difference** | **0.00** |
| **Unreconciled** | **0.00** |
| **Total as of 12/31/2024** | **0.00** |

**Exhibit 7**
**150**

**Panoche Pistachios LLC Et Al Receivership Estate Case No 1241**
**Reconciliation Detail**
**1000-907 East West Bank - Operating**

## As of 12/31/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| | Deposit | 12/26/2024 | DEPPANO02 | | Refund Analysis Activity | 25.00 |
| **Total - Cleared Deposits and Other Credits** | | | | | | **25.00** |
| **Cleared Checks and Payments** | | | | | | |
| | Check | 12/24/2024 | Direct Withdrawal | East West Bank | Analysis Service | (25.00) |
| **Total - Cleared Checks and Payments** | | | | | | **(25.00)** |
| **Total - Reconciled** | | | | | | **0.00** |
| **No Previous Reconciled Balance** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 0.00 |
| **Reconcile Statement Balance - 12/31/2024** | | | | | | 0.00 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 12/31/2024** | | | | | | **0.00** |

**Exhibit 7**
**151**

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
PANOCHE PISTACHIOS,LLC ET AL
RECEIVERSHIP ESTATE CASE NO 1241
OPERATING ACCOUNT
PO BOX 5379
FRESNO CA 93755-5379

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Low balance | $-25.00 | Total additions  ( 1) | 25.00 |
| Average balance | $-1.61 | Total subtractions  ( 1) | 25.00 |
| | | Ending balance | $.00 |

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-26 | Credit Memo | REFUND ANALYSIS ACTIVITY | 25.00 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-24 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/24 | 25.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 0.00 | 12-24 | -25.00 | 12-26 | 0.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 7**
152

3409      rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement……………............ $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Add** Deposits not shown
on this Statement                           $_____
                                                      _____

**Subtract** any service
charges, finance or
any other charges……………… $_____

Sub Total………. $_____

**Subtract** Checks Issued
but not on Statement

Sub Total ………… $_____

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned ……………………… $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
                                                    _____
                                                    _____
                                                    _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………… $_____
                                                    _____
                                                    _____
                                                    _____

**Total** amount of outstanding
checks…………………………… $_____

**Balance**……...............................** $_____

**Balance**……..................................... $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 7**
**153**

**Panoche Pistachios LLC Et Al Receivership Estate Case No 1241**
**Reconciliation Summary**
**1001-907 East West Bank - Rev/Fund**

## As of 12/31/2024

| ID | Balance |
|---|---:|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 21,503.83 |
| Cleared Checks and Payments | (25.00) |
| **Total - Reconciled** | **21,478.83** |
| **No Previous Reconciled Balance** | 0.00 |
| **Current Reconciled Balance** | 21,478.83 |
| **Reconcile Statement Balance - 12/31/2024** | 21,478.83 |
| **Difference** | 0.00 |
| **Unreconciled** | 0.00 |
| **Total as of 12/31/2024** | **21,478.83** |

**Exhibit 7**
**154**

**Panoche Pistachios LLC Et Al Receivership Estate Case No 1241**
**Reconciliation Detail**
**1001-907 East West Bank - Rev/Fund**

## As of 12/31/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| | Deposit | 12/12/2024 | DEPPANO01 | | 2024 Almonds Income | 21,503.83 |
| **Total - Cleared Deposits and Other Credits** | | | | | | **21,503.83** |
| **Cleared Checks and Payments** | | | | | | |
| | Check | 12/24/2024 | | | | (25.00) |
| **Total - Cleared Checks and Payments** | | | | | | **(25.00)** |
| **Total - Reconciled** | | | | | | **21,478.83** |
| **No Previous Reconciled Balance** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 21,478.83 |
| **Reconcile Statement Balance - 12/31/2024** | | | | | | 21,478.83 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 12/31/2024** | | | | | | **21,478.83** |

**Exhibit 7**
**155**

**EAST WEST BANK**

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
PANOCHE PISTACHIOS, LLC ET AL
RECEIVERSHIP ESTATE CASE NO 1241
(REV/FUND)
PO BOX 5379
FRESNO CA 93755-5379

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

## Commercial Analysis Checking

| | | | | | |
|---|---|---|---|---|---|
| Account number | | | Beginning balance | | $0.00 |
| Low balance | $0.00 | | Total additions | ( 1) | 21,503.83 |
| Average balance | $13,866.99 | | Total subtractions | ( 1) | 25.00 |
| | | | Ending balance | | $21,478.83 |

