1  ZEV SHECHTMAN (BAR NO. 266280)
   Zev.Shechtman@saul.com
2  CAROL CHOW (BAR NO. 169299)
   carol.chow@saul.com
3  RYAN COY (BAR NO. 324939)
   ryan.coy@saul.com
4  SAUL EWING LLP
   1888 Century Park East, Suite 1500
5  Los Angeles, California 90067
   Telephone:  (310) 255-6100
6  Facsimile:  (310) 255-6200

7  Attorneys for Phillip Christensen, as Receiver

8              **UNITED STATES DISTRICT COURT**

9      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11  METROPOLITAN LIFE INSURANCE
    COMPANY, a New York corporation,

12               Plaintiff,

13        vs.

14

15  ACDF, LLC, a California limited liability
    company, et al.,

16               Defendants.

17

18  ☒  Affects All Cases
    ☐  Affects Metropolitan Life Ins. Co. v.
19     ACDF, LLC, et al., 1:24-cv-01261
    ☐  Affects Metropolitan Life Ins. Co. v.
20     FNF Farms, LLC, et al., 1:24-cv-01226
    ☐  Affects Metropolitan Life Ins. Co. v. C
21     & A Farms, LLC, et al., 1:24-cv-01230
    ☐  Affects Metropolitan Life Ins. Co. v.
22     Maricopa Orchards, LLC, et al., 1:24-
23     cv-01231
    ☐  Affects Brighthouse Life Ins. Co. v.
24     Kamm South, LLC, et al., 1:24-cv-
       01232
25  ☐  Affects Brighthouse Life Ins. Co. v.
26     Manning Avenue Pistachios, LLC, et
       al., 1:24-cv-01233 Case No. 1:24-cv-
27     01233

28

Lead Case No. 1:24-cv-01261-KES-SAB

Consolidated with Case Nos:
1:24-cv-01226; 1:24-cv-01230; 1:24-cv-
01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-
cv-01235; and 1:24-cv-01241

**STIPULATION AND [PROPOSED]
ORDER BETWEEN RECEIVER AND
MARICOPA DEFENDANTS TO EXTEND
TIME FOR FILING OF REPLIES IN
SUPPORT OF MOTION FOR
APPROVAL OF SALE PROCEDURES**

Hearing:
Judge:    Hon. Kirk E. Sherriff
Date:     March 10, 2025
Time:     1:30 p.m.
Crtrm.:   Robert E. Coyle U.S. Courthouse
          2500 Tulare Street
          Courtroom 6, 7th Floor
          Fresno, CA 93721

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

55195042.2 392865-00009

☐ Affects Brighthouse Life Ins. Co. v.
ACDF, LLC, et al., 1:24-cv-01235
☐ Affects MetLife Real Estate Lending,
LLC v. Panoche Pistachios, LLC, et
al., 1:24-cv-01241

Phillip Christensen, as Receiver (the "Receiver"), on the one hand, and the Maricopa

Defendants (defined below), on the other hand, hereby stipulate as follows:

### Background

1.      On February 19, 2025, the Receiver filed the *Receiver's Motion for Approval of*

*Sale Procedures* (ECF No. 101) (the "Motion").

2.      The Court set the Motion for hearing on March 3, 2025, with oppositions due by

February 26, 2025, and replies due by March 1, 2025.

3.      The *Statement of Position in Response to Ex Parte Application for Approval of*

*Sales Procedures* (ECF No. 106) (the "Statement") was filed by the Maricopa Defendants (who

are named and defined in the Statement).

4.      On February 27, 2025, the Court *sua sponte* continued the hearing on the Motion to

March 10, 2025.

5.      The Receiver and the Maricopa Defendants have ongoing discussions relating to

the Receiver's Motion and the Maricopa Defendants' Statement.

6.      In light of these facts, the Receiver and Maricopa Defendants agree that the

deadline for parties to file replies to the Statement should be extended from March 1, 2025 to

March 6, 2025 at 4:00 p.m.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1 | **Stipulation**

2 |     1.    Subject to the Court's approval, the Receiver and Maricopa Defendants, through

3 their undersigned counsel, agree that the deadline for the Receiver and other parties to file replies

4 to the Statement is extended, from March 1, 2025, to March 6, 2025 at 4:00 p.m.

