# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ACDF, LLC, a California limited liability company, *et al.*,<br><br>　　　　　Defendants. | Lead Case No. 1:24-cv-01261-KES-SAB<br><br>Consolidated with Case Nos: 1:24-cv-01226; 1:24-cv-01230; 1:24-cv-01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-cv-01235; and 1:24-cv-01241<br><br>**STIPULATION AND ORDER BETWEEN RECEIVER AND MARICOPA DEFENDANTS TO EXTEND TIME FOR FILING OF REPLIES IN SUPPORT OF MOTION FOR APPROVAL OF SALE PROCEDURES** |
| ☒　Affects All Cases<br>☐　Affects Metropolitan Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01261<br>☐　Affects Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al., 1:24-cv-01226<br>☐　Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230<br>☐　Affects Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al., 1:24-cv-01231<br>☐　Affects Brighthouse Life Ins. Co. v. Kamm South, LLC, et al., 1:24-cv-01232<br>☐　Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233 Case No. 1:24-cv-01233<br>☐　Affects Brighthouse Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01235<br>☐　Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241 | |

Phillip Christensen, the Court-appointed Receiver in the above captioned case (the "Receiver"), and the Maricopa Defendants (as defined in the Statement of Position in Response to Ex Parte Application for Approval of Sale Procedures, Doc. 106 (the "Statement")) hereby stipulate as follows:

**Background**

1. On February 19, 2025, the Receiver filed the Receiver's Motion for Approval of Sale Procedures, Doc. 101 (the "Motion").

2. The Court set the Motion for hearing on March 3, 2025, with oppositions due by February 26, 2025, and replies due by March 1, 2025.

3. The Statement was filed by the Maricopa Defendants on February 26, 2025.

4. On February 27, 2025, the Court sua sponte continued the hearing on the Motion to March 10, 2025.

5. The Receiver and the Maricopa Defendants have ongoing discussions relating to the Receiver's Motion and the Maricopa Defendants' Statement.

6. In light of these facts, the Receiver and Maricopa Defendants agree that the deadline for parties to file replies to the Statement should be extended from March 1, 2025 to March 6, 2025 at 4:00 p.m.

**Stipulation**

1. Subject to the Court's approval, the Receiver and Maricopa Defendants, through their undersigned counsel, agree that the deadline for the Receiver and other parties to file replies to the Statement is extended, from March 1, 2025, to March 6, 2025 at 4:00 p.m.

DATED: March 3, 2025          SAUL EWING LLP

By: _____
ZEV SHECHTMAN
Attorneys for Phillip Christensen, as Receiver

DATED: March 3, 2025          KELLER BENVENUTTI KIM LLP

By: _____
JANE KIM
Attorneys for Maricopa Defendants

**ORDER**

Pursuant to the stipulation of the Receiver and Maricopa Defendants, IT IS HEREBY ORDERED that deadline for the Receiver and other parties to file replies to the Statement is extended, from March 1, 2025, to March 6, 2025 at 4:00 p.m.

IT IS SO ORDERED.

Dated: March 5, 2025

UNITED STATES DISTRICT JUDGE