ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
RYAN COY (BAR NO. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Phillip Christensen, as Receiver

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACDF, LLC, a California limited liability company, et al.,<br><br>Defendants. | Lead Case No. 1:24-cv-01261-KES-SAB<br><br>Consolidated with Case Nos: 1:24-cv-01226; 1:24-cv-01230; 1:24-cv-01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-cv-01235; and 1:24-cv-01241<br><br>**SUPPLEMENT TO RECEIVER'S MOTION FOR APPROVAL OF SALE PROCEDURES RE: MINUTE ORDER DATED MARCH 6, 2025 [ECF NO. 112]** |
| ☒ Affects All Cases<br>☐ Affects Metropolitan Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01261<br>☐ Affects Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al., 1:24-cv-01226<br>☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230<br>☐ Affects Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al., 1:24-cv-01231<br>☐ Affects Brighthouse Life Ins. Co. v. Kamm South, LLC, et al., 1:24-cv-01232<br>☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233 Case No. 1:24-cv-01233 | Hearing:<br>Date:  March 17, 2025<br>Time:  1:30 p.m.<br>Place:  Robert E. Coyle U.S. Courthouse<br>2500 Tulare Street<br>Courtroom 6, 7th Floor<br>Fresno, CA 93721 |

☐ Affects Brighthouse Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01235
☐ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

Phillip Christensen, as Receiver (the "Receiver"), hereby submits this supplemental reply in support of his *Motion for Approval of Sale Procedures* (ECF No. 101) (the "Motion"),[1] only with respect to the Court's Minute Order dated March 6, 2025 (the "Minute Order"), as follows:

1. The Motion before the Court is for approval of the Sale Procedures. Additional notice to interested parties with respect to each sale of each of the Subject Properties is contemplated by the Sale Procedures in Motion.

2. As set forth in the Motion, the Receiver does not request authority to sell free and clear of any liens or interests other than the consensual liens. See Motion and page 10, lines 1-6.

3. In response to the Minute Order, the Receiver is contemporaneously herewith filing and serving supplemental notice of the hearing on the Motion to all parties listed on title reports with respect to the Subject Properties, to the extent mailing addresses are available.

4. The supplemental declaration of Zev Shechtman also filed contemporaneously herewith describes the process for preparing that supplemental service list.

The Receiver respectfully requests: (A) that the Court approve the form of supplemental notice filed contemporaneously herewith; (B) grant the Motion in its entirety; and (C) enter such other and further relief the Court deems just and proper in the circumstances.

DATED: March 10, 2025              SAUL EWING LLP

                                   By: _____
                                   ZEV SHECHTMAN
                                   Attorneys for Phillip Christensen, as Receiver

---

[1] Unless stated otherwise, defined terms are the same as in the Motion.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case.  My business address is: **Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the document entitled: **Supplement to Receiver's Motion for Approval of Sale Procedures re: Minute Order Dated March 6, 2025 [ECF NO. 112]** will be served or was served on the judge in chambers in the manner stated below:

**1.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document.  On **March 10, 2025,** I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.     SERVED BY UNITED STATES MAIL:**

On **March 10, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

☒ Service information continued on attached page

**3.     SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 on **March 10, 2025,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 10, 2025 | Hannah Richmond | /s/ *Hannah Richmond* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - **Mark Anishchenko**
     markanishchenko@dwt.com,rosalindcook@dwt.com
   - **Robert Cullen Barton**
     rbarton@mwe.com,acorona@mwe.com,mnadel@mwe.com
   - **Michael Barrett Brown**
     michael.brown@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com
   - **Dumar LLC**
     reisslaw@reisslaw.net
   - **John D. Freed**
     jakefreed@dwt.com,kimberlysimmonsgreene@dwt.com
   - **Jane Kim**
     jkim@kbkllp.com
   - **Michael S. Nadel , PHV**
     mnadel@mwe.com
   - **Saul Reiss**
     reisslaw@reisslaw.net,fay.pugh@outlook.com
   - **Zev M. Shechtman**
     Zev.Shechtman@saul.com,Zev.Shechtman@ecf.courtdrive.com,Shelly.Guise@saul.com,hannah.richmond@saul.com,LitigationDocketing@saul.com
   - **Brodie Austin Surfus**
     bsurfus@wtjlaw.com,borozco@wtjlaw.com
   - **Marshall Craig Whitney**
     mwhitney@wtjlaw.com,sgomez@wtjlaw.com,abroome@wtjlaw.com
   - **Thomas Andrew Woods**
     thomas.woods@stoel.com,docketclerk@stoel.com,dalila.tobin@stoel.com,1261239420@filings.docketbird.com,rebecca.lerma@stoel.com

2. **SERVED BY UNITED STATES MAIL (continued):**

John A. Bezmalinovic, General Counsel
Katrina Ingrao
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Fay Pugh
Law Offices of Saul Reiss, P.C.
11835 W. Olympic Blvd., Suite 415E
Los Angeles, Ca 90064

Ashlan & Hayes Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Grantor Fresno Clovis Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Dirk B. Paloutzian
Natalya M. Ferdinandi
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (continued) :**

**VIA EMAIL:**

- JBezmalinovic@assemigroup.com
- kingrao@assemigroup.com
- reisslaw@reisslaw.net
- fay.pugh@outlook.com
- dpaloutzian@bakermanock.com
- nferdinandi@bakermanock.com
- lalves@bakermanock.com
- joevanleuven@DWT.COM

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

2