1 ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
2 CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
3 RYAN COY (BAR NO. 324939)
ryan.coy@saul.com
4 SAUL EWING LLP
1888 Century Park East, Suite 1500
5 Los Angeles, California 90067
Telephone: (310) 255-6100
6 Facsimile: (310) 255-6200

7 Attorneys for Phillip Christensen, as Receiver

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACDF, LLC, a California limited liability company, et al.,<br><br>Defendants. | Lead Case No. 1:24-cv-01261-KES-SAB<br><br>Consolidated with Case Nos: 1:24-cv-01226; 1:24-cv-01230; 1:24-cv-01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-cv-01235; and 1:24-cv-01241<br><br>**SUPPLEMENTAL DECLARATION OF ROBB M. STEWART IN SUPPORT OF APPROVAL OF SALE** |
| ☐ Affects All Cases<br>☐ Affects Metropolitan Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01261<br>☐ Affects Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al., 1:24-cv-01226<br>☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230<br>☒ Affects Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al., 1:24-cv-01231<br>☐ Affects Brighthouse Life Ins. Co. v. Kamm South, LLC, et al., 1:24-cv-01232<br>☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233 Case No. 1:24-cv-01233 | Hearing:<br>Date: September 22, 2025<br>Time: 2:30 p.m.<br>Place: Robert E. Coyle U.S. Courthouse<br>2500 Tulare Street<br>Courtroom 6, 7th Floor<br>Fresno, CA 93721 |

☐ Affects Brighthouse Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01235
☐ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

I, Robb M. Stewart, declare as follows:

1. I am the principal and Senior Vice President at Pearson Realty, the broker of record for the Receiver, Phillip Christensen, in the above-entitled action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. As discussed in Court at the sale hearing on September 22, 2025, I submit this supplemental declaration in support of the Receiver's *Amended Notice of Sale Hearing and Auction* (ECF No. 159) (the "Sale Notice"), filed on August 18, 2025, pursuant to the approved sale procedures pursuant to the Sale Procedures Order (ECF No. 147) authorizing the Sale Notice.[1]

3. Pearson Realty's activities to market the Subject Property included:

   a. Install 3' x 4' Pearson Realty "For Sale" signs on the property.

   b. Telephone and personal contact of potential buyers by Pearson Realty's 21-man Ag department.

   c. Property information submitted to commercial, investment and ag real estate brokers throughout the San Joaquin Valley.

   d. Prepare color brochures and distribute to identified prospects.

   e. Advertise on: Pearson Realty Website (pearsonrealty.com), Loopnet (largest commercial/investment website available for potential buyers), Farm and Land, Lands of America, Crexi, Social Media (Facebook, Instagram, LinkedIn).

   f. Distribute the property brochure throughout our company's farm and

---

[1] Unless otherwise indicated, defined terms are the same as in the Sale Notice.

56337017.1 392865-00004      2
SUPPLEMENTAL DECLARATION OF ROBB M. STEWART

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1 commercial departments, which is comprised of 46 agents and brokers in 3 offices located in
2 Fresno, Visalia, and Bakersfield.

       g.      Publish the property in the Business Journal statewide exposure

       h.      Weekly email blasts sent to local, institutional, and foreign investors, growers & farm managers

       i.      Direct mail color postcards to targeted buyers located throughout California.

4. Pearson Realty published notice of the sale on the following dates: August 15, 2025 August 22, 2025, August 29, 2025, September 5, 2025, September 12, 2025, and September 19, 2025. Attached are copies of the published notices. Accordingly, I believe that the sale complies with the requirement to publish the sale for four consecutive weeks before the sale.

5. After these efforts, the Buyer was the only qualified bidder and we did not have an auction. Therefore the auction originally scheduled for September 11, 2025 was cancelled.

6. I hereby confirm, based on my business judgment and professional experience, that a commercially reasonable sale and marketing process was conducted and that the sale proposed by the Sale Notice represents the current fair market value of the Subject Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of September, 2025, at Fresno, California.

