ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
RYAN COY (BAR NO. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Philip Christensen, as Receiver

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACDF, LLC, a California limited liability company, et al.,<br><br>Defendants. | Lead Case No. 1:24-cv-01261-KES-SAB<br><br>Consolidated with Case Nos: 1:24-cv-01226; 1:24-cv-01230; 1:24-cv-01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-cv-01235; and 1:24-cv-01241<br><br>**ORDER GRANTING MOTION TO APPROVE DISBURSEMENT OF MANNING ESTATE CROP PROCEEDS**<br><br>[No Hearing Required per Receivership Order, Doc. No. 45, Paragraph 50] |

☐ Affects All Cases
☐ Affects Metropolitan Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01261
☐ Affects Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al., 1:24-cv-01226
☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230
☐ Affects Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al., 1:24-cv-01231
☐ Affects Brighthouse Life Ins. Co. v. Kamm South, LLC, et al., 1:24-cv-01232
☒ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233
☐ Affects Brighthouse Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01235

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

The Court having heard and considered the Motion (the "Motion") for entry of an order approving the disbursement of proceeds arising from crops grown in 2023 and 2024 in the above-the above-captioned Receivership Case, *Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al.*, 1:24-cv-01233 (the "Manning Estate"), Doc. No. 165, filed by Philip Christensen, as Receiver (the "Receiver") on September 18, 2025; there being good cause; it is hereby

ORDERED THAT:

1.  The Motion is granted.

2.  The Receiver is authorized to disburse the crop proceeds of the Manning Estate of up to 639,265.26 as set forth in the Motion.

**IT IS SO ORDERED.**
Dated October __, 2025

_____
**UNITED STATES DISTRICT JUDGE**

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this case.  My business address is: **Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the document entitled:  **Order Granting Motion to Approve Disbursement of Manning Estate Crop Proceeds** will be served or was served on the judge in chambers in the manner stated below:

**1.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** The foregoing document will be served by the court via NEF and hyperlink to the document.  On **October 1, 2025,** I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.      SERVED BY UNITED STATES MAIL:**

On **October 1, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

☒ Service information continued on attached page

**3.      SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 on **October 1, 2025,** I served the following persons and/or entities by personal delivery, overnight  mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 1, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| Date | Printed Name | Signature |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Robert Cullen Barton**
  rbarton@mwe.com,acorona@mwe.com,losangelesdocketing@mwe.com,stephanie-garcia-2384@ecf.pacerpro.com,mnadel@mwe.com

- **David Berger**
  dberger@sheppardmullin.com,ehwalters@sheppardmullin.com

- **Michael Barrett Brown**
  michael.brown@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com

- **Ryan F. Coy**
  ryan.coy@saul.com,hannah.richmond@saul.com

- **Dumar LLC**
  reisslaw@reisslaw.net

- **Michael Lauter**
  mlauter@sheppardmullin.com,lsegura@sheppardmullin.com

- **Aaron J Malo**
  amalo@sheppardmullin.com,mlinker@sheppardmullin.com,abilly@sheppardmullin.com

- **Ali M Mojdehi**
  ali.mojdehi@mgr-legal.com,allison.rego@mgr-legal.com

- **Michael S. Nadel , PHV**
  mnadel@mwe.com

- **Saul Reiss**
  reisslaw@reisslaw.net

- **Zev M. Shechtman**
  Zev.Shechtman@saul.com,Zev.Shechtman@ecf.courtdrive.com,Shelly.Guise@saul.com,hannah.richmond@saul.com,LitigationDocketing@saul.com

- **Richard P. Steelman , Jr**
  RPS@LNBYG.COM,damon@lnbyg.com

- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com,borozco@wtjlaw.com

- **Riley C. Walter**
  RIBTecf@wjhattorneys.com,cbrown@wjhattorneys.com

- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com,hlopez@wtjlaw.com,sgomez@wtjlaw.com,abroome@wtjlaw.com

- **Thomas Andrew Woods**
  thomas.woods@stoel.com,docketclerk@stoel.com,dalila.tobin@stoel.com,7052139420@filings.docketbird.com,1261239420@filings.docketbird.com,rebecca.lerma@stoel.com

- **Beth Ann R. Young**
  bry@lnbyg.com

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1

**2.      SERVED BY UNITED STATES MAIL (continued):**

John A. Bezmalinovic, General Counsel          Fay Pugh
Katrina Ingrao                                 Law Offices of Saul Reiss, P.C.
The Assemi Group                               11835 W. Olympic Blvd., Suite 415E
5260 N. Palm Ave., Suite 421                   Los Angeles, Ca 90064
Fresno, CA 93704

Ashlan & Hayes Investments, LLC                Grantor Fresno Clovis Investments, LLC
c/o Agent for Service of Process               c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel          John A. Bezmalinovic, General Counsel
The Assemi Group                               The Assemi Group
5260 N. Palm Ave., Suite 421                   5260 N. Palm Ave., Suite 421
Fresno, CA 93704                               Fresno, CA 93704

Dirk B. Paloutzian
Natalya M. Ferdinandi
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704

**3.      SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (continued) :**

**VIA EMAIL:**

- JBezmalinovic@assemigroup.com
- kingrao@assemigroup.com
- reisslaw@reisslaw.net
- fay.pugh@outlook.com
- dpaloutzian@bakermanock.com
- nferdinandi@bakermanock.com
- lalves@bakermanock.com