MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

*Attorneys for Plaintiffs*
BRIGHTHOUSE LIFE INSURANCE COMPANY,
METROPOLITAN LIFE INSURANCE COMPANY,
and METLIFE REAL ESTATE LENDING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br>v.<br>ACDF, LLC, a California limited liability company, *et al.*,<br><br>Defendants. | Lead Case No. 1:24-cv-01261-KES-SAB<br><br>Consolidated with Case Nos:<br>1:24-cv-01226; 1:24-cv-01230;<br>1:24-cv-01231; 1:24-cv-01232;<br>1:24-cv-01233; 1:24-cv-01235; and<br>1:24-cv-01241<br><br>**JOINT STATUS REPORT**<br><br>Honorable Magistrate Stanley A. Boone |
| ☒ Affects All Cases<br>☐ Affects Metropolitan Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01261<br>☐ Affects Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al., 1:24-cv-01226<br>☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230<br>☐ Affects Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al., 1:24-cv-01231<br>☐ Affects Brighthouse Life Ins. Co. v. Kamm South, LLC, et al., 1:24-cv-01232<br>☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233 Case No. 1:24-cv-01233<br>☐ Affects Brighthouse Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01235<br>☐ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241 | |

JOINT STATUS REPORT -1- LEAD CASE NO. 1:24-CV-01261-KES-SAB

150678257.2 0053564-00653

Plaintiffs Brighthouse Life Insurance Company, Metropolitan Life Insurance Company, and MetLife Real Estate ending, LLC (collectively, "Plaintiffs") filed eight Complaints[1] alleging Defendants' breach of loan agreements and guaranty agreements under the respective loan documents, as defined in the pleadings.[2] The cases were administratively consolidated on December 12, 2024 with Case No. 1:24-cv-01261-KES-SAB as the Lead Case. (ECF No. 54.)

Pursuant to the Court's October 6, 2025 Orders[3], the undersigned counsel for Plaintiffs and Defendants[4] (collectively, the "Parties") respectfully submit the following Joint Status Report and request a 90-day continuance of the Initial Scheduling Conference.

---

[1] *Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al.*, 1:24-cv-01226; *Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al.*, 1:24-cv-01230; *Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al.*, 1:24-cv-01231; *Brighthouse Life Ins. Co. v. Kamm South, LLC, et al.*, 1:24-cv-01232; *Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al.*, 1:24-cv-01233; *Brighthouse Life Ins. Co. v. ACDF, LLC, et al.*, 1:24-cv-01235; *MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al.*, 1:24-cv-01241; *Metropolitan Life Ins. Co. v. ACDF, LLC, et al.*, 1:24-cv-01261.

[2] See Complaints, Loan Documents: 1:24-cv-01261 (ECF No. 1, Factual Background, section A); 1:24-cv-01226 (ECF No. 1, Factual Background, section A); 1:24-cv-01230 (ECF No. 1, Factual Background, section A); 1:24-cv-01231 (ECF No. 1, Factual Background, section A); 1:24-cv-01232 (ECF No. 1, Factual Background, section A); 1:24-cv-01233 (ECF No. 1, Factual Background, section A); 1:24-cv-01235 (ECF No. 1, Factual Background, section A); and 1:24-cv-01241 (ECF No. 1, Factual Background, section A).

[3] See Orders: 1:24-cv-01261 (ECF No.178); 1:24-cv-01226 (ECF No. 35); 1:24-cv-01230 (ECF No. 70); 1:24-cv-01231 (ECF No. 35); 1:24-cv-01232 (ECF No. 36); 1:24-cv-01233 (ECF No. 38); 1:24-cv-01235 (ECF No.39); and 1:24-cv-01241 (ECF No. 35).

[4] Defendants Maricopa Orchards, LLC; ACDF, LLC, as successor by merger to 104 Partners, LLC; Willow Avenue Investments, LLC; Ashlan & Hayes Investments, LLC; Grantor Fresno Clovis Investments, LLC; Maricopa Orchards, LLC; Manning Avenue Pistachios, LLC; C & A Farms, LLC; Cantua Orchards, LLC; FNF Farms, LLC; Panoche Pistachios, LLC; Kamm South, LLC; Donald E. Schramm and Nada L. Schramm Revocable Trust Dated 12/2/2010; The Thomsen Family Trust Dated 11/24/2010; Daniel L. Sweet, an individual; Carole A. Sweet, an individual; Donald E. Schramm, an individual; Nada L. Schramm, an individual; Keith A. Thomsen, an individual; the testate and intestate successors of Catherine S. Thomsen, deceased, and all persons claiming by, through or under such decedent; Farid Assemi, an individual; Farshid Assemi, an individual; and Darius Assemi, an individual (collectively, the "Defendants"). As of the time of this filing, counsel for Plaintiffs did not receive a response or signature authorization from counsel for Dumar, LLC and Pistache, LLC.

