1  ZEV SHECHTMAN (BAR NO. 266280)
   Zev.Shechtman@saul.com
2  CAROL CHOW (BAR NO. 169299)
   carol.chow@saul.com
3  RYAN COY (BAR NO. 324939)
   ryan.coy@saul.com
4  SAUL EWING LLP
   1888 Century Park East, Suite 1500
5  Los Angeles, California 90067
   Telephone:  (310) 255-6100
6  Facsimile:  (310) 255-6200

7  Attorneys for Philip Christensen, as Receiver

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ACDF, LLC, a California limited liability company, et al.,<br><br>    Defendants. | Lead Case No. 1:24-cv-01261-KES-SAB<br><br>Consolidated with Case Nos:<br>1:24-cv-01226; 1:24-cv-01230; 1:24-cv-01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-cv-01235; and 1:24-cv-01241<br><br>**ORDER GRANTING MOTION TO APPROVE DISBURSEMENT OF MANNING ESTATE CROP PROCEEDS**<br><br>[No Hearing Required per Receivership Order, Doc. No. 45, Paragraph 50] |
| ☐ Affects All Cases<br>☐ Affects Metropolitan Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01261<br>☐ Affects Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al., 1:24-cv-01226<br>☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230<br>☐ Affects Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al., 1:24-cv-01231<br>☐ Affects Brighthouse Life Ins. Co. v. Kamm South, LLC, et al., 1:24-cv-01232<br>☒ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233<br>☐ Affects Brighthouse Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01235 | |

☐ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

The Court having considered the Motion (the "Motion") for entry of an order approving the disbursement of proceeds arising from crops grown in 2023 and 2024 in the above-captioned Receivership Case, *Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC*, *et al*., 1:24-cv-01233 (the "Manning Estate"), Doc. No. 165, filed by Philip Christensen, as Receiver (the "Receiver") on September 18, 2025; no party having filed an objection to the specific relief requested in the Motion;[1] and there being good cause; it is hereby ORDERED THAT:

1. The Motion is granted.
2. The Receiver is authorized to disburse the crop proceeds of the Manning Estate of up to 639,265.26 as set forth in the Motion.

IT IS SO ORDERED.

Dated:   October 20, 2025

_____
UNITED STATES DISTRICT JUDGE

---

[1] U.S. Bank filed a limited objection noting that it does not object to the specific request for disbursement of these 2023 and 2024 crop proceeds from the Manning Estate, as set out in the Motion, but noting that it may object to any future request to disburse to the receiver 2023 and 2024 crop collateral proceeds in which U.S. Bank holds a secured interest. *See* Doc. 172.