# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>Defendants. | Case No.  1:24-cv-01261-KES-SAB<br><br>ORDER GRANTING WITHDRAWAL OF ATTORNEY RYAN F. COY AND DIRECTING CLERK OF COURT TO TERMINATE RYAN F. COY AS ATTORNEY OF RECORD<br><br>(ECF No. 201) |

On January 22, 2026, a notice of withdrawal of Ryan F. Coy as counsel for Receiver Phillip Christensen was filed.  (ECF No. 201.)  The Court observes that Zev M. Shechtman of Saul Ewing LLP will continue to serve as counsel of record for Receiver.

Accordingly, IT IS HEREBY ORDERED that the request to withdraw Ryan F. Coy as counsel is GRANTED and the Clerk of the Court is DIRECTED to terminate Ryan F. Coy as counsel of record for Receiver Phillip Christensen.

IT IS SO ORDERED.

Dated:   **January 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1