ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
RYAN COY (BAR NO. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Philip Christensen, as Receiver

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACDF, LLC, a California limited liability company, et al.,<br><br>Defendants.<br><br>☐ Affects All Cases<br>☒ Affects Metropolitan Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01261<br>☒ Affects Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al., 1:24-cv-01226<br>☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230<br>☐ Affects Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al., 1:24-cv-01231<br>☒ Affects Brighthouse Life Ins. Co. v. Kamm South, LLC, et al., 1:24-cv-01232<br>☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233<br>☐ Affects Brighthouse Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01235 | Lead Case No. 1:24-cv-01261-KES-SAB<br><br>Consolidated with Case Nos: 1:24-cv-01226; 1:24-cv-01230; 1:24-cv-01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-cv-01235; and 1:24-cv-01241<br><br>**ORDER GRANTING SECOND MOTION FOR DISBURSEMENT OF CROP PROCEEDS**<br><br>[No Hearing Required per Receivership Order, Doc. No. 45, Paragraph 50] |

☐ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

The Court has considered the Motion to Approve Disbursement of Crop Proceeds (the "Motion"), Doc. 198, seeking entry of an order approving the disbursement of proceeds arising from crops grown in 2024 on the Receivership properties, in connection with the estates established in *Metropolitan Life Ins. Co. v. ACDF, LLC, et al.*, 1:24-cv-01261; *Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al.,* 1:24-cv-01226; and *Brighthouse Life Ins. Co. v. Kamm South, LLC, et al.*, 1:24-cv-01232, Doc. No. 198, filed by Philip Christensen, as Receiver (the "Receiver") on January 13, 2026. The Motion provided notice to all interested parties that any objection was due within seven days of the filing of the Motion, *see* Doc. No. 198, and no objections have been filed, *see* Doc. 204.

For good cause shown, it is hereby ORDERED THAT:

1. The Motion is granted.
2. The Receiver is authorized to disburse the crop proceeds of $3,388,956 to US Bank, comprised of the following amounts: $1,867,102 from the estate of FNF Farms, LLC, and $1,521,854 from the estate of Kamm South, LLC, as set forth in the Motion.
3. The Receiver is authorized to disburse the crop proceeds of $257,885 to The Prudential Insurance Company of America ("Prudential") from the estate of ACDF, LLC (Case No. 01261), as set forth in the Motion.

IT IS SO ORDERED.

Dated:   January 28, 2026

_____
UNITED STATES DISTRICT JUDGE