# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE
COMPANY,

        Plaintiff,

   v.

ACDF, LLC, et al.,

        Defendants.

Case No.  1:24-cv-01261-KES-SAB

ORDER DENYING NICHOLAS R.
MARCUS'S *PRO HAC VICE* APPLICATION
WITHOUT PREJUDICE

(ECF No. 209)

Before the Court is the application of Nicholas R. Marcus's, attorney for Prudential Insurance Company of America, for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Upon review, the Court observes that the application does not include a certificate of good standing from the court in the attorney's state of primary practice.  See Local Rule 180(b)(2)(i).

Accordingly, IT IS HEREBY ORDERED that Nicholas R. Marcus's application to appear *pro hac vice* is DENIED without prejudice to be resubmitted with the certificate of good standing.

IT IS SO ORDERED.

Dated:  **February 17, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1