ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Phillip Christensen, as Receiver

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,

Plaintiff,

vs.

ACDF, LLC, a California limited liability company, et al.,

Defendants.

☐ Affects All Cases
☐ Affects Metropolitan Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01261
☐ Affects Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al., 1:24-cv-01226
☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230
☐ Affects Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al., 1:24-cv-01231
☐ Affects Brighthouse Life Ins. Co. v. Kamm South, LLC, et al., 1:24-cv-01232
☒ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233
☐ Affects Brighthouse Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01235

Lead Case No. 1:24-cv-01261-KES-SAB

Consolidated with Case Nos: 1:24-cv-01226; 1:24-cv-01230; 1:24-cv-01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-cv-01235; and 1:24-cv-01241

**SUPPLEMENTAL DECLARATION OF ROBB M. STEWART IN SUPPORT OF ORDER APPROVING SALE PURSUANT TO RECEIVER'S AMENDED NOTICE OF SALE HEARING AND AUCTION [DOC. NO. 197]**

Hearing [VACATED]:
Date: February 17, 2026
Time: 1:30 p.m.
Place: Robert E. Coyle U.S. Courthouse
2500 Tulare Street
Courtroom 6, 7th Floor
Fresno, CA 93721

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

☐ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

I, Robb M. Stewart, declare as follows:

1. I am the principal and Senior Vice President at Pearson Realty, the broker of record for the Receiver, Phillip Christensen, in the above-entitled action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. I submit this supplemental declaration in support of the Receiver's *Amended Notice of Sale Hearing and Auction* (ECF No. 197) (the "Sale Notice"), filed on January 13, 2026, pursuant to the approved sale procedures under the Sale Procedures Order (ECF No. 147) authorizing the Sale Notice.[1]

3. Pearson Realty's activities to market the Subject Property included:

a. Installed 3' x 4' Pearson Realty "For Sale" signs on the property.

b. Personal, including telephonic, contacts to potential buyers by Pearson Realty's 20-man Ag department.

c. Property information submitted to commercial, investment and ag real estate brokers throughout the San Joaquin Valley.

d. Prepared color brochures and distribute to identified prospects.

e. Advertised on: Pearson Realty Website (pearsonrealty.com), Loopnet (largest commercial/investment website available for potential buyers), Farm and Land, Lands of America, Crexi, Social Media (Facebook, Instagram, Linkedln).

f. Distributed the property brochure throughout our company's farm and commercial departments, which is comprised of 48 agents and brokers in 3 offices located in Fresno, Visalia, and Bakersfield.

[1] Unless otherwise indicated, defined terms are the same as in the Sale Notice.

g. Published the property in the Business Journal statewide exposure.

h. Weekly email blasts sent to local, institutional, and foreign investors, growers & farm managers.

i. Direct mail color postcards to targeted buyers located throughout California.

4. Pearson Realty published notice of the sale on the following dates: January 23, 2026, January 30, 2026, February 6, 2026, and February 13, 2026. Attached are copies of the published notices. Accordingly, I believe that the sale complies with the requirement to publish the sale for four consecutive weeks before the sale.

5. After these efforts, the Buyer was the only qualified bidder and we did not have an auction. Therefore the auction originally scheduled for February 13, 2026 was cancelled.

6. I hereby confirm, based on my business judgment and professional experience, that a commercially reasonable sale and marketing process was conducted and that the sale proposed by the Sale Notice represents the current fair market value of the Subject Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16 day of February, 2026, at Fresno, California.

Robb M. Stewart

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# ATTACHMENT

Case 1:24-cv-01261-KES-SAB Document 214 Filed 02/17/26 Page 5 of 11

Homes | From 1

disadvantage when you're going up against somebody who doesn't need financing, and they're all cash and a quick close," she said. "I think it is tough to go up against an investor."

Fresno Association of Realtors (FAR) President-elect Jason Farris, agreed with Odabashian in that Fresno hasn't really been impacted by institutional investors as much as other cities across the country.

"I don't think limiting institutional buyers would have any type of real, immediate impact in our region." Farris said, noting that issues with supply and construction costs continue to be the main problem with housing.

### Trump's broader agenda

In addition to targeting institutional investors, Trump has recently floated other affordability-related proposals aimed at boosting homeownership.

