# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Case No.  1:24-cv-01261-KES-SAB |
| Plaintiff, | ORDER GRANTING NICHOLAS R. MARCUS'S *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 213) |
| ACDF, LLC, et al., | |
| Defendants. | |

Before the Court is the application of Nicholas R. Marcus's, attorney for Prudential Insurance Company of America, for admission to practice *pro hac vice*.  L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  __**February 18, 2026**__

STANLEY A. BOONE
United States Magistrate Judge

1