SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Kyle W. Owen (SBN 326335)
kowen@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:  (916) 448-0159
Facsimile:   (916) 558-4839

Jason J. DeJonker (*admitted pro hac vice*)
jdejonker@seyfarth.com
Nicholas R. Marcus (*admitted pro hac vice*)
nmarcus@seyfarth.com
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Substitute Plaintiff
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC, a California limited liability company, as successor by merger to 104 PARTNERS, LLC; WILLOW AVENUE INVESTMENTS, LLC, a California limited liability company; ASHLAN & HAYES INVESTMENTS, LLC, a California limited liability company; GRANTOR FRESNO CLOVIS INVESTMENTS, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company; FARID ASSEMI, an individual; FARSHID ASSEMI, an individual; DARIUS ASSEMI, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:24-cv-01261-KES-SAB<br><br>**SUBSTITUTE PLAINTIFF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S NOTICE OF NON-OPPOSITION TO ITS MOTION TO AMEND CONSOLIDATION, FOR ADMINISTRATIVE PURPOSES, OF RECEIVERSHIP CASES**<br><br>Date:            April 6, 2026<br>Time:           1:30 p.m.<br>Courtroom:   Courtroom 6, 7th floor<br>Judge:          Hon. Kirk E. Sheriff |

---

NOTICE OF NON-OPPOSITION TO MOTION TO AMEND CONSOLIDATION OF RECEIVERSHIP CASES

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, under Local Rule 230(c), any opposing papers to The Prudential Insurance Company of America's ("Prudential's") Motion to Amend Consolidation of Receivership Cases ("Motion to Amend") were due to be filed by Friday, March 13, 2026. As of the date of this filing, Prudential has not been served with opposing papers to the Motion to Amend, and the Parties have not filed a corresponding opposition with the Court. The Court should therefore consider Prudential's Motion to Amend as unopposed and consented to by all Parties. *See* EDCA Local Rule 230(c) ("A failure to file a timely opposition may also be construed by the Court as a non-opposition to the motion."); s*ee also Kristensen v. Expansion Capital Group, LLC*, 2016 WL 10988570, at *1 (C.D. Cal. July 19, 2016) (deeming plaintiff's failure to file an opposition or otherwise comply with local rule as consent to granting defendant's motion to dismiss).

For these reasons, Prudential requests that the Court deem the Motion to Amend Consolidation of Receivership Cases as unopposed and grant the Motion accordingly.

DATED: March 24, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Kyle W. Owen*
Kyle W. Owen

Attorneys for Substitute Plaintiff
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

324773711v.1

NOTICE OF NON-OPPOSITION TO MOTION TO AMEND CONSOLIDATION OF RECEIVERSHIP CASES