ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Phillip Christensen, as Receiver

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,<br>Plaintiff,<br><br>vs.<br><br>ACDF, LLC, a California limited liability company, et al.,<br><br>Defendants. | Lead Case No. 1:24-cv-01261-KES-SAB<br><br>Consolidated with Case Nos: 1:24-cv-01226; 1:24-cv-01231; 1:24-cv-01232; and 1:24-cv-01235<br><br>**ORDER APPROVING SALE OF REAL PROPERTY AND FOR RELATED RELIEF PURSUANT TO SALE NOTICE [ECF NO. 237]**<br>**[Hall Ranch]** |

☐ Affects All Cases
☐ Affects The Prudential Ins. Co. of Am. v. ACDF, LLC, et al., 1:24-cv-01261
☐ Affects The Prudential Ins. Co. of Am. v. FNF Farms, LLC, et al., 1:24-cv-01226
☐ Affects The Prudential Ins. Co. of Am. v. Maricopa Orchards, LLC, et al., 1:24-cv-01231
☐ Affects The Prudential Ins. Co. of Am. v. Kamm South, LLC, et al., 1:24-cv-01232
☒ Affects The Prudential Ins. Co. of Am. v. ACDF, LLC, et al., 1:24-cv-01235

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

The Court having read and considered the *Receiver's Notice of Sale Hearing and Auction* (ECF No. 237) (the "Sale Notice"), filed by Phillip Christensen, Receiver of the above-referenced estate (the "Receiver" or "Seller") on July 16, 2026; the Court having previously approved sale procedures pursuant to the Sale Procedures Order[1] authorizing the Sale Notice;[2] having read and considered the Purchase and Sale Agreement ("PSA") filed with the Sale Notice; having read and considered the Receiver's Notice of Cancellation of Auction (ECF No. 239); having read and considered the declarations of the Receiver and the Receiver's broker (ECF Nos. 241 and 242) evidencing the marketing for sale of the Subject Property including, but not limited to, the publication of notice of the sale and the public listing of the Subject Property, demonstrating that the Receiver called for higher and better bids as required by applicable law and the Sale Procedures Order, and that no higher or better bids were submitted; and good cause appearing therefor; it is hereby ORDERED THAT:

1. The sale pursuant to the Sale Notice is APPROVED.

2. The sale by the Receiver of the agricultural real property described in Exhibit A hereto (the "Subject Property"), to the Buyer, NICK PROSPER DULCICH, or its assignee (the "Buyer"), for the Purchase Price of $244,000.00, is approved. The Deposit shall be credited to the Purchase Price and the balance must be paid at closing.

3. The sale is free and clear of liens on the Subject Property.

4. The closing must occur no later than 21 days after entry hereof, and may occur immediately after entry hereof.

5. The Receiver is authorized to pay real estate brokers' commissions and other costs in connection with the sale, as described in the Sale Notice.

6. The Court finds that the sale satisfies 28 U.S.C. §§ 2001 and 2002.

7. The notice of the sale is adequate and proper.

---

[1] The Sale Procedures Order can be found at ECF No. 147 on the docket of Case No. 1:24-cv-01261, pending before this Court, which is the former lead case consolidated with these cases.

[2] Unless otherwise indicated, defined terms are the same as in the Sale Notice.

8. The sale is "AS-IS" and "WHERE-IS" "WITH ALL FAULTS" and "WITHOUT REPRESENTATIONS OR WARRANTIES" except to the extent expressly and unambiguously stated in the PSA.

9. The Buyer's only remedy if the sale is not consummated through no fault of Buyer is a return of the Deposit. If the sale is not consummated due to an act or omission by Buyer, then Buyer shall forfeit the Deposit.

10. The Receiver is authorized to execute documents and take such other and further action as is necessary to close the sale.

11. This Court shall retain exclusive jurisdiction over the subject matter hereof.

IT IS SO ORDERED.

Dated: August 20, 2026

UNITED STATES DISTRICT JUDGE

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

# EXHIBIT "A"

Legal Description

**For APN/Parcel ID(s): 295-230-03**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA IN THE COUNTY OF KERN, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

The Southeast quarter of the Northeast quarter of Section 29, Township 32 South, Range 26 East, Mount Diablo Base and Meridian, in the Unincorporated area of the County of Kern, State of California according to the Official Plat thereof.

Excluding and excepting "all mineral Lands", should any such be found in the tracts aforesaid but this exclusion and exception according to the terms of the Statute "shall not be construed to include Coal and iron Lands", as excepted and reserved in the Patent recorded in Book 5 Pages 444 through 463 of Patents.

ALSO EXCEPTING THEREFROM, a portion of the Northeast quarter of said Section 29, a strip of land 200 feet in width having for its center line the main railroad track of the Southern Pacific Railroad Company, as the same may now or hereafter be located on or near the said land; and also reserving similar right of way for each spur track and side track of said Company that may now or hereafter be located on or near the said land; also reserving the right to use all water on said land needed for the operating and repair of the said railroads; also reserving the right of way to conduct water rising on other land across the said land in pipes or aqueducts for the purposes aforesaid; also subject to the condition that the purchaser his heirs and assigns, shall erect and forever maintain good and sufficient fences on both sides of said strip or strips of land herein reserved for railroad purposes, as excepted and reserved in the Deed from Southern Pacific Railroad Company, recorded 01/30/1906 in Book 170, Page 473 of Deeds.

ALSO EXCEPTING THEREFROM, all minerals of whatsoever nature (including but not limited to oil, gas, other hydrocarbons and associated substances in, under or which may be produced therefrom, together with all rights and privileges of ingress, egress, use and occupancy of, upon and within the surface and subsurface thereof as the owner of the aforesaid minerals may from time to time deem necessary or convenient in connection with the exploration, development and operation of said parcel for the aforesaid minerals and the storing, handling, treating and transportation thereof, all without liability whatsoever to Grantee, her heirs, legal representatives, successors, or assigns, and all as conveyed by Grantor to SoniCo, Inc., a Delaware corporation,

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100