# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01261-KES-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STATUS REPORT REGARDING READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: SEPTEMBER 18, 2026** |

A scheduling conference in this matter is set for September 22, 2026. A joint scheduling report was therefore due on September 15, 2026. However, the Court observers that no joint scheduling report was filed. The Court now ORDERS that the parties shall have through **September 18, 2026** to either file a joint scheduling report regarding their readiness for the initial scheduling conference or move to continue the initial scheduling conference.

IT IS SO ORDERED.

Dated: **September 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge