SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Kyle W. Owen (SBN 326335)
kowen@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Jason J. DeJonker (*admitted pro hac vice*)
jdejonker@seyfarth.com
Nicholas R. Marcus (*admitted pro hac vice*)
nmarcus@seyfarth.com
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Substituting Plaintiff
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,

Plaintiff,

v.

ACDF, LLC, a California limited liability company, *et al.*,

Defendants.

☒ Affects All Consolidated Cases

☐ Affects The Prudential Ins. Co. of Am. v. ACDF, LLC, et al., 1:24-cv-01261

☐ Affects The Prudential Ins. Co. of Am. v. FNF Farms, LLC, et al., 1:24-cv-01226

☐ Affects The Prudential Ins. Co. of Am. v.

Lead Case No. 1:24-cv-01261-KES-SAB

Consolidated with Case Nos.: 1:24-cv-1226; 1:24-cv-1231; 1:24-cv-1232; and 1:24-cv-1235

**STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER**

Date: September 22, 2026
Time: 9:30 a.m.
Courtroom: 9
Judge: Hon. Stanley A. Boone

Maricopa Orchards, LLC, et al., 1:24-cv-01231

☐ Affects The Prudential Ins. Co. of Am. v. Kamm South, LLC, et al., 1:24-cv-01232

☐ Affects The Prudential Ins. Co. of Am. v. C & A Farms, LLC, et al., 1:24-cv-01235

TO THE HONORABLE STANLEY A. BOONE, U.S. MAGISTRATE JUDGE:

IT IS HEREBY STIPULATED by and between Substitute Plaintiff The Prudential Insurance Company of America and Defendants[1] (collectively the "Parties") through their respective counsel, that the Scheduling Conference currently set for September 22, 2026, at 9:30 AM be continued to December 17, 2026, at 2:30 PM.

1. On April 2, 2026, the Court issued an order amending the consolidation of all related matters into two groups for administrative convenience and efficiency: one is the "MetLife/Brighthouse Receivership" group of cases[2] and the other is the "Prudential Substitute Receivership" group of cases.[3]

2. The Court in the MetLife/Brighthouse Receivership Cases ordered that the September 22, 2026 Initial Scheduling Conferences be continued to December 17, 2026, at 2:30 PM.

3. The Initial Scheduling Conferences in each of the Prudential Substitute Receivership Cases remain set for September 22, 2026.

4. The Parties believe that in the interests of comity and efficiency, the Initial Scheduling Conferences in the MetLife/Brighthouse Receivership Cases and the Prudential Substitute Receivership Cases should be heard in unison on December 17, 2026, at 2:30 PM.

The Parties thus respectfully request that the Initial Scheduling Conferences scheduled for September 22, 2026, at 9:30 AM in each of the Prudential Substitute Receivership Cases be continued to

---

[1] Defendants are ACDF, LLC, as successor by merger to 104 Partner, LLC; Willow Avenue Investments, LLC; Ashlan & Hayes Investments, LLC; Grantor Fresno Clovis Investments, LLC; Maricopa Orchards, LLC; FNF Farms, LLC; Kamm South, LLC; C&A Farms, LLC; Cantua Orchards, LLC; Farid Assemi; Farshid Assemi; and Darius Assemi.

[2] The MetLife/Brighthouse Receivership Cases are 1:24-cv-01230 (lead case), 1:24-cv-01233, and 1:24-cv-01241.

[3] The Prudential Substitute Receivership Cases are 1:24-cv-1261 (lead case), 1:24-cv-1226, 1:24-cv-1231, 1:24-cv-1232, and 1:24-cv-1235.

December 17, 2026, at 2:30 PM, which is the date of the Initial Scheduling Conferences in the MetLife/Brighthouse Receivership Cases. This extension will allow for the continued administration of the receivership estates, and will promote efficiency and comity among all of the related matters by conducting the Initial Scheduling Conferences on the same date.

IT IS SO STIPULATED.

DATED: September 18, 2026

SEYFARTH SHAW LLP

By: */s/ Kyle W. Owen*
NICHOLAS R. MARCUS, PHV
nmarcus@seyfarth.com
KYLE W. OWEN
kowen@seyfarth.com

*Attorneys for Substitute Plaintiff*
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

DATED: September 18, 2026

WANGER JONES HELSLEY PC

*/s/ Ian J. Quinn (as authorized on 9/18/26)*
Ian J. Quinn
iquinn@wjhattorneys.com
Riley C. Walter
rwalter@wjhattorneys.com

*Attorneys for Defendants*
ACDF, LLC; ASHLAN & HAYES INVESTMENTS, LLC; C&A FARMS, LLC; CANTUA ORCHARDS, LLC; FNF FARMS, LLC; GRANTOR FRESNO CLOVIS INVESTMENTS, LLC; KAMM SOUTH, LLC; MARICOPA ORCHARDS, LLC; WILLOW AVENUE INVESTMENTS, LLC

DATED: September 18, 2026

MOJDEHI GALVIN REGO LLP

*/s/ Ali M. Modjdehi (as authorized on 9/18/26)*
Ali M. Modjdehi
ali.mojdehi@mgr-legal.com

*Attorneys for Defendant*
DARIUS ASSEMI

DATED: September 18, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

*/s/ Richard P. Steelman, Jr. (as authorized on 9/18/26)*
Richard P. Steelman, Jr.
rps@lnbyg.com
Beth Ann R. Young
bry@lnbyg.com

*Attorneys for Defendants*
FARID ASSEMI; FARSHID ASSEMI

**ATTESTATION UNDER L.R. 131(c)**

Pursuant to Civil Local Rule 131(c), I attest under the penalty of perjury that the above signatories authorized the use of an electronic signature and concurred in the filing of this document.

DATED: September 18, 2026

*/s/ Kyle W. Owen*
Kyle W. Owen

**[PROPOSED] ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference currently set for September 22, 2026, at 9:30 AM in Prudential Substitute Receivership Cases (*Prudential Insurance Company of America v. ACDF, LLC, et al.*, 1:24-cv-1261 (lead case); *Prudential Insurance Company of America v. FNF Farms, LLC, et al.*, 1:24-cv-1226; *Prudential Insurance Company of America v. Maricopa Orchards, LLC et al.*, 1:24-cv-1231; *Prudential Insurance Company of America v. Kamm South, LLC et al.*, 1:24-cv-1232; and *Prudential Insurance Company of America v. C & A Farms, et al.*, 1:24-cv-1235) shall be continued to December 17, 2026, at 2:30 PM in Courtroom 9 before the Honorable Magistrate Judge Stanley A. Boone.

**IT IS SO ORDERED.**

Dated: ____________________

_______________________________________
HON. STANLEY A. BOONE

328703486v.2