# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br>Plaintiffs,<br>v.<br>ACDF, LLC, et al.,<br>Defendants. | Case No. 1:24-cv-01261-KES-SAB<br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br>(ECF No. 246) |

On September 18, 2026, the parties filed a stipulation to continue the initial scheduling conference. (ECF No. 246.)[1] For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to December 17, 2026, at 2:30 p.m. A joint scheduling report is due **one (1) week** prior to the conference.

IT IS SO ORDERED.

Dated: **September 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] The Court expects that going forward, counsel will set the initial scheduling conference date in their calendars and move for appropriate relief **prior** to missing the deadline for filing a joint scheduling report. The Court is not the calendar for the parties and will consider issuing an order to show cause should this happen again.