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-12 | Wire Trans-IN | 88aeeda8-2539-4d6c-9a51-ecfa72ed3c9a MARICOPA | |
| | | | ORCHARDS 122243402 BLUE DIAMOND PROCE EDS | 21,503.83 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-24 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/24 | 25.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 0.00 | 12-12 | 21,503.83 | 12-24 | 21,478.83 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 7**
**156**

3409    rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………….......... $_____

**Add** Deposits not shown
on this Statement                        $_____
                                                   _____
                            **Sub Total**………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Total** amount of outstanding
checks…………………………… $_____

**Balance**……..….........………..** $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

                            **Sub Total** ………… $_____

**Add** Monthly Interest
Earned …………………………… $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
                                                   _____
                                                   _____
                                                   _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………… $_____
                                                   _____
                                                   _____
                                                   _____

**Balance**……..…................………… $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
   1. Tell us your name and account number.
   2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
   3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 7**
**157**

# EXHIBIT 8

## EXECUTIVE SUMMARY

---

### METROPOLITAN LIFE INSURANCE COMPANY V. ACDF LLC ET AL
### CASE NO: 1:24-cv-01261-KES-SAB

---

RECEIVER'S REPORT

<u>NOVEMBER 7 - DECEMBER 31, 2024</u>

**FINANCIAL:**

DURING THE PERIOD, A TOTAL OF **$67,218.42** WAS RECEIVED FROM THE SALE OF PISTACHIOS, AND **$25.00** WAS DISBURSED WHICH WAS RELATED TO BANK FEES. AS OF THE END OF THE PERIOD, **$67,193.42** IN CASH ON HAND EXISTED. AS OF DECEMBER 31, 2024 OUTSTANDING ACCOUNTS PAYABLE IS **$56,949.43** OF WHICH **$34,396.72** IS DUE TO AGRIGLOBE. DURING THE PERIOD, AGRIGLOBE ADVANCED FUNDS FOR RECEIVERSHIP OPERATIONS AND HAS SUBSEQUENTLY REQUESTED REIMBURSEMENT. ADDITIONALLY, AN ACCOUNTS PAYABLE AGING REPORT AS OF DECEMBER 31, 2024 HAS BEEN ATTACHED HERETO.

AS OF DECEMBER 31, 2024, THE AMOUNT DUE TO THE RECEIVERSHIP RELATED TO THE 2024 HARVEST IS **$190,667.26**.

**MARKETING:**

- AS OF DECEMBER 31, 2024, THE RECEIVERSHIP HAS NOT FORMALLY ENGAGED WITH A BROKER; HOWEVER, THE RECEIVER IS IN DISCUSSIONS WITH A POTENTIAL BUYER.

**PROPERTY STATUS:**

*A DESCRIPTION OF THE OVERALL PROPERTY STATUS FOLLOWS, WHICH MAY INCLUDE HEALTHY/SAFETY, CAPITAL REPAIRS, TENANT IMPROVEMENTS, VIOLATION NOTICES, AND ROUTINE OPERATIONS:*

**KAMM RANCH**

- THE KAMM RANCH IS COMPRISED OF 78.60 ACRES OF PISTACHIOS LOCATED WITHIN WESTLANDS WATER DISTRICT. MINOR IRRIGATION REPAIRS HAVE BEEN COMPLETED AS WELL AS TREE PRUNING ACTIVITIES.

**COPUS RANCH**

- THE COPUS RANCH IS MADE UP OF 194.18 ACRES OF CHERRIES AND 320 ACRES OF FALLOW GROUND. THE ENTIRETY OF THE COPUS RANCH IS LOCATED WITHIN WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT. MINOR REPAIRS TO THE IRRIGATION SYSTEM AS WELL AS AN HERBICIDE APPLICATION HAVE BEEN COMPLETED AS OF 12/31/2024.

**Exhibit 8**
**158**

# CONTENTS

- BALANCE SHEET (MODIFIED CASH BASIS)
- MONTHLY INCOME STATEMENT (MODIFIED CASH BASIS)
- CASH FLOW REPORT  (CASH BASIS)
- GENERAL LEDGER (CASH BASIS)
- ACCOUNTS PAYABLE AGING REPORT
- SCHEDULE OF AGRIGLOBE ADVANCES
- BANK RECONCILIATIONS/STATEMENT

**Exhibit 8**
**159**

**METROPOLITAN LIFE INSURANCE COMPANY V. ACDF LLC ET AL**

**BALANCE SHEET**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

ASSETS
   CURRENT ASSETS
   CASH

| | | |
|---|---|---:|
|     1000-908 - EAST WEST BANK (ACDF CASE 1261) - OPERATING | | - |
|     1001-908 - EAST WEST BANK (ACDF CASE 1261) - REV/FUND | | 67,193.42 |
|     **TOTAL CASH** | $ | **67,193.42** |
| | | |
|    **TOTAL ASSETS** | $ | **67,193.42** |