5

6 DATED: March 3, 2025          SAUL EWING LLP

7

8                                     By: _____

9                                         ZEV SHECHTMAN

10                                         Attorneys for Phillip Christensen, as Receiver

11

12 DATED: March _3_, 2025       KELLER BENVENUTTI KIM LLP

13

14                                       By: _____

15                                         JANE KIM

16                                         Attorneys for Maricopa Defendants

17

18 **IT IS SO ORDERED.**              _____

     Dated March __, 2025               **UNITED STATES DISTRICT JUDGE**

19

20

21

22

23

24

25

26

27

28

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this case.  My business address is: **Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the document entitled:  **Stipulation and [Proposed] Order Between Receiver and Maricopa Defendants to Extend Time for Filing of Replies in Support of Motion for Approval of Sale Procedures** will be served or was served on the judge in chambers in the manner stated below:

**1.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document.  On **March 3, 2025,** I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.      SERVED BY UNITED STATES MAIL:**

On **March 3, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed

☒ Service information continued on attached page

**3.      SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 on **March 3, 2025,** I served the following persons and/or entities by personal delivery, overnight  mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 3, 2025 | Hannah Richmond | /s/ *Hannah Richmond* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Mark Anishchenko**
  markanishchenko@dwt.com,rosalindcook@dwt.com
- **Robert Cullen Barton**
  rbarton@mwe.com,acorona@mwe.com,mnadel@mwe.com
- **Michael Barrett Brown**
  michael.brown@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com
- **Dumar LLC**
  reisslaw@reisslaw.net
- **John D. Freed**
  jakefreed@dwt.com,kimberlysimmonsgreene@dwt.com
- **Jane Kim**
  jkim@kbkllp.com
- **Michael S. Nadel , PHV**
  mnadel@mwe.com
- **Saul Reiss**
  reisslaw@reisslaw.net,fay.pugh@outlook.com
- **Zev M. Shechtman**
  Zev.Shechtman@saul.com,Zev.Shechtman@ecf.courtdrive.com,Shelly.Guise@saul.com,hannah.richmond@saul.com,LitigationDocketing@saul.com
- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com,borozco@wtjlaw.com
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com,sgomez@wtjlaw.com,abroome@wtjlaw.com
- **Thomas Andrew Woods**
  thomas.woods@stoel.com,docketclerk@stoel.com,dalila.tobin@stoel.com,1261239420@filings.docketbird.com,rebecca.lerma@stoel.com

2. **SERVED BY UNITED STATES MAIL (continued)**:

| | |
|---|---|
| John A. Bezmalinovic, General Counsel | Fay Pugh |
| Katrina Ingrao | Law Offices of Saul Reiss, P.C. |
| The Assemi Group | 11835 W. Olympic Blvd., Suite 415E |
| 5260 N. Palm Ave., Suite 421 | Los Angeles, Ca 90064 |
| Fresno, CA 93704 | |
| | |
| Ashlan & Hayes Investments, LLC | Grantor Fresno Clovis Investments, LLC |
| c/o Agent for Service of Process | c/o Agent for Service of Process |
| John A. Bezmalinovic, General Counsel | John A. Bezmalinovic, General Counsel |
| The Assemi Group | The Assemi Group |
| 5260 N. Palm Ave., Suite 421 | 5260 N. Palm Ave., Suite 421 |
| Fresno, CA 93704 | Fresno, CA 93704 |
| | |
| Dirk B. Paloutzian | |
| Natalya M. Ferdinandi | |
| Baker Manock & Jensen, PC | |
| 5260 North Palm Avenue, Suite 201 | |
| Fresno, California 93704 | |

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (continued) :**

**VIA EMAIL:**

- JBezmalinovic@assemigroup.com
- kingrao@assemigroup.com
- reisslaw@reisslaw.net
- fay.pugh@outlook.com
- dpaloutzian@bakermanock.com
- nferdinandi@bakermanock.com
- lalves@bakermanock.com
- joevanleuven@DWT.COM

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

2