                                                    /s/ Robb M. Stewart
                                                  Robb M. Stewart

ATTACHMENT

## Edward Jones
> edwardjones.com | Member SIPC

### Compare our CD rates
Bank-issued, FDIC-insured

| Term | APY* |
|---|---|
| 3-Month | 4.30% |
| 6-Month | 4.15% |
| 1-Year | 4.00% |

Call or visit your local financial advisor today.



**David J Soltes, CRPS™**
Financial Advisor

2151 Herndon Ave Suite 101
Clovis, CA 93611
559-492-1345

*Annual Percentage Yield (APY) effective 08/12/25. CDs offered by Edward Jones are bank-issued and FDIC-insured up to $250,000 (principal and interest accrued but not yet paid) per depositor, per insured depository institution, for each account ownership category. Please visit www.fdic.gov or contact your financial advisor for additional information. Subject to availability and price change. CD values are subject to interest rate risk such that when interest rates rise, the prices of CDs can decrease. If CDs are sold prior to maturity, the investor can lose principal value. FDIC insurance does not cover losses in market value. Early withdrawal may not be permitted. Yields quoted are net of all commissions. CDs require the distribution of interest and do not allow interest to compound. CDs offered through Edward Jones are issued by banks and thrifts nationwide. All CDs sold by Edward Jones are registered with the Depository Trust Corp. (DTC).



## PEARSON REALTY

### MARICOPA ORCHARD COMPANY PROPERTIES FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Pending |
| | Overbid date: 9/11/25, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711 | | | | |
| Carreon Ranch | 290.66± | $2,906,600 | $10,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Active |
| Wells Ranch | 238.36± | $5,157,200 | $21,636 | STWSD | Active |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Active |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Active |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $4,745,763 | $3,733 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Active |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Active |

**FOR DETAILED INFORMATION, CONTACT:**
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777

**Inc. 5000** | From 3

### Boos & Associates, a Professional Corp., No. 1,808

Fresno's Boos & Associates, a regional certified public accounting and consulting firm, is making its debut to the list in a strong position — No. 1,808. With its 241% growth, the firm founded in 2004 also has offices in Reedley, Madera, Las Vegas and Long Beach. Its clients range from individuals to closely held businesses and high-net worth individuals. Managing Director Wayne Boos oversees one of the Central Valley's largest accounting firms, with two dozen local CPAs and 85 local staff, according to The Business Journal's 2025 Book of Lists featuring 2024 data.

### Solar Negotiators, No. 2,892

Solar Negotiators of Clovis makes its second consecutive appearance on the INC 5000 list, ranking at No. 2,892 with 147% growth under CEO Chris Moran. Founded in 2008, Solar Negotiators has served more than 10,000 customers and is one of the highest-rated solar contractors in California.

### Lee's Air, Plumbing and Heating, No. 3,061

Lee's Air, Plumbing and Heating in Fresno returns for its eighth appearance on the list, ranking at No. 3,061 with 132% revenue growth. Founded in 1981, Lee's Air has offices in Fresno, Sacramento, Las Vegas and Peoria, Arizona. Damon Bromagem was promoted to CEO of the company in December 2024.

### EKC Enterprises, No. 3,554

Fresno's EKC Enterprises ranks at 3,554 on the list with 109% revenue growth. The low-voltage integration company provides solutions in design, installation and integration of technology products for schools, hospitals and industrial space. Founded in 2003, EKC is making its sixth appearance on the list under CEO Chris Shafer.

### Empower Home Services, No. 4,670

Empower Home Services of Clovis, a residential and small-business solar installation company ranked at No. 4,670 with 65% growth. This was the third consecutive year on the list for the company under owner and CEO Landon Wimmer.

The 5,000 companies on this year's list combined for $300 billion in 2024 revenue, added 536,086 jobs in the past three years and posted over $177 billion in growth since 2021.

Topping the list is Akool, with a staggering 37,364% growth rate. The generative AI platform for visual marketing and advertising is based in Palo Alto.

The top industries by revenue are health care & medical (210% median growth rate), government services (181% median growth rate) and construction (163% median growth rate).