## I. STATUS OF SERVICE AND APPEARANCES

All Defendants have been served with the respective Complaints, and all Defendants have answered. Plaintiff Metropolitan Life Insurance Company provides further clarification on the status of certain Defendants in two of its cases discussed in the Court's Orders:

In its October 6, 2025 Order in Case No. 1261, the Court noted that two defendants, Ashlan & Hayes Investments, LLC and Grantor Fresno Clovis Investments, LLC have not appeared (ECF No. 178). Plaintiff Metropolitan Life Insurance Company respectfully notes that Ashlan & Hayes Investments, LLC and Grantor Fresno Clovis Investments, LLC submitted an Answer on April 30, 2025 (ECF No. 140) and are currently represented by Wanger Jones Helsley PC (ECF No. 160).

In its October 6, 2025 Order in Case No. 1230, the Court observed that one defendant on the docket, Darius Assemi (in his individual capacity) has not appeared (ECF No. 140). Plaintiff Metropolitan Life Insurance Company respectfully notes that this is an error on the Parties' part. On November 4, 2024, Plaintiff dismissed Darius Assemi as Trustee of the AMENDED AND RESTATED DARIUS ASSEMI REVOCABLE TRUST, dated March 2, 2010. (ECF No. 33.) Darius Assemi, in his individual capacity, remained a defendant. (*Id.*) Darius Assemi submitted an Answer on May 9, 2025 (ECF No. 62), which was filed on behalf of Darius Assemi both as an individual *and* Trustee, but should have been filed on behalf of Darius Assemi as an individual only, not Trustee, since Darius Assemi in his capacity as Trustee was previously dismissed.

## II. REQUEST FOR CONTINUANCE

The Parties respectfully request a 90-day continuance (to January 26, 2026) of the Initial Scheduling Conference. A sale of real property was approved by the Court on September 24, 2025 in Case No. 1231 (see ECF No. 173), and additional sales in other cases may be forthcoming. These developments are expected to significantly narrow the scope of the discovery plan and the issues to be addressed at the Initial Scheduling Conference. Given the complexity of these multi-party proceedings, the Parties request additional time to meet and confer on a discovery plan, case schedule, and the matters at issue in the various cases.

| | |
|---|---|
| DATED: October 10, 2025 | STOEL RIVES LLP |

*/s/ Michelle J. Rosales*
MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com

*Attorneys for Plaintiffs*
BRIGHTHOUSE LIFE INSURANCE COMPANY, METROPOLITAN LIFE INSURANCE COMPANY, and METLIFE REAL ESTATE LENDING, LLC

| | |
|---|---|
| DATED: October 10, 2025 | WANGER JONES HELSEY PC |

*/s/ Ian J. Quinn*
RILEY C. WALTER, Bar No. 91839
rwalter@wjhattorneys.com
IAN J. QUINN, Bar No. 342754
iquinn@wjhattorneys.com

*Attorneys for Defendants*
ACDF, LLC; C&A FARMS, LLC; CANTUA ORCHARDS, LLC; FNF FARMS, LLC; KAMM SOUTH, LLC; MARICOPA ORCHARDS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; PANOCHE PISTACHIOS, LLC; WILLOW AVENUE INVESTMENTS, LLC; MANNING AVENUE PISTACHIOS, LLC; GRANTOR FRESNO CLOVIS INVESTMENTS, LLC

| | |
|---|---|
| DATED: October 10, 2025 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP |

*/s/ Richard D. Steelman*
BETH ANN R. YOUNG, Bar No. 143945
bry@lnbyg.com
RICHARD D. STEELMAN, JR., Bar No.
rps@lnbyg.com

*Attorneys for Defendants*
FARID ASSEMI, an individual, and FARSHID ASSEMI, an individual.

| | | |
|---|---|---|
| DATED: October 10, 2025 | | MOJDEHI GALVIN REGO LLP |

*/s/ Ali M. Mojhehi*
ALI M. MOJDEHI, Bar No. 123846
ali.mojdehi@mgr-legal.com

*Attorneys for Defendants*
DARIUS ASSEMI, an individual

DATED: October 10, 2025                    BAKER MANOCK & JENSEN, PC

*/s/ Dirk E. Schramm*
DIRK B. PALOUTZIAN, Bar No. 173676
dpaloutzian@bakermanock.com

*Attorneys for Defendants*
DONALD E. SCHRAMM AND NADA L. SCHRAMM REVOCABLE TRUST DATED 12/2/2010; THE THOMSEN FAMILY TRUST DATED 11/24/2010; DANIEL L. SWEET, AN INDIVIDUAL; CAROLE A. SWEET, AN INDIVIDUAL; DONALD E. SCHRAMM, AN INDIVIDUAL; NADA L. SCHRAMM, AN INDIVIDUAL; KEITH A. THOMSEN, AN INDIVIDUAL; THE TESTATE AND INTESTATE SUCCESSORS OF CATHERINE S. THOMSEN, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH DECEDENT

## **ATTESTATION UNDER L.R. 131(c)**

Pursuant to Civil Local Rule 131(c), I attest under the penalty of perjury that the above signatories authorized the use of an electronic signature and concurred in the filing of this document.

DATED: October 10, 2025                    */s/ Michelle J. Rosales*
                                           MICHELLE J. ROSALES