In his remarks, Trump stressed the need to lower interest rates on home loans and credit cards in order to give aspiring homebuyers more financial flexibility to save up for a down payment on a home and more purchasing power when it comes time to buy.

"We can drop interest rates to a level, and that's one thing we do want to do," said Trump. "That's natural. That's good for everybody. You know, the dropping of the interest rate, we should be paying a much lower interest than we are."

White House economic adviser Kevin Hassett said the administration is exploring ways to allow Americans to use funds from their 401(k) retirement accounts to help make a down payment on a home.

However, a survey by retirement planning platform Boldin found significant skepticism about Trump's broader plan to open 401(k)s to alternative assets like real estate, cryptocurrency and private equity. Nearly half of respondents — 48 percent — opposed the idea, while only 34 percent supported it. Even more telling, 80 percent said they were unlikely to invest any portion of their 401(k) into such alternative assets, with concerns about liquidity, volatility and higher fees compared to traditional investments.

Trump noted that he has directed the federal government to buy $200 billion in mortgage bonds, a move he said would help reduce mortgage rates. Trump said earlier this month that Fannie Mae and Freddie Mac have $200 billion in cash that would be used to buy mortgage bonds. However, some economists have said such a move would likely have only a minimal impact on mortgage rates.

### Advocate celebrates proposal

Lynisha Senegal, the founder of Fresno-based Vision View Business Formation Center, shared her positive reaction to Trump's proposal on institutional investors on Facebook.

"This is big! Let's just say we all have been heard. Affordable housing has been a challenge for years. After the pandemic, it became overtly predatory. I sounded the alarm on global institutional investors buying up massive real estate and gentrifying communities," she wrote. "They were buying out businesses (I was asked twice to sell Vision View to these well-funded machines), college dorms, mobile home parks and forcing families into homelessness. But it feels incredible to see this news. One voice plus another will make change. Keep raising your voices. This is a massive win for our country."

Joanna Odabashian

### Groups call for supply-side solutions

In response to Trump's proposal, the National Association of Realtors (NAR), pushed for a collaborative and data-driven approach that is focused on expanding housing supply instead of limiting market participation.

In his Truth Social post, Trump said, "people live in homes, not corporations." NAR Executive Vice President Shannon McGahn said the group shares Trump's goal of improving affordability and first-time buyer access while supporting policies that increase housing availability across the country.

### Institutional activity declining

Data from the California State Library shows that Fresno County has a higher percentage of rental properties owned by larger landlords — not necessarily institutional, Wall Street investors — than many coastal areas. About 7.1% of certain residential parcels in the county are owned by property holders with at least 10 homes.

JD Home Rentals, one of the largest operators, has a notable footprint in Fresno neighborhoods. JD Homes is currently involved in a lawsuit with the city of Fresno over tenants at one of their properties growing marijuana plants.

Even though it is widely seen as positive to keep investors away from buying homes, their presence isn't seen as a dominant threat across California compared to other states across the country.

Ryan Lundquist, a certified residential appraiser and housing analyst based in Sacramento, said the major buying wave by corporate landlords largely ended years ago.

"Over the past 10 years, it's been more of a drop in the bucket in terms of their activity," Lundquist said. "Today, the institutional funds are pretty much dormant, not really doing too much here."

He said that many of the largest corporate landlords built their portfolios in the years following the housing crash, when prices were depressed and inventory was abundant.

As a result, he believes a federal ban on large investors would have little immediate impact in markets like Fresno, where buyers are rarely competing directly with institutional funds.

"Right now, there would be almost no impact in California, because these investors simply aren't buying," Lundquist said.

### Complex role of investors

Odabashian offered a more balanced view of the role investors have played over the years and past housing cycles, even saying that some of them had made positive impacts.

"There have been times where the institutional buyers have helped out and even gone in and rehabbed homes and made things better," she said, recalling the period when large portfolios of foreclosed homes were purchased, renovated and rented to residents who had lost access to traditional financing.

Farris also saw that this could be true in some older neighborhoods that need to be improved.

"There's homes in these older neighborhoods that need to be fixed up," he said. "They've got older electrical systems, failing plumbing systems and roofs that are leaking. So, yes, you do get companies that come in and buy those and fix them up. They're in business. They need to make a profit."