LIABILITIES
   CURRENT LIABILITIES
   OTHER CURRENT LIABILITY

| | | |
|---|---|---:|
|     ADVANCES FROM AGRIGLOBE | | 34,396.72 |
|     **TOTAL OTHER CURRENT LIABILITIES** | $ | **34,396.72** |
| | | |
|    **TOTAL CURRENT LIABILITIES** | $ | **34,396.72** |
| | | |
|    **TOTAL LIABILITIES** | $ | **34,396.72** |

CAPITAL & EQUITY

| | | |
|---|---|---:|
|    RETAINED EARNINGS | | - |
|    NET INCOME | | 32,796.70 |
|    **TOTAL CAPITAL & EQUITY** | $ | **32,796.70** |
| | | |
|    **TOTAL LIABILITIES AND EQUITY** | $ | **67,193.42** |

**Exhibit 8**
**160**

**METROPOLITAN LIFE INSURANCE COMPANY V. ACDF LLC ET AL**

**MONTHLY INCOME STATEMENT**
**MODIFIED CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

| | NOVEMBER 2024 | DECEMBER 2024 | TOTAL |
|---|---|---|---|
| **INCOME** | | | |
| 2024 PISTACHIO HARVEST | - | 67,218.42 | 67,218.42 |
| **TOTAL INCOME** | $ - | $ 67,218.42 | $ 67,218.42 |
| **COST OF GOODS SOLD** | | | |
| IRRIGATION LABOR | - | - | - |
| IRRIGATION WATER | - | 3,559.51 | 3,559.51 |
| TECHNICAL CONSULTING | - | 530.42 | 530.42 |
| VERTEBRATE CONTROL | - | - | - |
| GROUND MAINTENANCE | - | - | - |
| REPAIRS & MAINTENANCE | - | - | - |
| TAXES - PROPERTY | - | 8,422.01 | 8,422.01 |
| FARM MANAGEMENT (RECEIVER'S FEE) | - | - | - |
| **TOTAL COST OF GOODS SOLD** | $ - | $ 12,511.94 | $ 12,511.94 |
| **GROSS PROFIT** | $ - | $ 54,706.48 | $ 54,706.48 |
| **EXPENSES** | | | |
| TECHNICAL CONSULTING | - | 622.24 | 622.24 |
| TAXES - PROPERTY | - | 9,879.91 | 9,879.91 |
| PROFESSIONAL FEES - LEGAL | - | 10,835.45 | 10,835.45 |
| BANK FEES | - | 435.33 | 435.33 |
| INSURANCE - FIRE & LIABILITY | - | 100.00 | 100.00 |
| MISCELLANEOUS | - | 36.85 | 36.85 |
| **TOTAL EXPENSES** | $ - | $ 21,909.78 | $ 21,909.78 |
| **NET INCOME/(LOSS)** | $ - | $ 32,796.70 | $ 32,796.70 |

**Exhibit 8**
**161**

**METROPOLITAN LIFE INSURANCE COMPANY V. ACDF LLC ET AL**

**CASH FLOW REPORT**
**CASH BASIS**
**CUMULATIVE PERIOD: NOVEMBER 7 - DECEMBER 31, 2024**

| | 11/07/2024 - 12/31/2024 | 11/07/2024 - 12/31/2024 |
|---|---|---|
| **CASH RECEIPTS:** | | |
| 2024 PISTACHIO INCOME COLLECTED | 67,218.42 | 67,218.42 |
| TOTAL RECEIPTS: | $   67,218.42 | $   67,218.42 |
| | | |
| **CASH DISBURSEMENTS:** | | |
| BANK FEES | 25.00 | 25.00 |
| TOTAL DISBURSEMENTS: | $   25.00 | $   25.00 |
| | | |
| (DECREASE)/INCREASE IN CASH | 67,193.42 | 67,193.42 |
| CASH-BEGINNING OF PERIOD | - | - |
| CASH-END OF PERIOD | $   67,193.42 | $   67,193.42 |