The biggest metro areas for revenue growth include Milwaukee-Waukesha, Wisconsin (358% median growth rate), Chattanooga, Tennessee (323% median growth rate) and Charleston-North Charleston, South Carolina (220% median growth rate).

Forty-one of the companies reported revenue of $1 billion and more. There were 110 companies making the list for the 10th time or more. Companies as large as 70,000-plus employees and as small as a single-person operation (19 single operators total) made the list.

The No. 1 company by revenue was No. 4,017 Carahsoft Technology in Reston, Virginia. The government IT solutions provider reported more than $16 billion in revenue in 2023.

"The Inc. 5000 is one of the most important things we publish each year – a real-time bellwether of American business," says Mike Hofman, editor-in-chief of Inc. "At a moment when entrepreneurs are navigating economic uncertainty, labor shifts, and inflation, this list is powerful proof of innovation and resilience."

*Gabriel Dillard | Editor can be reached at: 490-3467 or e-mail gabriel@thebusinessjournal.com*



**6 Beds, Inc. photo** | George Kutnerian is active on the board of 6 beds, Inc., an advocacy group for small residential communities.

After Hours | From 15

Photos by Devon Jacoby / Backstory Creative









After Hours | Page 19



# PEARSON REALTY

## MARICOPA ORCHARD COMPANY PROPERTIES FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Pending |
| | Overbid date: 9/11/25, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711 | | | | |
| Carreon Ranch | 290.66± | $2,906,600 | $10,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Active |
| Wells Ranch | 238.36± | $5,157,200 | $21,636 | STWSD | Active |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Active |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Active |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $4,745,763 | $3,733 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Active |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Active |

**FOR DETAILED INFORMATION, CONTACT:**
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777



### Jon Forrest Dohlin
**CEO/Zoo Director**
Fresno Chaffee Zoo

Jon Forrest Dohlin brings extensive experience in exhibit design, project management, animal husbandry and conservation science to his role as CEO and zoo director of the Fresno Chaffee Zoo.

A California native, Dohlin received his BA in biology from Humboldt State University and his Master of Architecture from Parsons School of Design in New York City. He joined the Wildlife Conservation Society and worked at the Bronx Zoo as an exhibit designer, architectural project manager and supervisor of capital construction before becoming the director of the New York Aquarium in 2008. Over his 12 year tenure at the aquarium, Dohlin oversaw the design, fundraising and construction of an award-winning, $160 million shark exhibit, Ocean Wonders, and led the creation of an effective urban marine conservation program that studied whales and sharks in New York waters. The program also promoted sustainable seafood and restrictions on single use plastic in the city. After the devastation of Hurricane Sandy in 2012, Dohlin directed a $210 million restoration of the New York Aquarium and the surrounding areas of Brooklyn.

Dohlin came to the Fresno Chaffee Zoo in 2021, eager to return to California and to build on the great work that has already been done here to create an outstanding zoo experience. As CEO, he continues the Zoo's mission by focusing on world class animal care, breathtaking exhibits, innovative education programs, community partnerships and successful conservation efforts on both the global and local level.

### Katie Zenovich
**SVP, Development and External Affairs**
**Chief Fund Development Officer**
Community Health System



For over 25 years, Katie Zenovich has been a pillar in health care in the Central Valley.

As the senior vice president of development & external affairs and chief development officer at Community Health System, Zenovich is a highly visible representative for Community (the area's largest nonprofit health care system). She leads the organization's corporate fund development strategy, develops key external alliances and secures principal gifts (i.e. large donor investments) totaling several million dollars annually to advance Community's mission and business objectives. Her facilitation of donor investments enables the Central Valley's largest health care system to provide world-class care.

Zenovich joined Community Medical Centers in May 2006 as executive director of foundation and was named vice president, corporate development in 2014. She was promoted to senior vice president for development and external affairs and chief fund development officer in March 2018. In addition to her corporate role at Community, she has led campaign fundraising in both state and local political races.