### Supply constraints tops challenges

Odabashian, Lundquist and Farris said affordability is determined more by economic forces than by the presence of corporate landlords. Rising construction costs, limited housing supply and rapid price growth during the pandemic years continue to weigh on buyers.

"Prices rose incredibly fast," Lundquist said, adding that regulatory hurdles and development fees make it difficult to build homes quickly enough to meet demand. "We definitely have not kept up with enough supply through the years in California."

Competition among everyday buyers still remains intense. Odabashian recently represented a client who faced more than 20 competing offers on a home in the Clovis area.

As federal policymakers debate how to define and regulate large investors, Fresno's housing market continues to show that buyers outnumber homes. For Odabashian, the long-term focus remains on expanding access to homeownership, regardless of who else is in the market.

"I believe that owning a home and helping people own homes is the best way that we can help them create generational wealth," she said. "I'm always encouraged about the market, because I believe in it and I believe in making homeowners."

Dylan Gonzales | Writer can be reached at: 490-3448 or e-mail dylan@thebusinessjournal.com

PR
PEARSON REALTY
MARICOPA ORCHARD COMPANY PROPERTIES
FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch | 290.66± | $2,906,600 | $10,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch | 238.36± | $5,157,200 | $21,636 | STWSD | Active |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Pending |
| *Overbid Date: February 13, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711* | | | | | |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Active |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Pending |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Pending |
| *Overbid date: January 30, 2026, 10:00 AM, Pearson Realty, 7480 N. Palm Ave, Ste. 101, Fresno, CA 93711* | | | | | |

FOR DETAILED INFORMATION, CONTACT:
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777



**Photo by Ben Hensley** | Cen Cal Business Finance Group gave four top honors at its breakfast this week, recognizing partners who have brought volume to their lending.

**Awards** | From 1

clients for the first time.

Colliers International earned real estate broker of the year, and PACT Capital was named business partner of the year for their work on Cen Cal-financed projects across the Central Valley and Central Coast. Lender of the year was Tri Counties Bank.

"I was so blown away," said Jami Hamel De La Cerda, Diamond Learning Center founder. "Joey [Gallegos] called. Actually, Joey and Frank both called, and I thought, 'oh, I'm in trouble. What did I mess up with?'"

De La Cerda said the organization had no idea it was being considered for the honor.

The center's move from its former location near Sierra and Pollasky avenues — where clients sat outside on picnic tables — addressed both community blight and organizational capacity. The new facility includes expanded instructional space, an event center and medical accommodations staffed by one full-time and two part-time nurses.

"We've actually been able to expand," De La Cerda said. "We're able to work with more Medicaid fragile folks now."

The organization serves over 200 students and is licensed for more than 300, with no waiting list.

Colliers International, ranked fourth among Central Valley commercial real estate brokerages in The Business Journal's 2025 list with 18 full-time agents, specializes in office, industrial, retail, land and multi-family properties. The firm has operated locally since 1968 and is led by senior vice presidents Mike Schuh, Bobby Fena and Buk Wagner.

PACT Capital, with offices in Los Angeles and Fresno, last year financed $13.5 million in the sale of 141-year-old Concannon Vineyard in Livermore Valley. The firm's Fresno agriculture office originated that transaction, which Colliers also brokered on behalf of seller The Wine Group.

Wednesday's awards recognized partners who supported projects including agricultural cold storage and industrial facilities for citrus and stone fruit operations across both large and small Valley communities.

Frank Gallegos, Cen Cal executive director, said award recipients are selected based on deal volume, long-term performance and job creation tied to the organization's economic development goals.

"It's the top lender who did the most deals with us. The real estate is usually who does the most transactions over a two or three year period," Gallegos said. "And then we always go with somebody who's either done something innovative for the business of the year, or the most job creations with the projects that we fund."

Gallegos also addressed challenges including federal staffing reductions affecting Small Business Administration programs.

"We thought we were going to lose 10 to 20% of the SBA staff alone," Gallegos said. "It's closer to 45."

Despite those pressures, Cen Cal continues to operate without subsidy, covering costs through fees collected from its lending programs. Gallegos said the organization is focused on growth and expansion throughout the Valley and Central Coast in 2025.