**Exhibit 8**
**162**

**METROPOLITAN LIFE INSURANCE COMPANY V. ACDF LLC ET AL**

**MONTHLY GENERAL LEDGER**
**CASH BASIS**
**FOR PERIOD ENDING: DECEMBER 31, 2024**

| ACCOUNT | DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---------|------|-------------|-------|--------|---------|
| 1000-908 - EAST WEST BANK (ACDF CASE 1261) - OPERATING | | | | | - |
| | 12/24/2024 | ANALYSIS SERVICE | | 25.00 | (25.00) |
| | 12/26/2024 | REFUND ANALYSIS ACTIVITY | 25.00 | | - |
| | | | $ 25.00 | $ 25.00 | $ - |
| 1001-908 - EAST WEST BANK (ACDF CASE 1261) - REV/FUND | | | | | - |
| | 12/12/2024 | 2024 ALMONDS INCOME | 67,218.42 | | 67,218.42 |
| | 11/05/2024 | ANALYSIS SERVICE | | 25.00 | 67,193.42 |
| | | | $ 67,218.42 | $ 25.00 | $ 67,193.42 |
| 4600 - PISTACHIOS | | | | | - |
| | 12/12/2024 | 2024 PISTACHIO PAYMENT | | 67,218.42 | (67,218.42) |
| | | | $ - | $ 67,218.42 | $ (67,218.42) |
| 5998 - BANK FEES | | | | | - |
| | 12/24/2024 | ANALYSIS SERVICE | 25.00 | | 25.00 |
| | 12/24/2024 | ANALYSIS SERVICE | 25.00 | | 50.00 |
| | 12/26/2024 | REFUND ANALYSIS ACTIVITY | | 25.00 | 25.00 |
| | | | $ 50.00 | $ 25.00 | $ 25.00 |

**Exhibit 8**
**163**

**Agriglobe LLC**

**Agriglobe LLC : ACDF LLC ET AL RECEIVERSHIP ESTATE CASE NO 1261**

# A/P Aging Detail
## As of December 31, 2024

| Vendor | Transaction Type | Date | Document Number | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|
| **Vendor** | | | | | | |
| **Agriglobe Fiduciary Services, LLC** | | | | | | |
| | Bill | 12/16/2024 | 1261-1000 | 12/16/2024 | 28 | $12,718.42 |
| **Total - Agriglobe Fiduciary Services, LLC** | | | | | | **$12,718.42** |
| **Agriglobe, LLC** | | | | | | |
| | Bill | 12/9/2024 | 4648 | 12/9/2024 | 35 | $130.00 |
| | Bill | 12/9/2024 | 4661 | 12/9/2024 | 35 | $15.57 |
| | Bill | 12/10/2024 | 4681 | 12/10/2024 | 34 | $18,680.90 |
| | Bill | 12/10/2024 | 4642 | 12/10/2024 | 34 | $3,373.71 |
| | Bill | 12/13/2024 | 4687 | 12/13/2024 | 31 | $1,152.66 |
| | Bill | 12/13/2024 | 4695 | 12/13/2024 | 31 | $4,302.22 |
| | Bill | 12/19/2024 | 4716 | 12/19/2024 | 25 | $6,533.23 |
| | Bill | 12/30/2024 | 4757 | 12/30/2024 | 14 | $187.15 |
| | Bill | 12/31/2024 | 4772 | 12/31/2024 | 13 | $21.28 |
| **Total - Agriglobe, LLC** | | | | | | **$34,396.72** |
| **Diversified Land Management, LLC** | | | | | | |
| | Bill | 12/19/2024 | 1005 | 12/19/2024 | 25 | $7,969.79 |
| **Total - Diversified Land Management, LLC** | | | | | | **$7,969.79** |
| **Singerlewak LLP** | | | | | | |
| | Bill | 12/19/2024 | 504968 | 12/19/2024 | 25 | $1,864.50 |
| **Total - Singerlewak LLP** | | | | | | **$1,864.50** |
| **Total - Vendor** | | | | | | **$56,949.43** |
| **Total** | | | | | | **$56,949.43** |

**Exhibit 8**
**164**

**METROPOLITAN LIFE INSURANCE COMPANY V. ACDF LLC ET AL**
**SCHEDULE OF AGRIGLOBE ADVANCES**
**AS OF: DECEMBER 31, 2024**