Before joining Community, Zenovich was the director of corporate and foundation relations for California State University, Fresno, where she concentrated on fundraising strategies and proposals for local, state and national corporations and foundations. Prior to that, she worked as executive director of corporate strategic initiatives at Saint Agnes Medical Center for nearly 11 years.

In 2017, Zenovich joined the board of the Fresno County Economic Development Corporation. She is a past board member of the Association for Fundraising Professionals Central Valley Chapter and served on the selection committee for the Fresno County Mother of the Year Awards. She sat on the Mayor's Community Advisory Panel, is the past chair of Leadership Fresno, past president of the American Heart Association board, a member of the Association for Healthcare Philanthropy and is an active member in Rotary of Fresno. In 2000, she was named a Top 10 Professional Business Woman in Fresno. In 2007, Zenovich was recognized as Outstanding Alumnus of the Year by Leadership Fresno. And in 2024, she was a finalist for Central California's Remarkable Women Award.

During her time at Community, she made the vision for Terry's House (a hospitality home for families of patients at Community Regional) a reality by leading efforts to raise $5.5 million. She also was key in the fundraising efforts to support the expansion of Clovis Community Medical Center — the largest expansion in its history, nearly tripling the size of the hospital. In April 2015, she brought in the largest gifts in Community Medical Centers' history at just over $10 million for cancer care and Terry's House. In 2017, she secured another $11 million to help advance neurosciences in this region. She led efforts to raise $20 million in just three years to help fund the comprehensive Community Cancer Institute on the Clovis Community Medical Center campus and most recently, she led her team to surpass a fundraising goal of $30 million to fund the construction of the new Bob Smittcamp Family Neurosciences Institute. It's the first of its kind in the region and will be located in Downtown Fresno, opening in summer of 2026.

Zenovich is a passionate, driven, optimistic leader. She continues to raise the fundraising bar and views her results as creating access to world-class health care right here in the Central Valley, alleviating the burden for Valley families traveling hours away to find exceptional health care.



**PEARSON REALTY**

## MARICOPA ORCHARD COMPANY PROPERTIES
### FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Pending |
| | Overbid date: 9/11/25, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711 | | | | |
| Carreon Ranch | 290.66± | $2,906,600 | $10,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Active |
| Wells Ranch | 238.36± | $5,157,200 | $21,636 | STWSD | Active |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Active |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Active |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $4,745,763 | $3,733 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Active |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Active |

**FOR DETAILED INFORMATION, CONTACT:**
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777

### Fansler | From 2

In 2022, the Fansler Restaurant Group won a prestigious Addy Award for excellence in advertising — a nod to his skill in building brands that resonate both visually and emotionally with the public.

In addition to operating restaurants, Fansler has become a familiar voice to many across the region through his weekly radio show, "The Restaurateurs," which he co-hosts with Mike Shirinian of The Elbow Room. Airing every Saturday at 1 p.m. on KMJ, the show blends restaurant news, candid stories and behind-the-scenes insights from two of Fresno's most seasoned food entrepreneurs.

Outside the business, Fansler is a proud family man. He has a daughter and three grandchildren with whom he shares a close bond. Whether it's enjoying a quiet evening together or attending school events, he values the time spent with his growing family.

Fansler's career is a testament to the power of hard work, creativity and calculated risk. With every restaurant he opens and every investor he inspires, he continues to shape the dining and business culture of Central California — one plate, and one plan, at a time.



Photo by Sarah Fries | The baked goods case at The Bakery by Indulge Right calls to gluten-free eaters with a sweet tooth.

### No Gluten, All Gain | From 1

2024, it was estimated at $7.43 billion, and is expected to rise to $8.12 billion in 2025 and $15.45 billion in 2032, according to Fortune Business Insight.

### Know your enemy

What is gluten exactly? It is a general name for the proteins found in wheat, rye, barley and triticale – a cross between wheat and rye. Gluten helps foods maintain their shape, acting as a glue that holds food together. Gluten can be found in many types of foods, even ones that would not be expected, according to the Celiac Disease Foundation website.