**Ben Hensley** | Writer can be reached at: 490-3461 or e-mail ben@thebusinessjournal.com

## CORRECTION

The name of the late Bill Tatham, member of the incoming 2026 Fresno Athletic Hall of Fame class, was misspelled in a This Week Online item in the Jan. 23 edition.

PEARSON REALTY
MARICOPA ORCHARD COMPANY PROPERTIES
FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch | 290.66± | $2,906,600 | $10,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch | 238.36± | $5,157,200 | $21,636 | STWSD | Active |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Pending |
| *Overbid Date: February 13, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711* | | | | | |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Active |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Pending |
| *Overbid date: January 30, 2026, 10:00 AM, Pearson Realty, 7480 N. Palm Ave, Ste. 101, Fresno, CA 93711* | | | | | |

FOR DETAILED INFORMATION, CONTACT:
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777

FRESNO · CLOVIS
PRAYER BREAKFAST
WITH KEYNOTE SPEAKER
Steve Green
President
HOBBY LOBBY
Chairman of the Board
museum of the Bible
FEBRUARY 17, 2026
Fresno Convention Center
7:00 – 9:00am
Reserve your seat TODAY!
Scan the code for tickets and additional details or visit
FRESNOCLOVISPRAYERBREAKFAST.ORG

# How brands can build emotional connection at scale

GUEST VIEW
Erik Michal

In 2026, it's not enough to merely have an efficient system of auto-generated emails or text messages as a means for maintaining contact with customers. The messaging has to be timely, relevant to the recipient and — most of all — not feel automated.

An often-repeated rule of digital marketing is "be authentic." But how does one design automated touchpoints that actually build an emotional connection between a brand, and their consumers or clients?

## The impact of personalized messaging

It's 2026. Consumers have come to expect personalized, accurate messaging that anticipates their needs and speaks their language. Impersonal emails and texts fail to create a strong emotional connection with your audience and quickly fall into the trash or "unsubscribe" folder.

By contrast, messages whose language and imagery connect with a target audience will resonate throughout the customer journey. These messages will nurture potential customers — sometimes over the course of months or years — and retain them through the sales funnel with relatively low overhead. Your sales team doesn't see each deal as "one size fits all." Neither should your digital marketing team.

One of the simplest, yet most effective ways, to personalize automated messaging is to understand these demographic differences between generations.

Amazon Ads' Beyond the Generational Divide classifies its consumers thusly:

- Adult Generation Z (born 1998-2006) trends toward "high character" brands that share their values
- Millennials (1982-97) let their passions define them — often valuing health, well-being and supportive partnerships above all
- Generation X (1966-81) still use a strong mix of traditional and new media, and typically prefer 1-to-1 communication and face-to-face interactions
- Baby boomers (1946-65) may prefer traditional media platforms over digital interactions, but share many similar values with millennials

This is a simple example of how to tailor messaging differently for different groups. Every client has unique needs that are more likely to overlap with their ingroup peers. A campaign that utilizes personalized messaging — automated or not — will only increase brand loyalty by recognizing those needs, and creating connections over and over again.

## How to make automated messages feel personal

Before taking your messaging out into the world, look inward. Which of your company's values are worth highlighting to your target audiences? Where do you do business, where do you source materials from, and who do you hire to produce materials?

The answer to these questions help define who you are as a business. Aligning your principles with consumer values will separate your brand from others. Early in the customer journey, these values matter more than specific product details.

Strategically, your next steps will flow from those values:

1. Create/identify customer personas
2. Determine opportunities for messaging within the customer journey — specifically, when in the process will your message resonate?
3. Craft variations of content that speak to specific needs and challenges: is the customer concerned with savings? Outstanding support? Are they only looking at specific products?
4. Be mindful of the customer's previous behavior (i.e. video clicks, purchases, page views, etc.) and recognize whether the customer is new (the "getting to know you stage") or returning (the "we know you" stage)
5. If they're returning, confirm you know them through specific interactions (i.e., chatbot query terms, specific video/page views) and conversions (purchases)

Anticipating needs

The next step: have a strong idea of what your buyers or potential buyers need at a given point in time. Instead of inundating them with random emails, script messages that show your familiarity with who they are. Think: "Here's some information that is practical to you now that might already be on your mind."