| ACCOUNT | DATE | BILL NO. | DESCRIPTION | NAME | SPLIT | AMOUNT |
|---|---|---|---|---|---|---|
| **ORDINARY INCOME/EXPENSE** | | | | | | |
| **COST OF SALES** | | | | | | |
| **5100 - COST OF GOODS SOLD** | | | | | | |
| 5165 - IRRIGATION WATER | | | | | | |
| | 11/26/2024 | 4642 | WESTLANDS WATER DISTRICT (APN NO. 038-141-59S )(INVOICES 961480 & 963472) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 3,373.71 |
| | 12/30/2024 | 4757 | PG&E (PG&E)(BILLING PERIOD: 10/28/2024 - 11/25/2024) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 185.80 |
| **TOTAL - 5165 - IRRIGATION WATER** | | | | | | $   3,559.51 |
| 5179 - TECHNICAL CONSULTING | | | | | | |
| | 12/13/2024 | 4687 | TECHNICAL CONSULTING )(ROSPEC INSIGHTS (INVOICE: 1001) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 530.42 |
| **TOTAL - 5179 - TECHNICAL CONSULTING** | | | | | | $   530.42 |
| 5189 - TAX - PROPERTY | | | | | | |
| | 12/10/2024 | 4681 | KERN COUNTY TAX COLLECTOR (PARCEL NO. 220-130-24-00-2 )(1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 2,364.45 |
| | 12/10/2024 | 4681 | KERN COUNTY TAX COLLECTOR (PARCEL NO. 220-130-30-00-9 )(1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 1,417.60 |
| | 12/10/2024 | 4681 | KERN COUNTY TAX COLLECTOR (PARCEL NO. 220-130-17-00-2 )(1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 187.57 |
| | 12/10/2024 | 4681 | KERN COUNTY TAX COLLECTOR (PARCEL NO. 220-130-35-00-4 )(1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 1,086.10 |
| | 12/10/2024 | 4681 | KERN COUNTY TAX COLLECTOR (PARCEL NO. 220-130-05-00-7 )(1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 584.79 |
| | 12/10/2024 | 4681 | FRESNO COUNTY TAX COLLECTOR  (PARCEL NO. 038-141-69S )(1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 2,381.50 |
| **TOTAL - 5189 - TAX - PROPERTY** | | | | | | $   8,422.01 |
| **TOTAL - 5100 - COST OF GOODS SOLD** | | | | | | $  12,511.94 |
| **TOTAL - COST OF SALES** | | | | | | $  12,511.94 |
| **GROSS PROFIT** | | | | | | $ (12,511.94) |
| **EXPENSE** | | | | | | |
| **5800 - FALLOW EXPENSES** | | | | | | |
| 5879 - TECHNICAL CONSULTING | | | | | | |
| | 12/13/2024 | 4687 | ROSPEC INSIGHTS (INVOICE: 1001) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 622.24 |
| **TOTAL - 5879 - TECHNICAL CONSULTING** | | | | | | $   622.24 |
| 5889 - TAX - PROPERTY | | | | | | |
| | 12/10/2024 | 4681 | KERN COUNTY TAX COLLECTOR (PARCEL NO. 220-130-05-00-7 )(1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 686.03 |
| | 12/10/2024 | 4681 | FRESNO COUNTY TAX COLLECTOR  (PARCEL NO. 038-141-69S )(1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 2,793.75 |
| | 12/10/2024 | 4681 | KERN COUNTY TAX COLLECTOR (PARCEL NO. 220-130-30-00-9 )(1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 1,662.96 |
| | 12/10/2024 | 4681 | KERN COUNTY TAX COLLECTOR (PARCEL NO. 220-130-35-00-4 )(1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 2,773.16 |
| | 12/10/2024 | 4681 | KERN COUNTY TAX COLLECTOR (PARCEL NO. 220-130-17-00-2 )(1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 689.29 |
| | 12/10/2024 | 4681 | KERN COUNTY TAX COLLECTOR (PARCEL NO. 220-130-35-00-4 )(1ST INSTALLMENT) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 1,274.10 |
| **TOTAL - 5889 - TAX - PROPERTY** | | | | | | $   9,879.91 |
| **TOTAL - 5800 - FALLOW EXPENSES** | | | | | | $  10,502.15 |
| **5900 - OPERATING EXPENSES** | | | | | | |
| 5993 - PROFESSIONAL FEES - LEGAL | | | | | | |
| | 12/13/2024 | 4695 | SAUL EWING (INVOICE: 4390136) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 4,302.22 |
| | 12/19/2024 | 4716 | SAUL EWING (INVOICE: 4392453 &4392455) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 6,533.23 |
| **TOTAL - 5993 - PROFESSIONAL FEES - LEGAL** | | | | | | $  10,835.45 |
| 5996 - INSURANCE - FIRE & LIABILITY | | | | | | |
| | 11/26/2024 | 4648 | INTERNATIONAL SURETIES, LTD (CASE NO. 1261 | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 100.00 |
| **TOTAL - 5996 - INSURANCE - FIRE & LIABILITY** | | | | | | $   100.00 |
| 5998 - BANK FEES | | | | | | |
| | 11/26/2024 | 4648 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 30.00 |
| | 12/10/2024 | 4681 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 378.98 |
| | 12/30/2024 | 4757 | BANK FEE | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 1.35 |
| **TOTAL - 5998 - BANK FEES** | | | | | | $   410.33 |
| 5999 - MISCELLANEOUS | | | | | | |
| | 11/26/2024 | 4661 | FEDEX EXPRESS SERVICE (INVOICE 8-683-75660) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 15.57 |
| | 12/31/2024 | 4772 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-697-47624) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 5.85 |
| | 12/31/2024 | 4772 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-705-51197) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 4.11 |
| | 12/31/2024 | 4772 | FEDEX EXPRESS SERVICES (INVOICE NO. 8-710-46789) | AGRIGLOBE, LLC | ADVANCES FROM AGRIGLOBE | 11.32 |
| **TOTAL - 5999 - MISCELLANEOUS** | | | | | | $   36.85 |
| **TOTAL - 5900 - OPERATING EXPENSES** | | | | | | $  11,382.63 |
| **TOTAL - EXPENSE** | | | | | | $  21,884.78 |
| **NET ORDINARY INCOME** | | | | | | $ (34,396.72) |
| **NET INCOME** | | | | | | $ (34,396.72) |