Local restaurants have started introducing some gluten friendly menu items. But in order for a restaurant to claim something is 100% gluten free with no possibility of cross contamination, they must get registered with a third party, such as the Gluten Free Food Program.

Once registered, the program will educate restaurateurs and food companies on the requirements, which could include separate friers, ovens and even a different cooking space. After that, the Gluten Free Food Program will come in periodically to test for gluten in their products.

### Free to indulge

One Central Valley entrepreneur has been offering gluten free goodies to the community for more than three years. The Bakery by Indulge Right has two locations in Fresno and Clovis that are 100% gluten free.

Around 2010, Indulge Right Owner Varouj Kachichian cut gluten out of his diet and noticed a huge impact in his joint pain and inflammation.

"I started having seizures in my 20s and nobody knew why. But there's a direct correlation between gluten and seizures," Kachichian said.

According to the National Library of Medicine, gluten is associated with four well-characterized conditions — celiac disease, non-celiac gluten sensitivity (NCGS), dermatitis herpetiformis and gluten ataxia.

Kachichian has been in the restaurant and bakery industry for over 30 years. He previously owned a bakery in Fresno, and customers who knew he was gluten free began asking him when he was going to offer such products.

"Truth be told I did not want to go back into the bakery business because of the crazy hours," Kachichian said. "One day I had like four of my past customers saying 'so when are you going to open up a gluten free place?'"

### Back to the bakery

He decided to give it a shot after realizing he already had the necessary flours that he blends himself, caramel and chocolate sauces and some sugar free items. Kachichian found a spot at Shaw and Marks avenues and opened the bakery three years ago.

"We get people now from all over the Valley, driving an hour and a half. We get people from the coast, we've got some customers that come from San Diego when they are passing through," Kachichian said.

Last year, Kachichian opened a second location in Clovis at Clovis and Herndon avenues. The cafe offers savory lunch items, such as sliders and sandwiches. They also sell coffee, bakery items and breakfast items such as waffles, toast and quiches.

The Fresno location has savory items that are "more of a grab and go," Kachichian said. In Clovis, "you can sit and enjoy it," he added.

### More to come

Kachichian will ring in the fall with seasonal items and some menu changes, introducing new items that customers have requested such as tuna and chicken salad sandwiches.

He hopes to try out supplying to other bakeries and restaurants here in the Valley so gluten free people can feel included when dining out. Kachichian said he needs to work out the logistics on keeping it completely gluten free since it's going to be in a gluten environment.

Kachichian said that his favorite part about owning the gluten free bakery and cafe is the joy in people's faces.

"That's the thing, just making their day, giving them all the options they could have without feeling deprived. They feel that joy, that happiness. I think that's enough," Kachichian said.

*Sarah Fries* | Writer can be reached at: 490-3493 or e-mail sarah@thebusinessjournal.com



## PEARSON REALTY

### MARICOPA ORCHARD COMPANY PROPERTIES FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Pending |
| | Overbid date: 9/11/25, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711 | | | | |
| Carreon Ranch | 290.66± | $2,906,600 | $10,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Active |
| Wells Ranch | 238.36± | $5,157,200 | $21,636 | STWSD | Active |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Active |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Active |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $4,745,763 | $3,733 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Active |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Active |

**FOR DETAILED INFORMATION, CONTACT:**
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777



## Golden 1 Credit Union

### Limited time offer
### 4.40% APY[1] for 8 months

Earn more with a **Term Savings Certificate**

Visit a branch, call **1-877-465-3361** or scan to learn more

Insured by NCUA

[1]The dividend rate and Annual Percentage Yield (APY) accurate as of 08/01/2025. The dividend rate and APY may change at any time. 4.40% APY, 8-month Term Savings Certificate must be opened by phone or in-branch with new money. New money is defined as funds not on deposit at Golden 1 in the 30 days prior to the certificate account opening. There is no minimum balance required to earn the stated APY. The minimum opening deposit for this 8-month certificate is $500. The APY is based on an assumption that dividends will remain in the account until maturity. Any fee, withdrawal or transfer reduces earnings and there may be penalties for early withdrawal. Call **1-877-465-3361** for current rates.