Take Amazon, a brand hundreds of millions of online shoppers have directly engaged with. Anyone who's browsed even a single page has seen suggested products tailored to your browsing tendencies or purchase history. The animating principle behind those suggestions translates

Guest View | Page 16

PEARSON REALTY
MARICOPA ORCHARD COMPANY PROPERTIES
FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch | 290.66± | $2,906,600 | $10,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch | 238.36± | $5,157,200 | $21,636 | STWSD | Active |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Pending |
| Overbid Date: February 13, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711 | | | | | |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Active |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Pending |
| Overbid date passed. Court approval February 17, 2026. | | | | | |

FOR DETAILED INFORMATION, CONTACT:
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777

FRESNO · CLOVIS
PRAYER BREAKFAST
WITH KEYNOTE SPEAKER
Steve Green
President
HOBBY LOBBY
Chairman of the Board
museum of the Bible
FEBRUARY 17, 2026
Fresno Convention Center
7:00 – 9:00am
Scan the code for tickets and additional details or visit
FRESNOCLOVISPRAYERBREAKFAST.ORG
Reserve your seat TODAY!



Case 1:24-cv-01261-KES-SAB Document 214 Filed 02/17/26 Page 8 of 11

**Photo contributed** | Jason Farris, 2026 president of the Fresno Association of Realtors, discusses his goals for the year.

# New FAR President Jason Farris aims to 'raise the standard'

**Dylan Gonzales** - STAFF WRITER

As Jason Farris steps into his role as 2026 Fresno Association of Realtors president, he has a clear message for the year: Raise the standard.

For Farris, a Fresno-native, broker and founder of FresYes.com, the phrase carries more meaning than a traditional slogan. He said it's a call for higher professionalism, deeper community engagement and an increased focus on education in a constantly changing real estate market.

"One of my biggest goals for 2026 is to continue to raise the bar of professionalism within our local real estate community," Farris said. "We have incredible agents here, but I want to challenge them to operate at an even higher level when it comes to knowledge, preparation and leadership."

Another priority of his presidency is consumer education. Farris said too many would-be buyers assume homeownership is out of reach without ever having an in-depth conversation with a Realtor.

He recently met with someone who believed she needed at least a 30% down payment to buy a home, then she qualified with far less and is now under contract on her first home.

"Too many people assume they can't buy," Farris said. "As agents, we need to talk more about down payment options, closing costs, credit preparation and the true cost of waiting."

With prices and rents rising over the past few years, delaying a purchase can carry long-term financial ramifications. He added that educated buyers are empowered buyers.

Farris wants local agents to take a more proactive role in interpreting market conditions. National headlines about housing can create confusion or fear, he said, noting that real estate is hyperlocal.

"What's happening in New York or Miami doesn't always reflect what's happening in the Central Valley," Farris said. "Our job as professionals is to interpret national trends and explain what they actually mean in our local market."

Technology and artificial intelligence are another area of focus. While AI tools can improve efficiency, Farris warned against overreliance. He recalled a recent client who questioned him with renovation costs based on an online AI estimate that didn't take into account Central Valley pricing.

"AI can help us be more efficient, but it can't replace local expertise," he said. "We should be the source of knowledge for our clients."

Outside of transactions, Farris believes Realtors should serve as trusted advisors and active community participants. That includes volunteer efforts such as Habitat For Humanity and strengthening the industry's visibility as a resource, not just for traditional buyers and sellers but also for homeowners looking for additional information into trends and property values.

"I want Realtors to be known as trusted advisors, not just door openers," Farris said.

By year's end, he hopes members and the broader community will see a measurable shift.

"I want them to look back and say he made us better," Farris said when asked about what he wants people to remember from his time as president. "He helped us strengthen our presence in the community as educators, not salespeople."

**Dylan Gonzales** | Writer can be reached at: 490-3448 or e-mail dylan@thebusinessjournal.com

## CORRECTION

The Feb. 6 Executive Profile had an incorrect spelling of Tim Thomton, CEO/Scout Executive of Scouting American Sequoia Council.