**Exhibit 8**
**165**

**ACDF LLC Et Al Receivership Estate Case No 1261**
**Reconciliation Summary**
**1000-908 East West Bank - Operating**

**As of 11/30/2024**

| ID | Balance |
|---|---|
| Reconciled | |
| No Previous Reconciled Balance | 0.00 |
| Current Reconciled Balance | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | 0.00 |
| Difference | 0.00 |
| Unreconciled | 0.00 |
| **Total as of 11/30/2024** | **0.00** |

**Exhibit 8**
**166**

**ACDF LLC Et Al Receivership Estate Case No 1261**
**Reconciliation Detail**
**1000-908 East West Bank - Operating**

**As of 11/30/2024**

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | 0.00 |
| **No Previous Reconciled Balance** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 0.00 |
| **Reconcile Statement Balance - 11/30/2024** | | | | | | 0.00 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 11/30/2024** | | | | | | **0.00** |

**Exhibit 8**
**167**

East West Bank

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: November 18, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 13

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
ACDF,LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1261
(OPERATING)
PO BOX 5379
FRESNO CA 93755-5379

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | ( 0) | .00 |
| Average balance | $0.00 | Total subtractions | ( 0) | .00 |
| | | Ending balance | | $.00 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 8**
**168**

3409    rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………….............    $_____

**Add** Deposits not shown
on this Statement                            $_____
                                            _____
            Sub Total……….  $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks………………………….    $_____

**Balance**……….............................**     $_____

**ENTER**
Present Balance in
your checkbook…………………    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____

        Sub Total …………  $_____

**Add** Monthly Interest
Earned …………………………….    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………    $_____
                                         _____
                                         _____
                                         _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….    $_____
                                         _____
                                         _____
                                         _____

**Balance**……………………………    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 8**
**169**

**ACDF LLC Et Al Receivership Estate Case No 1261**
**Reconciliation Summary**
**1001-908 East West Bank - Rev/Fund**

## As of 11/30/2024

| ID | Balance |
|---|---|
| Reconciled | 0.00 |
| No Previous Reconciled Balance | 0.00 |
| Current Reconciled Balance | 0.00 |
| Reconcile Statement Balance - 11/30/2024 | 0.00 |
| Difference | 0.00 |
| Unreconciled | 0.00 |
| Total as of 11/30/2024 | **0.00** |

**Exhibit 8**
**170**

**ACDF LLC Et Al Receivership Estate Case No 1261**
**Reconciliation Detail**
**1001-908 East West Bank - Rev/Fund**

**As of 11/30/2024**

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | 0.00 |
| **No Previous Reconciled Balance** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 0.00 |
| **Reconcile Statement Balance - 11/30/2024** | | | | | | 0.00 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 11/30/2024** | | | | | | **0.00** |

**Exhibit 8**
**171**

**E**AST**W**EST**B**ANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: November 18, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 13

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
ACDF,LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1261
(CHECKING)
PO BOX 5379
FRESNO CA 93755-5379

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | ( 0) | .00 |
| Average balance | $0.00 | Total subtractions | ( 0) | .00 |
| | | Ending balance | | $.00 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 8**
**172**

3409    rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement………………........... $ _____

**Add** Deposits not shown
on this Statement                    $ _____
                                       _____
                Sub Total……….  $ _____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Total** amount of outstanding
checks……………………………  $ _____