We reserve the right to change or discontinue this program at any time. Rates and term are subject to change without notice.

0825-CVBUS



**Photo via Assemblymember Arambula's Facebook page** | Childhood friends and allies in revitalizing the South Tower neighborhood, Kiel Lopez-Schmidt, executive director of South Tower CLT, and Assemblymember Joaquin Arambula appear at the announcement for the 517 N. Farris Ave. listing.

## PEARSON REALTY

### MARICOPA ORCHARD COMPANY PROPERTIES FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Pending |
| | Court approval date: 9/22/25, 1:30 PM, Robert E. Coyle U.S. Courthouse, 2500 Tulare St., Courtroom 6, 7th Floor, Fresno, CA 93721 | | | | |
| Carreon Ranch | 290.66± | $2,906,600 | $10,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Active |
| Wells Ranch | 238.36± | $5,157,200 | $21,636 | STWSD | Active |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Active |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Active |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $4,745,763 | $3,733 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Active |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Active |

**FOR DETAILED INFORMATION, CONTACT:**
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777

South Tower | From 1

while only selling the homes.

"That's how we're able to preserve affordability long term," Lopez-Schmidt said.

South Tower CLT leadership also reflects the organization's focus on the community. One-third of the board is CLT residents, and another third is nearby neighbors. The remainder is made up of professionals with expertise in areas such as real estate and finance.

Several challenges remain in the South Tower District as renters outnumber homeowners and several landlords are unable to maintain their respective properties. Additionally, industrial uses and nearby freeways that run through South Tower neighborhoods bring air quality and traffic safety concerns.

Lopez-Schmidt said addressing these issues, along with reversing years of disinvestment, requires patient capital and philanthropic support.

"Philanthropy is critical to reversing a lot of this disinvestment," Lopez-Schmidt said.

House and home

A recent major milestone saw South Tower CLT list its first rehabilitated home — a two-bedroom, two-bath single-family home priced at $215,000, which is considered well below market value at 517 N. Farris Ave.

Renovations to the home include a new roof and an air conditioning system.

"We're specifically using a small unit size, a one-bedroom home and a studio cottage, as a way of making homeownership in reach," Lopez-Schmidt said.

Assemblymember Joaquin Arambula, who grew up nearby and was a childhood friend of Lopez-Schmidt, credited South Tower CLT for the project being a model for neighborhood renewal.

"This is the first example that we can do here in South Tower. But many homes just like this need to be renovated, that need to be rehabilitated, that need community members, neighbors looking after those of us that still live in these neighborhoods," Arambula said.

South Tower CLT also has several connections with the LGBTQ+ community in the Tower District, which Lopez-Schmidt described as the "LGBTQ capital of Fresno."

Around half of the board and several staff members identify as LGBTQ+, and South Tower CLT co-hosts the Queer Housing Summit that helps address housing insecurity and discrimination.

The organization has also worked on several projects in the area over the last several years, including Broadway Parque; 541 @ South Tower, a 31-unit affordable housing complex; Tower Bike Racks, 40 custom bike racks across the Tower District; San Pablo Cottages, an infill project that brought cottages and tiny homes to a vacant freeway parcel, and San Pablo Park Murals, freeway column art created by local artists.

Currently, South Tower CLT is in escrow on its first commercial building, which will provide office and community space. South Tower CLT is working towards gathering $7,000 from community members.

"If there's anybody that wants to contribute to that, that would be really amazing," Lopez-Schmidt said.

**Dylan Gonzales** | Writer can be reached at: 490-3448 or e-mail dylan@thebusinessjournal.com



**Google Maps photo** | An aerial photo shows the location of the new home listed at far below market value due to the involvement of the South Tower Community Land Trust.



**Downtown Fresno Partnership, contributed photos** | Christa Sharpe has been selected to succeed Wilma Hashimoto as the new executive director of CASA of Fresno and Madera Counties, which works with volunteers to guide foster children through the court system.