PEARSON REALTY
MARICOPA ORCHARD COMPANY PROPERTIES
FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch | 290.66± | $2,906,600 | $10,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch | 238.36± | $5,157,200 | $21,636 | STWSD | Active |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Pending |
| *Overbid Date: February 13, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711* | | | | | |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Active |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Pending |
| *Overbid date passed. Court approval February 17, 2026.* | | | | | |

FOR DETAILED INFORMATION, CONTACT:
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777

FRESNO · CLOVIS
PRAYER BREAKFAST
WITH KEYNOTE SPEAKER
Steve Green
President
HOBBY LOBBY
Chairman of the Board
museum of the Bible
FEBRUARY 17, 2026
Fresno Convention Center
7:00 – 9:00am
Scan the code for tickets and additional details or visit
FRESNOCLOVISPRAYERBREAKFAST.ORG
Reserve your seat TODAY!

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case. My business address is: **Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the document entitled: **Supplemental Declaration of Robb M. Stewart in Support of Order Approving Sale Pursuant to Receiver's Amended Notice of Sale Hearing and Auction [Doc. No. 197]** will be served or was served on the judge in chambers in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On **February 17, 2026,** I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**

On **February 17, 2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 on **February 17, 2026,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 17, 2026 | Hannah Richmond | /s/ *Hannah Richmond* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued):**

- **Robert Cullen Barton**
rbarton@mwe.com,acorona@mwe.com,losangelesdocketing@mwe.com,stephanie-garcia-2384@ecf.pacerpro.com,mnadel@mwe.com
- **David Berger**
dberger@sheppardmullin.com,ehwalters@sheppardmullin.com
- **Michael Barrett Brown**
michael.brown@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com
- **Dumar LLC**
reisslaw@reisslaw.net
- **Michael Lauter**
mlauter@sheppardmullin.com,lsegura@sheppardmullin.com
- **Aaron J Malo**
amalo@sheppardmullin.com,mlinker@sheppardmullin.com,abilly@sheppardmullin.com
- **Ali M Mojdehi**
ali.mojdehi@mgr-legal.com,allison.rego@mgr-legal.com
- **Michael S. Nadel , PHV**
mnadel@mwe.com
- **Kyle Walter Owen**
kowen@seyfarth.com,agaughan@seyfarth.com,hbledsoe@seyfarth.com,sacdocket@seyfarth.com,lninelist@seyfarth.com,eyang@seyfarth.com,cholman@seyfarth.com
- **Saul Reiss**
reisslaw@reisslaw.net
- **Michelle Rosales**
michelle.rosales@stoel.com
- **Zev M. Shechtman**
Zev.Shechtman@saul.com,Zev.Shechtman@ecf.courtdrive.com,Shelly.Guise@saul.com,hannah.richmond@saul.com,LitigationDocketing@saul.com
- **Richard P. Steelman , Jr**
RPS@LNBYG.COM,damon@lnbyg.com
- **Brodie Austin Surfus**
bsurfus@wtjlaw.com,borozco@wtjlaw.com
- **Riley C. Walter**
RIBTecf@wjhattorneys.com,cbrown@wjhattorneys.com
- **Marshall Craig Whitney**
mwhitney@wtjlaw.com,hlopez@wtjlaw.com,sgomez@wtjlaw.com,abroome@wtjlaw.com
- **Thomas Andrew Woods**
thomas.woods@stoel.com,docketclerk@stoel.com,dalila.tobin@stoel.com,7052139420@filings.docketbird.com,1261239420@filings.docketbird.com,rebecca.lerma@stoel.com
- **Beth Ann R. Young**
bry@lnbyg.com

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**2. SERVED BY UNITED STATES MAIL (continued):**

The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Fay Pugh
Law Offices of Saul Reiss, P.C.
11835 W. Olympic Blvd., Suite 415E
Los Angeles, Ca 90064

Ashlan & Hayes Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Grantor Fresno Clovis Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Dirk B. Paloutzian
Natalya M. Ferdinandi
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (continued):**

**VIA EMAIL:**

- reisslaw@reisslaw.net
- fay.pugh@outlook.com
- dpaloutzian@bakermanock.com
- nferdinandi@bakermanock.com
- lmarcyes@bakermanock.com

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100