**Balance**…………….........................**  $ _____

**ENTER**
Present Balance in
your checkbook…………………  $ _____

**Subtract** any service
charges, finance or
any other charges…………………  $ _____

           Sub Total ………….  $ _____

**Add** Monthly Interest
Earned …………………………….  $ _____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………  $ _____
                                       _____
                                       _____
                                       _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………  $ _____
                                       _____
                                       _____
                                       _____

**Balance**……………………………  $ _____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 8**

**ACDF LLC Et Al Receivership Estate Case No 1261**
**Reconciliation Summary**
**1000-908 East West Bank - Operating**

**As of 12/31/2024**

| ID | Balance |
|---|---:|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 25.00 |
| Cleared Checks and Payments | (25.00) |
| **Total - Reconciled** | **0.00** |
| **Last Reconciled Statement Balance – 11/30/2024** | **0.00** |
| **Current Reconciled Balance** | **0.00** |
| **Reconcile Statement Balance – 12/31/2024** | **0.00** |
| **Difference** | **0.00** |
| **Unreconciled** | **0.00** |
| **Total as of 12/31/2024** | **0.00** |

**Exhibit 8**
**174**

**ACDF LLC Et Al Receivership Estate Case No 1261**
**Reconciliation Detail**
**1000-908 East West Bank - Operating**

**As of 12/31/2024**

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|----|-----------------|------|-----------------|------|------|---------|
| **Reconciled** | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| | Deposit | 12/26/2024 | DEPACDF126104 | | Refund Analysis Activity | 25.00 |
| **Total - Cleared Deposits and Other Credits** | | | | | | **25.00** |
| **Cleared Checks and Payments** | | | | | | |
| | Check | 12/24/2024 | Direct Withdrawal | East West Bank | Analysis Service | (25.00) |
| **Total - Cleared Checks and Payments** | | | | | | **(25.00)** |
| **Total - Reconciled** | | | | | | **0.00** |
| **Last Reconciled Statement Balance – 11/30/2024** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 0.00 |
| **Reconcile Statement Balance - 12/31/2024** | | | | | | 0.00 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 12/31/2024** | | | | | | **0.00** |

**Exhibit 8**
**175**

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**

Page 1 of 1
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

( 0)

PHILLIP CHRISTENSEN, RECEIVER FOR
ACDF,LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1261
(OPERATING)
PO BOX 5379
FRESNO CA 93755-5379

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

## Commercial Analysis Checking

| Account number | | Beginning balance | | $0.00 |
|---|---|---|---|---|
| Low balance | $-25.00 | Total additions | ( 1) | 25.00 |
| Average balance | $-1.61 | Total subtractions | ( 1) | 25.00 |
| | | Ending balance | | $.00 |

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-26 | Credit Memo | REFUND ANALYSIS ACTIVITY | 25.00 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-24 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/24 | 25.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 0.00 | 12-24 | -25.00 | 12-26 | 0.00 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 8**
**176**

3409   rev 05-16

## STATEMENT BALANCING

### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement……………….............    $_____

**Add** Deposits not shown
on this Statement                          $_____
                                          _____
                          Sub Total……….  $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks……………………………    $_____

**Balance**……..............................**    $_____

**ENTER**
Present Balance in
your checkbook…………………    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____

                          Sub Total …………    $_____

**Add** Monthly Interest
Earned ………………………………    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………    $_____
                                      _____
                                      _____
                                      _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………    $_____
                                      _____
                                      _____
                                      _____

**Balance**………………………………    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 8**
**177**

**ACDF LLC Et Al Receivership Estate Case No 1261**
**Reconciliation Summary**
**1001-908 East West Bank - Rev/Fund**

**As of 12/31/2024**

| ID | Balance |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 67,218.42 |
| Cleared Checks and Payments | (25.00) |
| **Total - Reconciled** | **67,193.42** |
| **Last Reconciled Statement Balance - 11/30/2024** | **0.00** |
| **Current Reconciled Balance** | 67,193.42 |
| **Reconcile Statement Balance - 12/31/2024** | 67,193.42 |
| **Difference** | 0.00 |
| **Unreconciled** | 0.00 |
| **Total as of 12/31/2024** | **67,193.42** |