# Global child advocate returns to Fresno to lead CASA Mission

**Gabriel Dillard** - EDITOR

CASA of Fresno and Madera Counties on Tuesday announced Christa Sharpe as its new executive director, tasked with guiding the nonprofit in its mission to help the community's most at-risk as advocates for foster children.

Sharpe comes to Fresno with global experience, including anti-human trafficking work in Southeast Asia leading multi-disciplinary teams in criminal investigation, crisis care, legal support and survivor advocacy, according to a CASA news release.

She is the successor to the retiring Wilma Hashimoto, who has served as executive director since 2018.

Sharpe is a seasoned executive and social worker with 20 years of experience "advancing child protection, justice system strengthening, and nonprofit impact," according to the release.

Sharpe began her career in direct service, supporting immigrant and refugee communities, survivors of sexual violence and youth mental health care at organizations such as the Marjoree Mason Center and former Cedar Vista Psychiatric Hospital in Fresno in the early 2000s, as well as Young Life, the U.S. Senate and Catholic Charities.

She and her husband, Ben, and their 8-year-old son, Isaac also look forward to returning to the Central Valley to be near family and reconnect with longtime friends, according to the release. She comes to Fresno from the Washington D.C. – Baltimore Area as interim chief of staff for the global, Christian relief group World Hope International, according to her LinkedIn profile.

"I have long admired CASA Fresno and Madera Counties' vital work supporting children and youth in foster care," said Sharpe. "I am thrilled to join this dedicated team of staff, advocates, supporters, and youth to continue making a meaningful impact in our community."

From 2005 to 2008, she served as director of survivor support for the International Justice Mission, a non-governmental organization that works with local authorities across the globe to help remove people from situations of extreme violence. That position took her to Cambodia, where she worked with local authorities to reduce the commercial sexual exploitation of minors.

Among her achievements, she helped reduce child trafficking by 72% across three Cambodian cities in two years through collaboration with government and community partners, according to her LinkedIn.

Her executive leadership includes additional roles with International Justice Mission as regional president for Asia Pacific, as well as interim chief of staff at World Hope International, strengthening operations, increasing revenue, and enhancing program alignment. Christa holds a master's degree in social science administration from Case Western Reserve University in Ohio and a B.A. in political science and Africana studies from Tulane University in Louisiana.

Hashimoto's retirement date from CASE of Fresno and Madera Counties is Sept. 26. A chance meeting with Paula De Young of De Young Properties, a CASA board member, led to Hashimoto joining the board in 2010. She was appointed executive director in 2018, and now oversees a full-time staff that supports more than 250 advocates. These volunteers help guide more than 300 abused and neglected children in the foster care system of Fresno and Madera counties, according to the website.

**Gabriel Dillard** | Editor can be reached at: 490-3467 or e-mail gabriel@thebusinessjournal.com



## PEARSON REALTY

### MARICOPA ORCHARD COMPANY PROPERTIES FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Pending |
| | | Court approval date: 9/22/25, 1:30 PM, Robert E. Coyle U.S. Courthouse, 2500 Tulare St., Courtroom 6, 7th Floor, Fresno, CA 93721 | | | |
| Carreon Ranch | 290.66± | $2,906,600 | $10,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Active |
| Wells Ranch | 238.36± | $5,157,200 | $21,636 | STWSD | Active |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Active |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Active |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $4,745,763 | $3,733 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Active |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Active |

**FOR DETAILED INFORMATION, CONTACT:**
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777



### Golden 1 Credit Union

**Limited time offer**

# 4.40%
## APY[1] for 8 months

Earn more with a **Term Savings Certificate**

Visit a branch, call **1-877-465-3361** or scan to learn more

Insured by NCUA

[1]The dividend rate and Annual Percentage Yield (APY) accurate as of 08/01/2025. The dividend rate and APY may change at any time. 4.40% APY, 8-month Term Savings Certificate must be opened by phone or in-branch with new money. New money is defined as funds not on deposit at Golden 1 in the 30 days prior to the certificate account opening. There is no minimum balance required to earn the stated APY. The minimum opening deposit for this 8-month certificate is $500. The APY is based on an assumption that dividends will remain in the account until maturity. Any fee, withdrawal or transfer reduces earnings and there may be penalties for early withdrawal. Call **1-877-465-3361** for current rates.