**Exhibit 8**
**178**

**ACDF LLC Et Al Receivership Estate Case No 1261**
**Reconciliation Detail**
**1001-908 East West Bank - Rev/Fund**

## As of 12/31/2024

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| | Deposit | 12/12/2024 | DEPACDF126101 | | 2024 Pistachio Payment | 67,218.42 |
| **Total - Cleared Deposits and Other Credits** | | | | | | **67,218.42** |
| **Cleared Checks and Payments** | | | | | | |
| | Check | 12/24/2024 | | | | (25.00) |
| **Total - Cleared Checks and Payments** | | | | | | **(25.00)** |
| **Total - Reconciled** | | | | | | **67,193.42** |
| **Last Reconciled Statement Balance - 11/30/2024** | | | | | | 0.00 |
| **Current Reconciled Balance** | | | | | | 67,193.42 |
| **Reconcile Statement Balance - 12/31/2024** | | | | | | 67,193.42 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 12/31/2024** | | | | | | **67,193.42** |

**Exhibit 8**
**179**

**EAST WEST BANK**

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

( 0 )

PHILLIP CHRISTENSEN, RECEIVER FOR
ACDF,LLC ET AL RECEIVERSHIP ESTATE
CASE NO 1261
(REV/FUND 1261)
PO BOX 5379
FRESNO CA 93755-5379

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 1 ) | 67,218.42 |
| Average balance | $43,360.27 | Total subtractions ( 1 ) | 25.00 |
| | | Ending balance | $67,193.42 |

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-12 | Wire Trans-IN | 90c6b68a-32c6-47a3 -8214-d5948baa8c43 | |
| | | | MARICOPA ORCHARDS 122243402 SETTON | |
| | | | PROCEEDS | 67,218.42 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-24 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/24 | 25.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 0.00 | 12-12 | 67,218.42 | 12-24 | 67,193.42 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Exhibit 8**
**180**

3409      rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

ENTER
Ending Balance of
this Statement……………........... $_____

**Add** Deposits not shown
on this Statement                        $_____
                                         _____
                Sub Total………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks………………………… $_____

**Balance**…………........................** $_____

ENTER
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges…………………… $_____

                Sub Total ………… $_____

**Add** Monthly Interest
Earned …………………………… $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
                                         _____
                                         _____
                                         _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………… $_____
                                         _____
                                         _____
                                         _____

**Balance**……………………………… $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**Exhibit 8**
**181**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the document entitled:  **Receiver's Omnibus Monthly Report (11/7/24 to 12/31/24)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.       TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **January 31, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.       SERVED BY UNITED STATES MAIL:**

On **January 31, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

Honorable Kirk E. Sherriff
United States District Court, Eastern District of California
Robert E. Coyle Federal Courthouse
2500 Tulare Street, First Floor Clerk's Office
Fresno, CA 93721

☒ Service information continued on attached page

**3.       SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 31, 2025,**  I served the following persons and/or entities by personal delivery, overnight  mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 31, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Mark Anishchenko**
  markanishchenko@dwt.com,rosalindcook@dwt.com
- **Robert Cullen Barton**
  rbarton@mwe.com,acorona@mwe.com,abeasley@mwe.com,mnadel@mwe.com
- **Michael Barrett Brown**
  michael.brown@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com
- **Dumar LLC**
  reisslaw@reisslaw.net
- **John D. Freed**
  jakefreed@dwt.com,kimberlysimmonsgreene@dwt.com
- **Michael S. Nadel , PHV**
  mnadel@mwe.com
- **Saul Reiss**
  reisslaw@reisslaw.net,fay.pugh@outlook.com
- **Zev M. Shechtman**
  Zev.Shechtman@saul.com,Zev.Shechtman@ecf.courtdrive.com,Shelly.Guise@saul.com,hannah.richmond@saul.com,LitigationDocketing@saul.com
- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com,borozco@wtjlaw.com
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com,sgomez@wtjlaw.com,abroome@wtjlaw.com
- **Thomas Andrew Woods**
  thomas.woods@stoel.com,docketclerk@stoel.com,dalila.tobin@stoel.com,1261239420@filings.docketbird.com,rebecca.lerma@stoel.com

2. **SERVED BY UNITED STATES MAIL (continued)**:

John A. Bezmalinovic, General Counsel
Katrina Ingrao
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Fay Pugh
Law Offices of Saul Reiss, P.C.
11835 W. Olympic Blvd., Suite 415E
Los Angeles, Ca 90064

Ashlan & Hayes Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Grantor Fresno Clovis Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Dirk B. Paloutzian
Natalya M. Ferdinandi
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (continued)** :

**VIA EMAIL:**

- JBezmalinovic@assemigroup.com
- kingrao@assemigroup.com
- reisslaw@reisslaw.net
- fay.pugh@outlook.com
- dpaloutzian@bakermanock.com
- nferdinandi@bakermanock.com
- AThomson@bakermanock.com
- ben.codog@stoel.com
- michelle.rosales@stoel.com

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

2