We reserve the right to change or discontinue this program at any time. Rates and term are subject to change without notice.                                        0825-CVBUS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case. My business address is: **Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the document entitled: **Supplemental Declaration of Robb M. Stewart in Support of Order Approving Sale Pursuant to Notice of Sale [Doc. No. 159]** will be served or was served on the judge in chambers in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On **September 23, 2025,** I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**

On **September 23, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 on **September 23, 2025,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 23, 2025 | Hannah Richmond | /s/ *Hannah Richmond* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
    - **Robert Cullen Barton**
      rbarton@mwe.com,acorona@mwe.com,mnadel@mwe.com
    - **David Berger**
      dberger@sheppardmullin.com,ehwalters@sheppardmullin.com
    - **Michael Barrett Brown**
      michael.brown@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com
    - **Ryan F. Coy**
      ryan.coy@saul.com,hannah.richmond@saul.com
    - **Dumar LLC**
      reisslaw@reisslaw.net
    - **Michael Lauter**
      mlauter@sheppardmullin.com,lsegura@sheppardmullin.com
    - **Aaron J Malo**
      amalo@sheppardmullin.com,mlinker@sheppardmullin.com,abilly@sheppardmullin.com
    - **Ali M Mojdehi**
      ali.mojdehi@mgr-legal.com,allison.rego@mgr-legal.com
    - **Michael S. Nadel , PHV**
      mnadel@mwe.com
    - **Saul Reiss**
      reisslaw@reisslaw.net
    - **Zev M. Shechtman**
      Zev.Shechtman@saul.com,Zev.Shechtman@ecf.courtdrive.com,Shelly.Guise@saul.com,hannah.richmond@saul.com,LitigationDocketing@saul.com
    - **Richard P. Steelman , Jr**
      RPS@LNBYG.COM,damon@lnbyg.com
    - **Brodie Austin Surfus**
      bsurfus@wtjlaw.com,borozco@wtjlaw.com
    - **Riley C. Walter**
      RIBTecf@wjhattorneys.com,cbrown@wjhattorneys.com
    - **Marshall Craig Whitney**
      mwhitney@wtjlaw.com,hlopez@wtjlaw.com,sgomez@wtjlaw.com,abroome@wtjlaw.com
    - **Thomas Andrew Woods**
      thomas.woods@stoel.com,docketclerk@stoel.com,dalila.tobin@stoel.com,7052139420@filings.docketbird.com,1261239420@filings.docketbird.com,rebecca.lerma@stoel.com
    - **Beth Ann R. Young**
      bry@lnbyg.com

2. **SERVED BY UNITED STATES MAIL (continued):**

| | |
|---|---|
| John A. Bezmalinovic, General Counsel<br>Katrina Ingrao<br>The Assemi Group<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | Fay Pugh<br>Law Offices of Saul Reiss, P.C.<br>11835 W. Olympic Blvd., Suite 415E<br>Los Angeles, Ca 90064 |
| Ashlan & Hayes Investments, LLC<br>c/o Agent for Service of Process<br>John A. Bezmalinovic, General Counsel<br>The Assemi Group | Grantor Fresno Clovis Investments, LLC<br>c/o Agent for Service of Process<br>John A. Bezmalinovic, General Counsel<br>The Assemi Group |

| | |
|---|---|
| 5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | 5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 |

Dirk B. Paloutzian
Natalya M. Ferdinandi
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (continued) :**

**VIA EMAIL:**

- JBezmalinovic@assemigroup.com
- kingrao@assemigroup.com
- reisslaw@reisslaw.net
- fay.pugh@outlook.com
- dpaloutzian@bakermanock.com
- nferdinandi@bakermanock.com
- lalves@bakermanock.com